UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAJENDRA BADGAIYAN, M.D.,

Plaintiff,

v.

ANTHONY J. PRINCIPI, Secretary,
Department of Veteran's Affairs, et als,
Defendants.

FILED
CLERKS OFFICE

2005 FEB 22 P 3:04

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No.
04-12031 PBS

## NOTICE OF APPEARNCE

Please enter our appearance as counsel for the Defendant, President and Fellows of Harvard University, and ("Defendant" or "Harvard") in the above-captioned matter.

Respectfully Submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

By its Attorneys,

_____
Robert Joy, Esq.
Daniel S. Field, Esq.(BBO# 560096)
MORGAN, BROWN, & JOY, LLP
200 State Street
Boston, MA 02109-2605
(617) 523 -6666

Date: February 18, 2005

## Certificate of Service

I hereby certify that a copy of the foregoing Defendant, President and Fellows of Harvard College's Motion to Extend Time to File a Responsive Pleading was served upon Paul H. Merry, Esq., 24 School Street, Boston, MA 02108, and Gina Wolcott-Torres, Esq., United States Attorney's Office, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 by first class mail, postage prepaid this 18th day of February, 2005.

Daniel S. Field