UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RAJENDRA BADGAIYAN, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY J. PRINCIPI**, Secretary, Department of Veterans' Affairs; President and Fellows of **HARVARD COLLEGE**; and **Grace J. Mushrush, M.D.,**<br><br>Defendants | Case No. 04-12031 PBS<br><br>**CORPORATE DISCLOSURE STATEMENT OF PRESIDENT AND FELLOWS OF HARVARD COLLEGE** |

Defendant President and Fellows of Harvard College ("Harvard"), pursuant to Fed. R. Civ. P. 7.1 and LR.7.3, submits the following corporate disclosure statement:

President and Fellows of Harvard College is a charitable corporation established under the laws and Constitution of the Commonwealth of Massachusetts and is an educational institution located in Cambridge, Massachusetts, with no other parent corporation.

Respectfully submitted,

President and Fellows of Harvard College,

By its attorneys

/s/ Daniel S. Field
Robert P. Joy (BBO No. 254820)
Daniel S. Field (BBO No. 560096)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109-2605
(617) 523-6666

Dated: April 14, 2005

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Paul H. Merry, Esq., Law Office of Paul H. Merry, Esq. 44 School Street, 10th Floor, Boston, MA 02108, by first-class U.S. mail this 14th day of April, 2005.

                                            /s/Daniel S. Field
                                            Daniel S. Field