```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                                   )
RAJENDRA D. BADGAIYAN, M.D.,       )
        Plaintiff,                 )
                                   )
        v.                         )  CIVIL ACTION NO. 04-12031-PBS
                                   )
ANTHONY J. PRINCIPI, SECRETARY,    )
DEPARTMENT OF VETERANS' AFFAIRS;   )
PRESIDENT AND FELLOWS OF           )
HARVARD COLLEGE; AND GRACE J.      )
MUSHRUSH, M.D.,                    )
        Defendants.                )
_____)
```

## ORDER OF RECUSAL

April 26, 2005

Saris, U.S.D.J.

    I recuse myself on the ground that I am on the Harvard Board of Overseers.

 

                                            **S/PATTI B. SARIS**
                                            United States District Judge