UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAJENDA BADGAIYAN, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12031-JLT |
| | * | |
| ANTHONY J. PRINCIPI, PRESIDENT | * | |
| AND FELLOWS OF HARVARD | * | |
| COLLEGE, AND | * | |
| GRACE MUSHRUSH, M.D., | * | |
| | * | |
| Defendants. | * | |

## ORDER

September 14, 2005

TAURO, J.

    After the conference on September 14, 2005, this court hereby orders that:

1. The Plaintiff is allowed to depose:

    i. Grace Mushrush, M.D.;
    ii. Robert McCorley, M.D.;
    iii. Director or Overseer for Harvard Medical School of the South Shore Psychiatric Residency Program;
    iv. Mrizio Fava, M.D.;
    v. Andrew Niereuberg, M.D.; and
    vi. John Herman, M.D.

2. The Defendants VA/Mushrush is allowed to depose:

    i. Plaintiff Rajendra Badgaiyan;
    ii. Aafaque Akhter
    iii. Jester Swett, M.D.
    iv. A person in a decision-making role at the Commonwealth of Massachusetts Board of Registration in Medicine who is handling Plaintiff's licensure application;
    v. Mrizio Fava; and

      vi.      Any person, as yet unidentified by the Plaintiff, who is alleged to have witnessed any of the events alleged by the Plaintiff in the Complaint.

3. All parties will comply with the Rule 26 Order by September 21, 2005.

4. All Depositions allowed in #1 and #2 above will be completed by January 31, 2006.

5. No other Discovery will be allowed without leave of this Court.

6. A Further Conference will be held on February 7, 2006 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge