UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAJENDA BADGAIYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-12031-JLT |
| v. ) | |
| ) | |
| ANTHONY J. PRINCIPI, ) | |
| PRESIDENT AND FELLOWS OF ) | |
| HARVARD COLLEGE, and ) | |
| GRACE MUSHRUSH, M.D., ) | |
| ) | |
| Defendants. ) | |

## **SUBSTITUTION OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendants, Anthony J. Principi and Grace Mushrush, M.D., in substitution for Assistant United States Attorney Gina Walcott-Torres.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: January 4, 2006

1

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Plaintiff, through her counsel Paul H. Merry, 50 Congress Street, Boston, MA 02109 and upon Defendant's counsel Daniel S. Field, 200 State Street, Boston, MA 02109.

                        /s/ Rayford A. Farquhar
                        Rayford A. Farquhar
                        Assistant U.S. Attorney