UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY J. PRINCIPI, Secretary, | ) C.A. No. 04-12031-JLT |
| Department of Veterans' Affairs; | ) |
| President and Fellows of | ) |
| HARVARD COLLEGE; | ) |
| and GRACE J. MUSHRUSH, M.D., | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S COUNSEL PAUL H. MERRY'S

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES PAUL H. MERRY, counsel to Plaintiff, Rajendra D. Badgaiyan, M.D., and hereby respectfully MOVES this HONORABLE COURT for leave to WITHDRAW as counsel, and states as his reasons therefor that differences have arisen between him and the plaintiff sufficiently severe that further representation is impracticable; and that plaintiff has indicated he wishes to seek other counsel.

DATED:                                      Respectfully submitted,
                                            Paul H. Merry, Esq.
                                            Counsel to Plaintiff
                                            Rajendra Badgaiyan, M.D.


                                            /s/ Paul H. Merry
                                            Paul H. Merry, Esq.
                                            44 School St., Suite 1000
                                            Boston, MA 02108
                                            (617) 720-2400
                                            BBO# 353480




CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party to this action by first-class mail on March 7, 2006.


                                            /s/ Paul H. Merry
                                                Paul H. Merry