UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAJENDA BADGAIYAN, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12031-JLT |
| | * | |
| ANTHONY J. PRINCIPI, PRESIDENT | * | |
| AND FELLOWS OF HARVARD | * | |
| COLLEGE, and | * | |
| GRACE MUSHRUSH, M.D., | * | |
| | * | |
| Defendants. | * | |

ORDER

March 9, 2006

TAURO, J.

After the conference on March 9, 2006, this court hereby orders that:

1. Plaintiff's Motion to Withdraw Attorney [#29] is ALLOWED; and

2. A Further Conference will be held on April 4, 2006, at 11:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge