UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-12031-JLT |
| ) | |
| ANTHONY J. PRINCIPI, Secretary, ) | |
| Department of Veterans' Affairs; ) | |
| President and Fellows of ) | |
| HARVARD COLLEGE; and ) | |
| GRACE J. MUSHRUSH, M.D., ) | |
| ) | |
| Defendants ) | |

NOTICE OF APPEARANCE AS COUNSEL FOR THE PLAINTIFF

   Pursuant to Local Rules 5.1(a)(1) and 83.5.2(a), please enter my Appearance as Counsel for the Plaintiff, Rajendra D. Badgaiyan, M.D.

   I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Gregory R. Barison
-----------------------------
Gregory R. Barison
BBO # 029340
Weston Patrick
84 State Street / 11th Floor
Boston, MA 01209
(617) 742-9310

date: March 25, 2006