UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAJENDRA BADGAIYAN, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12031-JLT |
| | * | |
| ANTHONY J. PRINCIPI, PRESIDENT | * | |
| AND FELLOWS OF HARVARD | * | |
| COLLEGE, and | * | |
| GRACE MUSHRUSH, M.D., | * | |
| | * | |
| Defendants. | * | |

## ORDER

April 13, 2006

TAURO, J.

After the conference on April 13, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Defendant Mushrush; and (2) Dr. Ashtar;

2. Plaintiff's deposition of Defendant Mushrush may not exceed four (4) hours;

3. Defendant may depose: (1) Plaintiff Rajendra Badgaiyan;

4. All abovementioned depositions must be completed by May 31, 2006;

5. Parties have until July 31, 2006 to file all dispositive motions; and

6. A Final Pretrial Conference will be held on September 5, 2006, at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge