UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA BADGAIYAN, M.D., <br>     Plaintiff, <br><br>                 v. <br><br> ANTHONY J. PRINCIPI, Secretary, <br> Department of Veteran's Affairs, et als, <br>     Defendants. | Civil Action No. <br> 04-12031 JLT |

## JOINT MOTION TO EXTEND TIME TO COMPLETE DEPOSITIONS AND FILE DISPOSITIVE MOTIONS

Defendants, Anthony J. Principi, Secretary, and the Department of Veteran's Affairs (the "VA"), Grace Mushrush ("Mushrush"), the President and Fellows of Harvard College ("Harvard"), and the Plaintiff, Rajendra D. Badgaiyan ("Badgaiyan") respectfully request that this Court extend the time to complete depositions, and file dispositive motions in the above-referenced matter as follows:

1. All depositions completed by June 31, 2006;

2. Dispositive motions filed August 15, 2006.

Counsel for all parties have conferred and move jointly with respect to this request because the scheduling of depositions has been delayed to accommodate the schedule an out-of-state witness who agreed to travel to Massachusetts to be deposed, as well as the schedules of the parties and their counsel.

WHEREFORE, for the foregoing reasons, all of the Defendants and the Plaintiff respectfully submit that good cause exists for the Court to grant their Motion.

Respectfully Submitted,

| | |
|---|---|
| **RAJENDRA BADGAIYAN, M.D.** | **PRESIDENT AND FELLOWS OF HARVARD COLLEGE,** |
| By his Attorney, | |
| /s/ Gregory R. Barison<br>Gregory R. Barison, Esq.<br>(BBO # 029340)<br>WESTON PATRICK, WILLARD<br>  & REDDING, P.A.<br>84 State Street<br>Boston, MA 02109<br>(617) 742-9310 | /s/ Daniel S. Field<br><br>Daniel S. Field, Esq.(BBO# 560096)<br>MORGAN, BROWN, & JOY, LLP<br>200 State Street<br>Boston, MA 02109-2605<br>(617) 523-6666 |
| Date:  May  30, 2006 | Dated:  May  30, 2006 |

**ANTHONY J. PRINCIPI, SECRETARY & DEPARTMENT OF VETERAN'S AFFAIRS & GRACE MUSHRUSH,**

/s/ Rayford Farquhar
Rayford Farquhar, Esq.
Assistant U.S. Attorney
United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated:  May  30, 2006