UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANTHONY J. PRINCIPI, Secretary, )<br>Department of Veterans' Affairs; )<br>President and Fellows of )<br>HARVARD COLLEGE; and )<br>GRACE J. MUSHRUSH, M.D., )<br>)<br>Defendants )<br>) | C.A. No. 04-12031-JLT |

## JOINT MOTION TO EXTEND TIME FOR THE FILING OF MOTIONS FOR SUMMARY JUDGMENT AND OPPOSITIONS THERETO

The Plaintiff, Rajendra D. Badgaiyan, and the defendants, Anthony J. Principi, Secretary, and the Department of Veteran's Affairs, Grace Mushrush, M.D., and the President and Fellows of Harvard College, respectfully that this Court extend the time for the filing of Motions for Summary Judgment and Oppositions Thereto, as follows:

 1.) Motions for Summary Judgment to be filed on or before October 1, 2006; and

 2.) Oppositions Thereto to be filed on or before October 31, 2006.

This extension is requested due to the death on Sunday, August 13th of the plaintiff's father, in India. The plaintiff has departed for India to manage his father's estate and expects to be in that country for four to six weeks. His presence and assistance is necessary for his counsel to prepare Oppositions to the Summary Judgment motions the defendants plan to file.

Respectfully submitted,

| | |
|---|---|
| **RAJENDRA BADGAIYAN, M.D.** | **PRESIDENT AND FELLOWS OF HARVARD COLLEGE** |
| by his attorney: | by their attorney: |
| /s/ Gregory R. Barison | /s/ Daniel S. Field |

| | |
|---|---|
| Gregory R. Barison, Esq. | Daniel S. Field, Esq. |
| BBO # 029340 | BBO # 560096 |
| Weston Patrick, P.A. | Morgan, Brown & Joy, LLP |
| 84 State Street / 11th Floor | 200 State Street |
| Boston, MA 02109 | Boston, MA 02109-2605 |
| (617) 742-9310 | (617) 523-6666 |

**ANTHONY J. PRINCIPI, SECRETARY &**
**DEPARTMENT OF VETERAN'S AFFAIRS &**
**GRACE MUSHRUSH, M..D.,**

/s/ Rayford Farquhar
Rayford Farquhar, Esq.
Assistant United States Attorney
United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

dated: August 14, 2006