UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY J. PRINCIPI, Secretary,<br>Department of Veterans Affairs;<br>President and Fellows of<br>HARVARD COLLEGE; and GRACE J.<br>MUSHRUSH, M.D.,<br><br>    Defendants. | Civil Action No.<br>04-12031-JLT |

**THE DEPARTMENT OF VETERANS AFFAIRS'
MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56**

Now comes the defendant, Anthony J. Principi, Secretary of the Department of Veterans Affairs, (the "VA"), by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and moves this Court for Summary Judgment pursuant to Fed. R. Civ. P. 56.

For the reasons set forth in the VA's attached Memorandum of Law with supporting Exhibits, and its Local Rule 56.1 Statement of Facts, the undisputed material facts show that the VA is entitled to judgment in its favor.

WHEREFORE, based on the arguments and authorities stated in this Motion and attached Memorandum of Law with supporting Exhibits, and its Local Rule 56.1 Statement of Facts, the VA moves this Count to grant its Motion for Summary Judgment.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY


                   By:   /s/ Rayford A. Farquhar
                         Rayford A. Farquhar
                         Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617)748-3284
```

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 29, 2006.

```
                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
```

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), on diverse dates I spoke with Attorney Gregory R. Barison and we were unable to resolve the issues presented in this Motion for Summary Judgment.

```
                              /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
```