UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. PRINCIPI, Secretary, Department of Veterans' Affairs; President and Fellows of HARVARD COLLEGE; and Grace J. Mushrush, M.D.,<br><br>Defendants | Case No. 04-12031 PBS |

## TABLE OF EXHIBITS

EXHIBIT TAB

Deposition of Robert William McCarley, M.D. .................................................................1

McCarley Deposition Exhibits
Nos. 1, 2, 5, 6, 7, 8, and 12 .................................................................................................2

Deposition of Rajendra D. Badgaiyan, M.D. .......................................................................3

Badgaiyan Deposition Exhibits
Nos. 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 15 .....................................................................................4

Deposition Aafaque Akhter, M.D. ........................................................................................5

Deposition of Grace J. Mushrush, M.D. ...............................................................................6

Deposition of Grace J. Mushrush, M.D. - Vol. II .................................................................7

Mushrush Deposition Exhibits
Nos. 1, 2 and 3 .....................................................................................................................8

VA002-VA005 - *Rajendra D. Badgaiyan v. Anthony J. Principi, et al.*
2004 WL 1494335 (E.E.O.C.) ..............................................................................................9

VA173 ..................................................................................................................................10

Defendant President and Fellows of Harvard College's Answer to
Plaintiff's Amended Complaint and Affirmative Defenses ...............................................11

Affidavit of Margaret L. Dale, Dean for Faculty and Research Integrity,
Harvard Medical School .....................................................................................................12

Board of Registration in Medicine Website Page ..............................................................13