**Robert William McCarley, M.D.**
**March 2, 2006**

1

                    Volume 1, Pages 1-121, Exhibits 1-12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12031-JLT


RAJENDRA D. BADGAIYAN, MD

    Plaintiff

    v.

ANTHONY J. PRINCIPI,

    Secretary, Department of Veterans Affairs;

THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE;

GRACE J. MUSHRUSH, MD

    Defendants



        DEPOSITION of ROBERT WILLIAM MC CARLEY, MD

        Thursday, March 2, 2006, 1:15 to 4:36 PM

        Law Office of Paul H. Merry, Esq.

        50 Congress Street, 10th Floor

        Boston, Massachusetts



---------     JONATHAN H. YOUNG, RDR, CRR     -----------

                    COURT REPORTER

Robert William McCarley, M.D.
March 2, 2006

10

1  Dr. Badgaiyan and the Veterans Administration and

2  Harvard with relation to his treatment while he was

3  a resident in something called the Harvard South

4  Shore psychiatric residency program.

5         When those things happen, as they

6  do, the court rules empower lawyers to ask people to

7  come in and answer questions, people who the lawyers

8  have reason to think have specific knowledge about

9  the details of the disagreement.

10         The purpose is to try to improve

11  everybody's understanding of what happened, and

12  hopefully lead to a resolution without more of this

13  having to take place, including not having to have a

14  trial.

15         Dr. Badgaiyan believes that you may have

16  some knowledge, and that's why he has asked that we

17  talk with you.

18         It's not meant to be an unpleasant or

19  difficult process; and if you need to take a break

20  at any time, or if you wish to speak with your

21  lawyer, we'll certainly accommodate you.

22         I would ask that you not ask to speak

23  with your lawyer if there's a question that hasn't

24  been answered; but apart from that, just say the

**Robert William McCarley, M.D.**
**March 2, 2006**

1  word and we will accommodate you.

2           One other thing.  The stenographic

3  record unfortunately does not record shakings or

4  noddings of the head; and huh-uh...

5     A.  Doesn't work.

6     Q.  ... isn't very helpful either, really.

7           I would just suggest that you try to

8  utter a word...

9     A.  Say, yes, no, et cetera?

10    Q.  Thank you.

11          What did you do to get ready for the

12 deposition today?

13    A.  I reviewed the material that Mr. Field sent

14 you, the e-mails.

15    Q.  Anything else?

16    A.  That's pretty much it.

17    Q.  Did you speak with anyone?

18    A.  Mr. Field.

19    Q.  I'm not asking what you said to him.  Did

20 you speak to anyone else besides Mr. Field?

21    A.  You mean about...

22    Q.  In preparation for this deposition today.

23    A.  In preparation for this deposition today?

24 No, I didn't.

**Robert William McCarley, M.D.**
**March 2, 2006**

12

1    Q.  Okay.

2    A.  I mean, people knew I was being deposed,

3    but I didn't give content.

4    Q.  Are you on any medications today that would

5    affect your ability to answer questions accurately

6    and truthfully?

7    A.  No, I'm not.

8    Q.  Is there any other reason why you'd have

9    difficulty answering truthfully and accurately the

10   questions today?

11   A.  No.

12        A nod doesn't work!

13   Q.  Could you give me your date of birth,

14   please?

15   A.  August 17, 1937.

16   Q.  Are you married?

17   A.  Yes.

18   Q.  Do you have any children?

19   A.  Two children.

20   Q.  Could you describe your education, starting

21   with high school, up through the highest level of

22   formal education you've completed?

23   A.  Sure.  I went to Mayfield High School,

24   graduated in 1955.

Robert William McCarley, M.D.
March 2, 2006

25

1  after you arrived as associate chief?

2      A.  In 1993 or 1994 I became chief.

3      Q.  Any changes since then?

4      A.  Yes.  It's a little complicated.  Brockton-

5  West Roxbury was a separate institution up until

6  about the year 2000.

7          So at the Brockton-West Roxbury I was

8  head of mental health, and also chief of psychiatry,

9  and also deputy chief of staff for mental health.

10         With the merger of Brockton-West

11  Roxbury with the Jamaica Plain VA, I became head

12  of mental health, simply; and also retained the

13  title of chief of psychiatry.  The institution

14  changed.

15     Q.  Would this be the, what do they call it,

16  mental-health service lines?

17     A.  That's correct, yes.  It was head of mental

18  health, but another official title was a manager of

19  the mental-health service lines.  The VA moved

20  toward the service-line organization.

21     Q.  By the way, I meant to ask, where is

22  Mayfield High School?

23     A.  In Mayfield.

24         In Mayfield, Kentucky.  It's in the

Robert William McCarley, M.D.
March 2, 2006

1    program began there were wards where GPs were

2    treating people with psychiatric diagnoses.  Do

3    you recall that?

4        A.  I don't recall GPs treating people with

5    psychiatric diagnoses.  You're talking about which

6    time period, now?

7        Q.  Well, the time period when the residency

8    program began.

9        A.  Not that I know of, or can recall, that

10   there were GPs around.

11            I wasn't so terribly involved in the

12   clinical-administration side until I became chief,

13   and I don't recall at that time that there were GPs

14   also.

15       Q.  You mentioned that you are a tenured full

16   professor at Harvard Medical School.  When did you

17   first get appointed to the Harvard Medical School

18   faculty?

19       A.  Well, actually when I was an intern at

20   the Brigham I was an instructor, and then at Mass

21   Mental Health I was an instructor, and then rose up

22   the academic ladder; so pretty much from internship

23   on through now.

24       Q.  Can you by any chance recall when you went

Robert William McCarley, M.D.
March 2, 2006

31

1          Typical grants are in the range of, over

2    five years, probably $2 million, $3 million;

3    somewhere in that ballpark.

4          Q.  What's the largest number of grants you've

5    been working under at any given time?

6          A.  From NIH, probably three or four.

7          Q.  When you were appointed to the Harvard

8    faculty, how did that occur?

9          A.  Harvard has a strict procedure.  You're

10   talking about which level; the instructor level, or

11   the assistant professor or associate professor?

12         Q.  I'd love to each hear each level, but I was

13   thinking of the instructor level first.

14         A.  The instructor level.  That's pretty much

15   given to people who are working in an academically

16   affiliated institution, because they generally have

17   some academic duties.

18              For example, when I became an intern at

19   the Brigham, I was appointed an instructor more or

20   less routinely; and as part of that I taught some

21   medical students who were affiliated with the

22   Brigham.

23         Q.  And you say you were appointed routinely,

24   more or less; but I wonder how that process plays

**Robert William McCarley, M.D.**
**March 2, 2006**

32

1   out.

2       A.   Harvard has appointing departments; and

3   usually a professor in the appointing department

4   appoints people in certain programs to the rank of

5   instructor.

6           I probably should revise that,

7   I think.  As an intern and as a resident you're

8   really in training status and you're probably a

9   teaching fellow, and the first faculty appointment

10  comes later.

11          So that would make the first faculty

12  appointment come while I was at Mass Mental Health

13  Center, after my residency.

14          So that should be revised.  You're not

15  an instructor when you're in training status, as

16  interns and residents are.

17      Q.   And what was the process whereby you

18  received the faculty appointment while you were at

19  MMHC?

20      A.   The appointing professor at Mass Mental

21  Health did that.

22      Q.   Did you ever hear of somebody named Miles

23  Shore?

24      A.   Yes.  He came on as head of Mass Mental

Robert William McCarley, M.D.
March 2, 2006

33

1    Health after I had been there, and he was

2    appointing professor for many years.

3        Q.   Now, does Harvard have appointing

4    professors anywhere besides Mass Mental Health

5    that you know of?

6        A.   Just FYI, Mass Mental Health has since

7    merged with the Beth Israel Deaconess.

8             So yes; in psychiatry, I think there

9    are seven appointing professors.  I'm one of them,

10   for Harvard at the VA.  There are others at McLean,

11   Mass General, Children's-slash-Judge Baker,

12   Cambridge Hospital, and of course BIDMC.

13       Q.   I'm sorry; I'm still not getting a very

14   clear picture of exactly what the process of

15   appointment entails.

16       A.   You want a general statement that's

17   probably applicable at Harvard?

18       Q.   Well, I was thinking it might be best if

19   you stuck to what you're particularly familiar with

20   from your own experience.

21       A.   People who come on the staff who are

22   VA employees get appointed Harvard instructors if

23   they're involved in teaching programs or academic

24   programs or research; that is, if they are in some

Robert William McCarley, M.D.
March 2, 2006

34

1  way involved in academia.

2      Q.  And what's the process?

3      A.  The process is that I guess their

4  curriculum vitae is reviewed; and if they're

5  interested in teaching academic things, and they

6  appear to be qualified, they're appointed.

7          This is something that's done pretty

8  much by the appointing professor.

9      Q.  What about the appointment to assistant

10  professor?  Is that the same?

11      A.  No.  That's very different.  There, the

12  appointing professor makes a recommendation to the

13  Harvard psychiatry executive committee, which then

14  makes a recommendation that's sent to the committee

15  on promotions and appointments, a Harvard-wide

16  committee, where people outside of psychiatry

17  as well as within psychiatry make a judgment

18  on the academic qualifications of the person.

19          There are some appointments that go

20  to people who have served for a very long time at

21  Harvard that don't have quite as strict academic

22  requirements; people who have done teaching, for

23  example, for a long time.

24      Q.  Did you have a position in the Harvard

Robert William McCarley, M.D.
March 2, 2006

35

1  South Shore psychiatric residency program during

2  the years 1999 through 2004?

3      A.  How do you mean, did I have a position?

4      Q.  Well, were you in any kind of connection

5  to the Harvard South Shore psychiatric residency

6  program during the years 1999 through 2004?

7      A.  Well, of course I was head of the

8  Harvard department from roughly 1993-1994 on, so

9  the academic appointments came through me; and I was

10  also chief of psychiatry, that is, the service

11  chief.

12          But I was not the residency director

13  who really runs the program, nor the VA officer who

14  oversees all VA educational programs.  I can explain

15  if you have any further questions.

16      Q.  Well, that's exactly what I'm interested

17  in; so please tell me about that.

18      A.  How can I help you understand?

19      Q.  Well, I'd like to know what your role was.

20      A.  Harvard has an agreement with all of

21  the institutions where it is the academic affiliate;

22  and essentially in my role as head of the Harvard

23  department I've represented Harvard, in the sense

24  that Harvard doesn't get involved in day-to-day

**Robert William McCarley, M.D.**
**March 2, 2006**

1   operations, the actual running of the program,

2   but likes to be involved in strategic planning,

3   and likes to make sure that academic quality

4   is preserved.

5           In my other role as head of the mental-

6   health service line or mental-health services, the

7   residents are involved in the day-to-day clinical

8   activities of the hospital; and so, obviously, I

9   had an interest in making sure that the residents

10  provided good clinical care, and that the patients

11  received good clinical care.

12          The residency director had the

13  responsibility for the day-to-day running of the

14  program.

15          The judgments about suitability of

16  residents for promotions within the residency were

17  handled by the evaluations and promotions committee,

18  a group of physicians within the VA who consulted

19  with the residency director.

20          Then, above them all was the individual

21  within the VA who bore overall responsibility for

22  quality of the residency program, who was the

23  associate chief of staff for education.

24      Q.  By the way, who was the residency director

**Robert William McCarley, M.D.**
**March 2, 2006**

37

1    between 1999 and 2004, if you remember?

2        A.   Of the Harvard South Shore?

3        Q.   Yes.

4        A.   Dr. Mushrush.

5        Q.   Grace Mushrush?

6        A.   That's right.

7        Q.   By the way, how was it that Harvard went

8    about assuring that the academic quality of the

9    program was preserved?

10       A.   Harvard did not take part in any direct

11   oversight of that.  It was primarily strategic

12   planning, overall direction of the program.

13            The clinical quality of the program, I

14   probably should be clear, there are strict criteria

15   for performance within residency.  Harvard doesn't

16   oversee those.  That's the institution's

17   responsibility.  So that was the VA's

18   responsibility.

19       Q.   And where is all this written down?

20       A.   I think in a memorandum of understanding

21   between Harvard and the VA.

22       Q.   Have you ever seen it?

23       A.   Yes.

24       Q.   Do you recall when that was?

Robert William McCarley, M.D.
March 2, 2006

42

1     Q.  By the way, that's something that I didn't

2     get a very clear picture of.

3           You said that people who got appointed

4     to the, I think you said, assistant-professor level

5     at the medical school went to something called

6     the...

7     A.  I understood for you to ask about promotion

8     at Harvard.

9           For assistant and associate

10    professors, a recommendation is made by the

11    appointing professor in one of the departments to

12    the psychiatry executive committee; who if they

13    approve send it on to the Harvard appointments

14    committee, who says yea or nay.

15          For full professors, there is a

16    different procedure, in that a search committee is

17    formed.

18          If it's a promotion from within, it's

19    an ad hoc search committee.  If a person is being

20    sought for a position, it's a search committee with

21    outside applicants.

22          The search committee deliberates, and

23    they make their recommendation to the subcommittee

24    of professors and eventually to the council of

**Robert William McCarley, M.D.**
**March 2, 2006**

47

1   the program, but were not involved as much in the

2   training component.

3       Q.   Do you know if residents pay any form of

4   tuition or charge for being in the program?

5       A.   I don't think they do.

6       Q.   Do you know how they're supported?

7       A.   Yes.   The residents in the Harvard South

8   Shore program are paid through the VA.

9              There are a couple of residency slots

10  that are paid by the state.

11      Q.   Any paid by Harvard?

12      A.   No.

13      Q.   Do you know if Dr. Mushrush is the director

14  of the program today?

15      A.   Dr. Mushrush is currently director of the

16  Harvard South Shore residency training program.

17      Q.   And is that going to change any time in the

18  near future, to your knowledge?

19      A.   There is a search, and it's open to Dr.

20  Mushrush to apply for the position.

21      Q.   Do you know if there's a point at which

22  the search will be concluded and some person will be

23  appointed, and that person might be Dr. Mushrush?

24      A.   No, I don't.   Searches are hard to predict.

Robert William McCarley, M.D.
March 2, 2006

48

1    Q.  Do you know who initiated the search?

2    A.  Yes.

3         This was when Dr. Kaplan came on board

4    as chief.  He in consultation with Dr. Charness, who

5    is an associate dean, I think, for Harvard-VA

6    affairs with Harvard, and is also chief of

7    staff at the VA.

8    Q.  Do you know what Dr. Charness's first name

9    is?

10   A.  Michael.

11   Q.  I think you used the word dean to describe

12   him.  Does that mean he's a dean of the medical

13   school?

14   A.  He may be an associate dean for Harvard-VA

15   affairs, or a title something like that.

16   Q.  I'm trying to understand what kind of dean

17   he might be, or what his deanly role might be.

18   A.  Again, Harvard has to have some liaison

19   with the VA.

20        Dr. Charness came on board maybe

21   2001, 2002, 2003, I'm not sure; and before that

22   the liaison with the VA had been the dean for

23   clinical affairs, Dr. Ray Dolan.

24        Dr. Charness has a Harvard appointment,

Robert William McCarley, M.D.
March 2, 2006

50

1  can tell me any more in the way of detail about

2  that.

3      A.   Well, I can tell you about Dr. Dolan;

4  and there was usually a joint meeting of VA chiefs

5  of services and the deans responsible for academic

6  liaison from Harvard and from BU.

7           There was a monthly, or every-other-

8  month, or quarterly meeting where issues of concern

9  were discussed, plans were discussed.   Otherwise,

10  there wasn't much contact.

11     Q.   Now, you testified earlier that Harvard

12  didn't get involved particularly in day-to-day

13  operation of the residency program.

14           Do you know if Dr. Mushrush holds a

15  faculty appointment at Harvard Medical School?

16     A.   She is a clinical assistant professor, and

17  I'm not sure of her date of appointment for that.

18     Q.   Are there any other clinical assistant

19  professors besides her that you haven't mentioned?

20     A.   That are involved in the program?

21     Q.   Yes.

22     A.   Not that I can recall.

23     Q.   Can you describe for me the strategic

24  issues and questions that the Harvard-affiliated

Robert William McCarley, M.D.
March 2, 2006

1    administrators address themselves to?

2        A.   One of the issues was, there was a merger

3    of Brockton-West-Roxbury/Jamaica Plain.

4            Often students affiliated with one

5    school might have contact with teachers from another

6    school, and the question was is this okay; that kind

7    of thing.

8        Q.   Now, you say teachers from another school.

9    Does that mean...

10       A.   That would mean Harvard teachers for BU

11   students, or BU teachers for Harvard students.

12       Q.   Do you know if anybody held appointments at

13   both BU and Harvard?

14       A.   Dr. Charness does, and I hold a lecturer

15   appointment at Boston University.

16            Lecturer appointments at Harvard

17   are usually given to individuals that have special

18   responsibilities for positions that are important at

19   Harvard, but are not primarily in the Harvard

20   academic ladder.

21       Q.   Do you have an office at Harvard?

22       A.   I have an office at the VA, but not within

23   the Harvard Medical School itself.

24       Q.   Do you know if the structure, as

**Robert William McCarley, M.D.**
**March 2, 2006**

53

1  would-be psychiatrists to apply to the program?

2        MR. FIELD:  Objection.  You can answer.

3    A.  It's one factor.

4    Q.  You've told me so far that there's a

5  director of residency, who I think was Dr. Mushrush

6  or is Dr. Mushrush?

7    A.  That's correct.

8    Q.  And yourself.  What other administrators

9  are there in the Harvard South Shore psychiatric

10  residency program?

11    A.  There's the residency director; and above

12  Dr. Mushrush is Dr. Kantor, who is the VA associate

13  chief of staff for education.

14        That's the residency educational

15  organization that makes sure that the program is

16  accredited, and that the residents fulfill all of

17  the necessary requirements.

18        On another level from that, there are

19  the clinical-service chiefs, of which I was one for

20  mental health, who have as their responsibility to

21  insure good clinical care for patients.

22    Q.  And who makes up that side, if you will, of

23  the organizational structure?

24    A.  I'm sorry; which side?

**Robert William McCarley, M.D.**
**March 2, 2006**

58

1    South Shore?

2        A.  Yes.

3        Q.  Can you describe that for me, please?

4        A.  Yes.  There is a residency admission

5    committee; and then there's the evaluation and

6    promotions committee, which meets to decide which

7    residents should be promoted and which residents

8    need additional work before being promoted.

9        Q.  Any other committees?

10       A.  Yes, I think there are.  Those are the ones

11   that come to my mind.

12       Q.  Do you have any how many others there might

13   be?

14       A.  I don't know.  Maybe a couple more.  I'm

15   not quite sure.

16       Q.  Have you ever heard of a training

17   committee?

18       A.  Yes.  That would be the committee, I guess,

19   that oversees the residency education program.

20           The names of some of these committees

21   may have changed throughout the years, so that may

22   account for some of the differences that there are

23   in terminology.

24       Q.  Do you ever get involved in issues of

**Robert William McCarley, M.D.**
**March 2, 2006**

64

1    A.   I think it's a he, and I think he was a

2  resident; and I understood there was some kind of

3  difficulty, and I'm not certain of the nature of

4  that.

5    Q.   Would you ever have occasion to look at a

6  resident's file?

7    A.   I don't recall doing that.

8    Q.   By the way, when someone enters the program

9  as a resident, do they sign anything; an agreement

10  of any kind?

11    A.   I assume they sign a lot, because you can't

12  get into the VA without signing a lot of things; but

13  I can't tell you all of the forms.

14    Q.   By the way, have you ever taught rotations

15  as part of the residency program?

16    A.   Do you mean was I in charge of a clinical

17  rotation and clinical supervision for a particular

18  tour of duty?

19    Q.   Well, there you go again.  I use the word

20  teach, and I don't know...

21    A.   And which time period are you...

22    Q.   1999 to 2004.

23    A.   No, I was not doing that.

24    Q.   Have you ever done it; ever?

Robert William McCarley, M.D.
March 2, 2006

72

1     Q.   What about good pedagogical or educational

2   practice?

3     A.   I'm sorry; I'm not understanding what you

4   mean.

5               How would that come up with a resident?

6   You mean if the resident was teaching somebody the

7   wrong thing?

8     Q.   No; if the resident wasn't learning as well

9   as the resident should be learning.

10     A.   If the resident wasn't learning clinical

11   medicine and how to treat patients, that's serious.

12               I mean, you said pedagogy; and I'm

13   distinguishing pedagogy in the sense of learning

14   about a subject from learning medical practice.

15     Q.   Well, what's the basis?  You mentioned that

16   sometimes residents don't get promoted.

17               By the way, how often does that happen,

18   in your experience?

19     A.   Not terribly often.

20     Q.   Once a year?

21     A.   Maybe less.

22     Q.   How often have residents been asked to do

23   remedial training?

24     A.   Again, I'm not certain that I know of all

Robert William McCarley, M.D.
March 2, 2006

82

1    there was the VA establishment of a residency

2    program that enabled it to receive VA stipends

3    for its trainees.

4        Q.  And then, did Harvard supply the

5    educational component?

6        A.  No.  As I said, Harvard doesn't prescribe

7    educational components for residents.

8            That's the responsibility of Dr. Kantor,

9    or the ACOS for education, the residency director

10   and the ACGME.

11       Q.  Do you think it would be fair to put a

12   resident on probation without giving any warning or

13   explaining why?

14       A.  I'm not aware that that's been done.

15       Q.  But that's not the question that I asked.

16           MR. FIELD:  Objection.  You can answer

17   it.

18       A.  I would not follow that procedure.  I would

19   not recommend that procedure be followed.

20       Q.  Have you ever heard of someone named Ted

21   Trevis?

22       A.  I don't recall the name.

23       Q.  If I mention the Brigham and Women's

24   Hospital, would that...

1      A.   Dr. Badgaiyan's promotion or nonpromotion.

2      Q.   And how did that come up?

3      A.   It came up because the promotions committee

4   was concerned that there had been what they deemed

5   to be serious problems with him, so that they didn't

6   deem him worthy of promotion.

7      Q.   Do you recall what the problems were?

8      A.   Again, I don't know the details; but the

9   bottom line was that his clinical performance

10  wasn't good, and his attitude wasn't good.

11     Q.   How did you learn about that?

12     A.   Through Dr. Swett, whom I talked with about

13  this.

14           Dr. Swett had also discussed this with

15  Dr. Mushrush, and people who were Dr. Badgaiyan's

16  supervisors.

17     Q.   Can you remember any of their names?

18     A.   Dr. Badgaiyan's supervisors?  I don't

19  recall them exactly.

20     Q.   Did you ever discuss Dr. Badgaiyan with

21  Dr. Mushrush?

22     A.   My main contact was through Dr. Swett, who

23  was chief of clinical operations in mental health;

24  and he also was a member of the promotions and

Robert William McCarley, M.D.
March 2, 2006

88

1    evaluations committee.

2         Q.  And my question really was, did you ever

3    discuss Dr. Badgaiyan with Dr. Mushrush.

4         A.  Yes.

5         Q.  And when was that, the first time?

6         A.  Probably at the beginning, when he was a

7    candidate for residency; and then the next time I

8    can be sure of, although it probably came up from

9    time to time, was in May 2002.

10        Q.  And what did Dr. Mushrush say to you about

11   Dr. Badgaiyan?

12        A.  Well, at that point I don't recall my

13   conversations with Dr. Mushrush.  I recall them

14   mainly with Dr. Swett, who was the chief of clinical

15   operations and also a member of the promotions and

16   evaluations committee.

17             So I don't recall specifically what went

18   on with Dr. Mushrush.

19        Q.  Do you recall at any time anything that

20   Dr. Mushrush ever said to you about Dr. Badgaiyan?

21        A.  I recall Dr. Mushrush concurred with

22   Dr. Swett's opinion that he was having problems

23   in his clinical-residency performance and attitude.

24        Q.  And do you recall when you learned that?

Robert William McCarley, M.D.
March 2, 2006

89

1    A.  Again, what I recall is in May 2002.

2  There could have been something earlier, but my

3  recollection is largely based on these e-mails.

4         I, again, was a pretty busy person,

5  worrying about a 300-man-and-woman health service.

6    Q.  And what did Dr. Swett say to you about

7  Dr. Badgaiyan?

8    A.  He said there were problems with his

9  clinical performance and his attitude.

10   Q.  And did he describe those problems for you?

11   A.  Yes, he did.  I can't recall the details,

12  but he certainly described them; and also his

13  consultations with Dr. Badgaiyan's immediate

14  supervisors.

15   Q.  I think I may have asked you this; but just

16  to make sure, can you recall any of those immediate

17  supervisors were that he referred to?

18   A.  They were people on different rotations,

19  and that was not my level of involvement with the

20  program.

21   Q.  I understand that; but the question is, do

22  you remember their names?

23   A.  No, I don't remember their names.

24   Q.  Just so I'm clear, I asked you if Dr.

**Robert William McCarley, M.D.**
**March 2, 2006**

91

1  that are in the evaluations?

2      A.  Perhaps I shouldn't have used the term

3  grades.  He did not get excellent evaluations.

4      Q.  Do you know how the evaluation system is

5  ranked?

6      A.  He was not passing; was not satisfactory.

7      Q.  Do you recall anything else that Dr. Swett

8  said about Dr. Badgaiyan?

9      A.  I think that was the gist of what he said.

10      Q.  Is that all you recall today?

11      A.  That's all I recall today.  This was,

12  again, 2002.

13      Q.  Do you know the basis is on which awards

14  are granted to...

15      A.  I'm sorry.  Which awards are you talking

16  about?

17      Q.  Something called the duPont fellowship,

18  I think.

19      A.  I'm very familiar with that one.  That's

20  a purely research fellowship, that's awarded by the

21  Harvard department of psychiatry from money given to

22  it; and it's a competitive fellowship.  I sponsored

23  Dr. Badgaiyan for that.

24      Q.  There's another one, that begins with an M.

1      A.   There is a Livingston.

2      Q.   There's a fellowship that's supposed to be

3  awarded to residents across the...

4      A.   Oh, the Maisel Award?

5      Q.   That might be it.

6      A.   That's given to a resident who has the

7  outstanding research poster at Harvard Research Day.

8      Q.   Do you know how the selection is made?

9      A.   On the basis of research merit.

10     Q.   I believe that, but the question is what

11  the process is.

12     A.   The residents put up posters.  There is

13  a Maisel judging committee that goes around and

14  evaluates the candidate posters and then selects

15  the best.

16     Q.   Is it a vote?

17     A.   It's consensus among the committee; right.

18     Q.   And who is on the committee?

19     A.   Whoever is on the Maisel Award committee;

20  which is usually people who have a strong research

21  interest within the several Harvard departments of

22  psychiatry.  It changes from year to year.

23     Q.   Did you ever talk with Dr. Badgaiyan

24  directly after he was admitted to the residency

**Robert William McCarley, M.D.**
**March 2, 2006**

95

1    A.  Well, the whole issue of his performance of

2  course came up in May 2002.

3    Q.  I'm going to ask you to tell me everything

4  that you can recall about whatever aspect of his

5  performance caught your eye at that time.

6    A.  Caught my eye.

7         I think I reported that Dr. Swett

8  discussed with me the problems that he was

9  hearing about in his performance.

10    Q.  But the only thing I recall you mentioning

11  was that there were some attendings, or whoever the

12  people are that run the rotations, who had some

13  issues.

14    A.  Dr. Swett had an opinion, and in the

15  opinion of the evaluations and promotions committee

16  the problems were sufficiently strong that they

17  recommended against promoting him.

18         They thought he was not performing

19  adequately in terms of clinical psychiatry.

20    Q.  And I guess my question to you is if you

21  can recall today any of the bases that led them to

22  reach that conclusion.

23    A.  I don't know all of them.

24         MR. FIELD:  Objection.  This is the