X-Sender: robert_mccarley/hms.harvard.edu@pop3.norton.antivirus
Date: Mon, 03 Jun 2002 06:48:10 -0400
To: Rajendra Badgaiyan <rajendra@wjh.harvard.edu>,
   Chester Swett <Chester.Swett@med.va.gov>
From: "Robert W. McCarley, M.D." <robert_mccarley@hms.harvard.edu>
Subject: Re: Residency
Status:

Hi,
I will ask Dr. Swett to read your note, and he and I will discuss and get back to you.
Bob McCarley
At 10:58 PM 06/02/2002 -0400, Rajendra Badgaiyan wrote:

> Dear Dr McCarley,
> I am sorry for writing this letter, but I have no other option because, I do not think I can take more humiliation and insults from Dr Mushrush. Last week she asked me to repeat some of the rotations that I have passed with either an 'outstanding' (5/5) or 'good' (4/5) grade. The preceptor of one the rotations that I am asked to repeat has commended my work by writing that I have done a 'top-notch' job and that it was better than that of the fellows. As far as I know, no body has ever been asked to repeat a rotation that has been passed. It is against the established norms of any program, and is clearly intended to humiliate me. Dr Mushrush says that she is asking me to repeat because she has received 'numerous complaints from staff members concerning poor attitude and lack of cooperation'. I have never seen any of these complaints and I seriously doubt, that she has received 'numerous complaints'. During the training I have been evaluated by over 30 preceptors and, as far as I know, none of the evaluations has seriously questioned my attitude or cooperation. She is making allegations and taking punitive action, mainly on the basis of unconfirmed phone calls.
>
> While arriving at this decision, Dr Mushrush ignored the positive feedback she got from the faculties with whom I have been working continuously for the past 3 years. The fact that my score in the PRITE was highest in my class and 4th in the entire program was also ignored. I did however, had some problems during the training, but those problems were clearly not worse than those encountered by a majority of residents. In any case, a residents' weaknesses are reflected in the evaluations of the preceptors, and my evaluations are better than those of the most of the residents of this program, despite the fact that I was not given any consideration in terms of clinical load (which I was expecting because of being a candidate in the research-track program).
>
> Because of her open contempt for research in general, and researchers in particular, Dr Mushrush has been humiliating me constantly by publicly referring to me as 'bad boy' in the residents' meeting, and telling people that she would

never let me graduate because I was not selected by her. She even tried unsuccessfully to influence a number of preceptors to give me poor evaluation in their rotations (I can give you the names for confirmation).

Forcing me to repeat the rotations that I have passed with good grades, is not only humiliating but also a waste of time. More importantly, it will derail the schedule of my research and the fellowship which I had planned to begin in July (I have already scheduled scan time beginning July).

I will appreciate if you can find time to go over my evaluations and other documents to see if Dr Mushrush has indeed received 'numerous complaints' of serious nature. If she insists that I have to repeat these rotations, I will have to seek your permission to resign because I don't think I can take the humiliation and stress any more.

I am sorry for complaining.
With best regards.

Raj