```
X-Sender: robert_mccarley@hms.harvard.edu
Date: Sun, 30 Jun 2002 11:40:15 -0400
To: Rajendra Badgaiyan <rajendra@wjh.harvard.edu>
From: "Robert W. McCarley, M.D." <robert_mccarley@hms.harvard.edu>
Subject: Re: Residency
Cc: Robert McCarley <Robert.McCarley@med.va.gov>,
    "MUSHRUSH_MD.GRACE_J+@BOSTON.VA.GOV"
    <MUSHRUSH_MD.GRACE_J+@BOSTON.VA.GOV>,
    Chester Swett <Chester.Swett@med.va.gov>,
    "Margaret Klausner" <Margaret.Klausner@med.va.gov>
Status:
```

Hi Raj,
My understanding of your situation when I discussed with Dr. Swett and Dr. Mushrush was somewhat different.
However, I will discuss your email with them, hopefully tomorow, but I do not know their schedule.
Meanwhile I think you should follow the residency program schedule outlined by Dr. Mushrush.
Best wishes,
Bob McCarley

At 02:20 AM 6/30/2002 -0400, Rajendra Badgaiyan wrote:

> Dear Dr McCarley,
>
> I am not sure, if you had a chance to discuss my residency issues with Dr Swett. I have been asked to begin repeating inpatient rotations, starting Monday. The Board requires 9 months' inpatient training, and I have completed 11 months' training (same duration as the other residents of our program), and have passed all of these rotations - many of them with an outstanding evaluation. I do not know, why I am being asked to repeat. If there is no particular reason, I would request you to please allow me to join the fellowship in July. If needed, I will be happy to run out-patient clinics simultaneously.
>
> Regards.
>
> Raj


EXHIBIT 7 McCarley