To: "Robert W. McCarley, M.D." <robert_mccarley@hms.harvard.edu>
From: Rajendra Badgaiyan <rajendra@wjh.harvard.edu>
Subject: Re: Residency
Cc:
Bcc:
X-Attachments:

Dear Dr McCarley,

I very much appreciate your help. As suggested, I will follow the schedule outlined by Dr Mushrush until you get a chance to discuss the issue again. I feel **embarrassed**, and am sorry to keep bothering you, but I genuinely feel that you did not get correct information. I will try my best, not to complain again.

Dates of my in-patient rotations are as follows:

Nov 1999: Dr Sepulveda
Dec 1999: Dr Sepulveda
Jan 2000: Dr Chang
Aug 2000: Dr Alexander
Nov 2000: Dr Festin
Dec. 2000: Dr Festin
Apr 2001: McLean, Dr Villa
May 2001: Dr Chang
June 2001: Taunton, Dr Angeles
July 2001:            Corregan, Dr Harrop
Aug, 2001: Corregan, Dr Harrop

Total: (9 months inpatient psychiatry + 2 months inpatient substance abuse)

Raj

> Hi Raj,
> My understanding of your situation when I discussed with Dr. Swett and Dr. Mushrush was somewhat different.
> However, I will discuss your email with them, hopefully tomorow, but I do not know their schedule.
> Meanwhile I think you should follow the residency program schedule outlined by Dr. Mushrush.
> Best wishes,
> Bob McCarley
> At 02:20 AM 6/30/2002 -0400, Rajendra Badgaiyan wrote:
>
>> Dear Dr McCarley,
>>
>> I am not sure, if you had a chance to discuss my residency issues with Dr Swett. I have been asked to begin repeating inpatient rotations, starting Monday. The Board requires 9 months' inpatient training, and I have completed 11 months' training (same duration as the other residents of our program), and have passed all of these rotations - many of them with an outstanding evaluation. I do not know, why I am being asked to repeat. If there is no particular reason, I would request you to please allow me to join the

EXHIBIT
8
McCarley

fellowship in July. If needed, I will be happy to run out-patient clinics simultaneously.

Regards.

Raj