**Robert W. McCarley, 7/8/02 3:10 PM -0400, Residency**

X-Sender: robert_mccarley@hms.harvard.edu
Date: Mon, 08 Jul 2002 15:10:49 -0400
To: Rajendra Badgaiyan <rajendra@wjh.harvard.edu>
From: "Robert W. McCarley" <robert_mccarley@hms.harvard.edu>
Subject: Residency
Cc: "MUSHRUSH_MD.GRACE_J+@BOSTON.VA.GOV"
<MUSHRUSH_MD.GRACE_J+@BOSTON.VA.GOV>,
    Chester Swett <Chester.Swett@med.va.gov>,
    "Margaret Klausner" <Margaret.Klausner@med.va.gov>,
    Robert McCarley <Robert.McCarley@med.va.gov>
Status:

Raj,

After consultation with Drs. Swett and Mushrush, I have decided that you will be asked to
complete the following program:
1. Two months inpt, ending Aug 31, 02.
2. Four months of outpt with Dr Levitt, ending Dec 31, 02, and develop a
webpage in collaboration with Dr. Mushrush.
3. Share your super cognitive neuroscience knowledge with the other residents, in the format of a
lecture(s).

Raj, the bottom line on your inpatient work was that there were some problems and
that further training was necessary.

Re the Dupont-Warren fellowship. This is flexible in terms of how long it runs for and the rate you want
the money distributed. Stuart Hauser and I as co-chairs of the Research Committee would be very happy
to consider any arrangement you would want.

With best wishes,
Bob McCarley




Robert W. McCarley, M.D.
Professor and Chair, Harvard Dept. of Psychiatry,
Deputy Chief of Staff/Mental Health Services
VA Boston Healthcare System
Co-Chair, Harvard Psychiatry Executive Committee
940 Belmont St.
Brockton, Ma 02301

Phone: 508 583-4500x3723
Fax: 508 586 0894
robert_mccarley@hms.harvard.edu

**EXHIBIT**
12
McCarley