Rajendra D. Badgaiyan, M.D.

1

1          VOLUME I

2          PAGES 1 - 182

3          EXHIBITS 1 - 10

4          UNITED STATES DISTRICT COURT

5          District of Massachusetts

6   ---------------------------

7   RAJENDRA BADGAIYAN, M.D.,

8                     Plaintiff     Civil Action

9   v.                             No. 04-12031

10

11  ANTHONY J. PRINCIPI, Secretary

12  Department of Veterans Affairs, et als.,

13                    Defendants

14  ---------------------------

15

16      DEPOSITION of RAJENDRA D. BADGAIYAN, M.D.

17             Wednesday, May 17, 2006

18             Morgan, Brown & Joy, LLP

19                200 State Street

20         Boston, Massachusetts  02109

21           10:15 a.m. to 2:59 p.m.

22

23

24   ----------- CAROL A. CARUSO, CSR -----------

Rajendra D. Badgaiyan, M.D.

11

1    University of Pittsburgh, did you say a year?

2        A.  Yeah, a little more than a year.

3        Q.  And you left to go to where?

4        A.  Harvard.

5        Q.  So that would be 1998?

6        A.  Yes.

7        Q.  What was your first position at Harvard?

8        A.  Postdoctorate fellow.

9        Q.  In what department?

10       A.  Psychology.

11       Q.  At Harvard Medical School?

12       A.  No, Harvard University.

13       Q.  What were the, what was the nature of your

14   fellowship?

15       A.  I don't quite understand.

16       Q.  What did do you as a postdoctorate fellow,

17   just take us through the average day?

18       A.  Mainly it's research.

19       Q.  Do you recall a specific subject of your

20   research?

21       A.  There was memory.

22       Q.  Memory?

23       A.  Mm-hmm.

24       Q.  How long were you a postdoctorate fellow in

Rajendra D. Badgaiyan, M.D.

12

1    the Psychology Department in Harvard University

2    performing this research?

3        A.  I don't exactly remember the length of time,

4    but I started in 1998, and then I, at some point I

5    was awarded to research associate, and then I kept

6    working there about until three years ago without an

7    official position in Psychology Department, so I

8    don't exactly remember when the official position

9    ended.

10       Q.  At some point you decided you would like to

11   practice psychiatry, correct?

12       A.  Yes, that is correct.

13       Q.  And you applied for a residency with the

14   South Shore Psychiatric Residency Training Program?

15       A.  Yes, that is true.

16       Q.  And can you tell me when that was?

17       A.  Some time in 1998, I guess, yeah.

18       Q.  When did you receive, if you did, an

19   appointment into that program?

20       A.  I worked in 1998 there for one month without

21   being paid and without having an official

22   appointment, but I got an official appointment to

23   start the program in, I think on October 19, 1999.

24       Q.  And what was the reason for the delay in

Rajendra D. Badgaiyan, M.D.

18

1   to finish my training in October of 2003, that would

2   have been 48 months, but then I was told to

3   continue, I was told that I have to be in the

4   program until December of 2003, so I did research in

5   that intervening period, yes.

6       Q.   October to December of 2003 you were allowed

7   to do research to complete your 48 months, correct?

8       A.   Yes, yes.

9       Q.   And that research was in the Radiology

10  Department at Mass. General?

11      A.   It was both Radiology Department as well the

12  Psychology Department at Harvard.

13      Q.   And the Psychology Department at Harvard?

14      A.   Yes.

15      Q.   And at that time you were funded by a

16  fellowship, the Dupont-Warren Fellowship?

17      A.   Yes.

18      Q.   Okay.  And was this arrangement, that is for

19  the three months of October through December '03, an

20  arrangement that you requested?

21      A.   It was, I was in the research track

22  Residency Program, and in the research track that

23  is, I guess, the norm.

24      Q.   But did you request to Dr. Mushrush that you

Rajendra D. Badgaiyan, M.D.

40

1    A.  No, she did not.  Actually, she told me that

2  Dr. Festin failed me.

3    Q.  Did Dr. Alexander say that he voted to pass

4  you?

5    A.  He did not say anything, he said he only

6  refused to discuss.

7    Q.  And all this was in the spring of 2001?

8    A.  It might be somewhere.

9    Q.  Somewhere in that timeframe?

10    A.  Yeah, because I think I got this e-mail in

11  June, I think, from Dr. Mushrush, that is the first

12  time that I learned that I failed the oral

13  examination, and for the first time that I learned I

14  failed a McLean rotation also, so after that I

15  talked to her.

16    Q.  Sorry, so after that you talked to who?

17    A.  Dr. Mushrush and then Dr. Festin.

18    Q.  Okay.  Let's stay on the oral exam that you

19  were told you failed, did Dr. Mushrush suggest that

20  you retake the exam?

21    A.  No.

22    Q.  Is that you don't recall or are you saying

23  she absolutely never did?

24    A.  Absolutely never did.  The first time I

Rajendra D. Badgaiyan, M.D.

47

1    Residency Training Program that I was not going to

2    know what is going to happen tomorrow without a

3    warning that something is going to strike again.

4        Q.  So this constant fear that you were under

5    and the mental distress that you testified to, did

6    you lose any time from the residency program during

7    this period of time?

8        A.  During the PGY II year, no.

9        Q.  And did you seek the services of any medical

10   professionals for this mental distress?

11       A.  During PGY II, no.

12       Q.  Did you, and I am talking about this period

13   of time we are talking April through say July or

14   August of '01, okay?

15       A.  Okay.

16       Q.  Did you expend any sums of money for

17   medications or treatment relating to this mental

18   distress?

19       A.  No.

20       Q.  It's true, isn't it, Doctor, that there was

21   a woman who was stalking you around this period of

22   time, correct?

23       A.  No, not.

24       Q.  Wasn't there a woman who was bothering you?

Rajendra D. Badgaiyan, M.D.

48

1    A.   Not that period of time.

2    Q.   When?

3    A.   I think it began when I was in PGY III.  She

4 was not stalking, I think stalking is a different

5 connotation, actually.  She was interested in me,

6 and I told her that I'm not interested, but she kept

7 asking me that maybe you can change your mind, but

8 she never stalked me.

9    Q.   And you shared this with Dr. Mushrush,

10 correct?

11   A.   Sorry?

12   Q.   You shared this information with

13 Dr. Mushrush?

14   A.   No, I did not.

15   Q.   Did Dr. Mushrush ever talk to you about the

16 situation?

17   A.   She did.

18   Q.   And when was that?

19   A.   That might have been when I was in PGY III.

20   Q.   But had this started at all at any time

21 towards the end of PGY II?

22   A.   I don't exactly recall the time period, it

23 might have been, but it was not very long-drawn

24 process, I mean she was insisting that if I change

Rajendra D. Badgaiyan, M.D.

49

1    my mind then let her know.

2        Q.   What was the name of this person?

3        A.   Dr. Savu.

4        Q.   How do you spell it?

5        A.   S-A-V-U.

6        Q.   Did this cause you any mental distress?

7        A.   No, not at all.

8        Q.   None at all?

9        A.   No.

10       Q.   You didn't indicate to Dr. Mushrush that

11   this was having an adverse effect on your blood

12   pressure?

13       A.   No, I never told her that.

14       Q.   Not at all.  Did she ever suggest to you

15   that you might want to consider seeking a

16   restraining order against this person?

17       A.   I think she did.

18       Q.   So you had a conversation with her?

19       A.   I had a conversation, but she told me that I

20   have heard that she is stalking you.  I told her she

21   is not stalking me, but she has been telling the

22   residents also that she is interested in me, and I

23   am not interested in her, and she asked me a couple

24   of times that I am interested in you, and if you

Rajendra D. Badgaiyan, M.D.

50

1  change your mind to let me know, but then

2  Dr. Mushrush told me to give in writing that she is

3  harassing you, and I told her she is not harassing

4  me, she is interested in, but she told me.

5      Q.  Go ahead, sorry.

6      A.  Sorry, and so but she said give in writing

7  that she is harassing you.  I said, No, she is not

8  harassing me, so I cannot give you in writing, and

9  she said in that context, Okay, why don't you

10  initiate, why don't you get a restraining order

11  against her.  I said, No, she is not harassing me, I

12  am not harassed, she is just asking, and there is

13  nothing wrong in asking if she is interested in me.

14  So yeah, that was the conversation I had.

15      Q.  And was this early in PGY III?

16      A.  Towards the late, towards the end.

17      Q.  Of the third year?

18      A.  Yes.

19      Q.  Or the second year?

20      A.  No, third year.

21      Q.  Now, who brought the subject up, did

22  Dr. Mushrush approach you about it?

23      A.  Yes, she did.

24      Q.  And how did she know about it?

Rajendra D. Badgaiyan, M.D.

51

1    A.  I don't know, she said somebody told her.

2    Q.  That you felt you were being stalked or

3 harassed?

4    A.  Yes, that's what she told me.

5    Q.  Did she tell you who it was that went to

6 her?

7    A.  No, she did not.

8    Q.  Just so we are clear, you didn't tell her

9 that it was having a bad effect on your blood

10 pressure?

11   A.  Mm-hmm.

12   Q.  You did not say that?

13   A.  I did not say it, because it was not.

14   Q.  Now, let's go back to the application for a

15 full license, you had a conversation with an

16 individual at the Board of Registration, and they

17 told you that there was some negative information

18 and that you had -- that Dr. Mushrush had to provide

19 some further information.  Do you know if she did

20 provide some further information regarding the

21 probation?

22   A.  I don't know, but what I was told by the

23 board is that she gave a bunch of documents to the

24 board.  I do not know what documents she gave to the

Rajendra D. Badgaiyan, M.D.

61

1    board.

2       Q.  I see.  Did you request that you not have to

3    meet with the official from Public Health Service,

4    is that the official you mentioned?

5       A.  I do not exactly remember the word what I

6    mentioned, but the gist was I am ready to go for

7    monitoring as recommended by Dr. Meyer, by

8    Dr. Meyer, and I also told them that while doing the

9    residency training it is impossible to do what the

10   board wanted me to do for monitoring, and that

11   included, of course, the meeting with Public Health.

12      Q.  Did you put this in writing?

13      A.  Yes.

14      Q.  And do you have a copy of that letter?

15      A.  Yes, yes.

16      Q.  Now, you mentioned a Dr. Meyer, a Dr. Meyer

17   who did a psychiatric evaluation of you?

18      A.  Yes.

19      Q.  Now, who is he and with whom was he

20   affiliated at the time he did your evaluation?

21      A.  He is affiliated with Harvard, but he

22   evaluated me as a practitioner, I guess, psychiatric

23   practitioner, not as a Harvard employee.

24      Q.  And was his evaluation of you a psychiatric

Rajendra D. Badgaiyan, M.D.

62

1   evaluation of your mental health?

2       A.   Yes.

3       Q.   And why did he conduct such an evaluation?

4       A.   Because board wanted him to do it, board

5   told me to get it done from the psychiatric

6   independent.

7       Q.   The board told you to have a psychiatric

8   exam?

9       A.   Yes.

10      Q.   And they told you that in May or June of

11  2004?

12      A.   Yes.

13      Q.   And so did they identify the individual from

14  whom you should receive this exam, or did you select

15  Dr. Meyer?

16      A.   They gave me three names, that I have to

17  select one of those three.

18      Q.   Okay.  And you selected Dr. Meyer, correct?

19      A.   Out of the three options that I have.

20      Q.   Yes.  Did you know Dr. Meyer?

21      A.   No.

22      Q.   How long did he evaluate you?

23      A.   I have three or four meetings with him that

24  are one hour long meeting.

Rajendra D. Badgaiyan, M.D.

63

1    Q.   The last thing you said?

2    A.   That was one hour long meetings,

3    approximately one hour.

4    Q.   So you had three or four meetings lasting an

5    hour approximately a piece?

6    A.   Right.

7    Q.   And over what period of time did these

8    meetings take place?

9    A.   I think in the span of two or three months

10   beginning July, I guess, June or July.

11   Q.   June, July of '04?

12   A.   Yes.

13   Q.   Did you receive a copy or did you learn, I

14   should say, of Dr. Meyer's evaluation?

15   A.   Yes.

16   Q.   And can you tell us what his, in summary

17   fashion, what his evaluation of you was?

18   A.   The psychiatric evaluation you mean?

19   Q.   The what?

20   A.   The results of the evaluation?

21   Q.   Yeah, what was Dr. Meyer's conclusion with

22   respect to evaluating you?

23   A.   Yeah, his conclusion was that I am competent

24   to practice medicine, and he wanted me to go for

Rajendra D. Badgaiyan, M.D.

64

1    informal monitoring by Dr. Kirshner, who was my

2    supervisor in the V.A., for a limited license.

3        Q.   And why did he want you to go for the

4    informal monitoring?

5        A.   Because he talked to the people in the V.A.,

6    particularly with Dr. Mushrush, and he told me that

7    Dr. Mushrush told him that I have problem listening

8    to others.

9        Q.   Anything else?

10       A.   I don't recall at this time.

11       Q.   And did he say as a result of that he felt

12   that you needed this monitoring?

13       A.   Yes.

14       Q.   Did he give you a written evaluation?

15       A.   Yes.

16       Q.   And do you have a copy of that written

17   evaluation?

18       A.   Yes.

19       Q.   Are there any other requirements or

20   suggestions -- let me withdraw that question.

21            Were there any other recommendations by

22   Dr. Meyer with respect to monitoring?

23       A.   For a limited license, I think that was the

24   only requirement.

Rajendra D. Badgaiyan, M.D.

65

1    Q.  Were there any recommendations with respect
2    to giving you a full license, monitoring
3    recommendations?
4    A.  Yes.
5    Q.  And what were those?
6    A.  He did not specify monitoring recommendation
7    for full license.
8    Q.  And Dr. Meyer, do you know if he consulted
9    anyone else besides Dr. Mushrush?
10   A.  Yes.
11   Q.  Who else?
12   A.  Dr. Festin, Dr. Kirshner, Dr. Mufson,
13   Dr. Villa, and I think Dr. Bolton.
14   Q.  The second to last one you named, would you
15   spell that, please?
16   A.  V-I-L-L-A.
17   Q.  Do you know if -- did you say Dr. Bolton was
18   one?
19   A.  Yes, as far as I remember, yeah.
20   Q.  And Dr. Mufson?
21   A.  Yes.
22   Q.  M-U-F-S-O-N?
23   A.  Yes.
24   Q.  Did he consult with Dr. Alexander?

Rajendra D. Badgaiyan, M.D.

66

1    A.  I don't remember.

2    Q.  Dr. McCarley?

3    A.  I don't remember.

4    Q.  By the way, Dr. McCarley was the Director of

5    Mental Health Services for the V.A., correct?

6    A.  I don't know, but he was the head of the

7    department, that I know, I knew he was the head of

8    the department of psychiatric.

9    Q.  Dr. Mushrush reported to him, correct?

10   A.  Yes.

11   Q.  So the chain of command was Dr. Mushrush

12   reporting to Dr. McCarley?

13   A.  Yes.

14   Q.  So Dr. Meyer told you he had consulted with

15   each of these physicians, these individuals you have

16   just identified, correct?

17   A.  Yes.

18   Q.  Did he report to you what they said?

19   A.  No.

20   Q.  Did you ask?

21   A.  I did.

22   Q.  Well, he reported to you what Dr. Mushrush

23   had told him?

24   A.  Yes.

Rajendra D. Badgaiyan, M.D.

67

1    Q.  Did he refuse to report to you what these

2  others told him?

3    A.  I asked, he said, I do not want to go on

4  detail what each individual told me.

5    Q.  Did he go into generalities?

6    A.  Yes, he did.

7    Q.  What were those generalities?

8    A.  Generality, he said, he cited Dr. Mushrush,

9  actually, he cited Dr. Mushrush, and then said there

10  are other things you will get in the report.

11    Q.  But did he identify that the others agreed

12  or disagreed with Dr. Mushrush?

13    A.  No, he did not.

14    Q.  Did he tell you anything by way of

15  generality what the other doctors said?

16    A.  Not anything negative, what he told me was

17  positive.

18    Q.  Did he tell you that the others disagreed

19  with Dr. Mushrush's observation that you had

20  difficulty listening to others?

21    A.  No, he did not.

22    Q.  Did you ever see any notes of his interviews

23  of those doctors?

24    A.  No.

Rajendra D. Badgaiyan, M.D.

74

1    Q.  And when did you resign from the residency
2  program?
3    A.  Most probably it was in March of '05,
4  effective April 1st, I think.
5    Q.  All right.  So you had, prior to your
6  resignation, gone to the board?
7    A.  Yes.
8    Q.  And sat down and said, I want to talk to you
9  about this?
10   A.  Yes.
11   Q.  You've proposed a monitoring contract to me,
12  and I want to make some modifications to it?
13   A.  Yes.
14   Q.  And here are the modifications, and they
15  said we disagree?
16   A.  They did not tell me anything, they said,
17  Okay, we will make a decision and let you know.
18   Q.  So now this is February?
19   A.  Or it could be March.
20   Q.  And they said they would make a decision.
21  When you met with them, did you say to them, Look,
22  I've got this program, I've been given an extension
23  to get this license, time is running out for me --
24   A.  Yes.

Rajendra D. Badgaiyan, M.D.

75

1    Q.   -- when are you going to let me know, did

2   you in words or substance say that to them?

3    A.   Yes, in substance, not in words.

4    Q.   And that was at this meeting in January of

5   '05?

6    A.   No, no, probably February or March.

7    Q.   All right.

8    A.   It could have been January, but probably

9   February or March.

10    Q.   All right.  And did they tell you we'll let

11   you know within two months, three months?

12    A.   No.

13    Q.   What did they say?

14    A.   That was like talking to the wall, they

15   cannot tell me anything.

16    Q.   I am not interested in your characterizing

17   what it was like.

18    A.   Sorry.

19    Q.   What did they say?

20    A.   They did not say anything.

21    Q.   They just sat there mute when you said, I

22   need to know -- you need to let me finish my

23   question.

24    A.   Sorry.

Rajendra D. Badgaiyan, M.D.

76

1    Q.  They sat there mute when you said to them,

2  Look, I need to know because time has run out for me

3  in this program, they sat there mute, is that what

4  you are telling me?

5    A.  They said, We will let you know, they

6  refused to give me any time.

7    Q.  All right.  And did they say we will let you

8  know within two months, six months, any time frame

9  at all?

10    A.  No.

11    Q.  Did you say, Well, when are you going to let

12  me know, this has been dragging on for a long time

13  and my future is at stake?

14    A.  In substance, yes.

15    Q.  And they still said, We'll let you know?

16    A.  Yes.

17    Q.  And so a month later you resigned because

18  you hadn't heard anything?

19    A.  Yes, actually unofficially I heard that the

20  board is not accepting my letter of modification, my

21  selection for modification.

22    Q.  Okay, and when did you unofficially hear?

23    A.  Two days after I met with the board.

24    Q.  How did you unofficially hear?

Rajendra D. Badgaiyan, M.D.

77

1    A.   My attorney, I had an attorney at that time.

2    Q.   Who was that?

3    A.   Mr. Paul Cirel.

4    Q.   The last name is what?

5    A.   C-I-R-E-L.

6    Q.   C-I-R-E-L, Paul?

7    A.   Yes.

8    Q.   And he was representing you through this

9    process?

10   A.   Yes.

11   Q.   And he communicated to you two days after

12   your meeting, did he meet with you up at the board?

13   A.   Yes.

14   Q.   So he went with you and pled your case?

15   A.   Yes.

16   Q.   And he tried to convince the board to modify

17   the monitoring contract, correct?

18   A.   Yes.

19   Q.   And two days later --

20   A.   Maybe three.

21   Q.   Well, two or three days later they

22   communicated back to him that they were not going to

23   accept your proposed changes, correct?

24   A.   Yes.

Rajendra D. Badgaiyan, M.D.

78

1      Q.  And you had an option, you could either

2  accept the monitoring contract or they would deny

3  the license, correct?

4      A.  I don't know if that is correct.  What I was

5  told by Mr. Cirel is that board -- when he talked to

6  people in the board, they were not taking to your

7  proposal, they are not taking to your proposal, and

8  if you sign the monitoring contract, then they will

9  consider your limited license application, and if

10  you do not sign then they will not consider your

11  limited license application, and the full license

12  application is off the table, they are not even

13  talking about that, and there is a possibility that,

14  if I do not sign the monitoring contract, there is a

15  possibility that they would reject my application,

16  reject the licensing, and they will deny my license,

17  actually, and once they deny, then I will have

18  difficulty getting a license anywhere in my life.

19      Q.  So did you, nonetheless, refuse to sign the

20  monitoring contract?

21      A.  I did not receive any communication from the

22  board.

23      Q.  Well, my question to you, sir, is did you or

24  did you not sign the monitoring contract proposed to

Rajendra D. Badgaiyan, M.D.

79

1   you by the Board of Registration?

2       A.   I have not signed it because the board has

3   not told me officially if they are accepting my

4   modification or not.   What I was told is that I will

5   get a letter from the board telling me that they are

6   accepting my modification or not, and I have not

7   received that letter.

8       Q.   I see.   But you heard unofficially --

9       A.   Yes.

10      Q.   -- that they were not?

11      A.   Yes.

12      Q.   And how long ago was that unofficial

13  communication?

14      A.   That was in February or March of '05.

15      Q.   So we are now a year and three months past

16  that unofficial communication?

17      A.   Yes.

18      Q.   And you are not signing the monitoring

19  contract proposed to you because you haven't heard

20  officially from the Board of Registration?

21      A.   Yes.

22      Q.   Have you asked them for an official letter?

23      A.   I did not, because I was also told that the

24  board may reject my license or deny my application,

Rajendra D. Badgaiyan, M.D.

85

1    Q.   Most of the time?

2    A.   Mm-hmm.

3    Q.   You have to answer yes.

4    A.   Yes.

5    Q.   Does most of the time mean 51 percent or 95

6    percent?

7    A.   I do not have a count, but.

8    Q.   It's your words, I am asking you to give me

9    a sense, what does most mean?

10   A.   Most means most.

11   Q.   Majority of the time?

12   A.   Yes.

13   Q.   Now, let me -- we will come back to

14   Dr. Mushrush's comments in a moment, but I have some

15   questions to ask you about some other individuals,

16   and let me begin by asking you about the following

17   people, and my question that will relate to each of

18   these people is did any of the following people ever

19   say anything to you or in your presence that was

20   derogatory toward people of Indian national origin:

21   Dr. Fay Festin?

22   A.   No.

23   Q.   Dr. McCarley?

24   A.   No.

Rajendra D. Badgaiyan, M.D.

86

1    Q.  Dr. Sarah Bolton?

2    A.  No.

3    Q.  Dr. Sonja Krista?

4    A.  I don't know who Dr. Sonja Krista is.

5    Q.  Dr. Mufson?

6    A.  No.

7    Q.  Dr. Tishler?

8    A.  No, I did not have words with Dr. Tishler, I

9  think I talked to him only once.

10    Q.  My question, though, is did he say anything

11  that, in your presence, to you in your presence or

12  that came to your attention that was derogatory

13  towards people of Indian national origin?

14    A.  No.

15    Q.  Dr. Nackie?

16    A.  I don't know Dr. Nackie.

17    Q.  Dr. Chang?

18    A.  Dr. Chang, no.

19    Q.  Dr. Alexander?

20    A.  Dr. Alexander did make, did make a remark.

21    Q.  What was the remark?

22    A.  I don't remember the wording, actually, but

23  the tone was that Indian doctors are worthless.

24    Q.  The tone of it, Indian doctors are what?