Rajendra D. Badgaiyan, M.D.

90

1    Indian doctors are worthless?

2        A.   Yes, yes.

3        Q.   And what, were you talking about the

4    difference between American medical education and

5    Indian medical education during this evaluation

6    meeting?

7        A.   No.

8        Q.   Okay.  You just can't remember how or why it

9    came up?

10       A.   Yes.

11       Q.   All right.  So Dr. Alexander, is that all

12   you can recall regarding any derogatory statements

13   regarding Indian national origin made by

14   Dr. Alexander?

15       A.   Yes.

16       Q.   And was he a V.A. employee?

17       A.   I don't know, but he was an attending in the

18   Brockton V.A.

19       Q.   Now, same question with regard to

20   Dr. Chester Swett, did he ever make any comments

21   that were derogatory towards people of Indian

22   national origin?

23       A.   No.

24       Q.   And he was chief of psychiatry at the V.A.

Rajendra D. Badgaiyan, M.D.

91

1    Brockton, wasn't he?

2        A.   Yes.

3        Q.   Dr. Ronald Gurrera, did he ever make any

4    such comments?

5        A.   No.

6        Q.   Dr. Dantzler?

7        A.   I never had contact with Dr. Dantzler.

8        Q.   Dr. Levitt?

9        A.   No.

10       Q.   Dr. Osser?

11       A.   No.

12       Q.   Now, you indicated -- by the way, were there

13   other, during the entire period of time that you

14   were in the Psychiatric Residency Training Program

15   at Brockton, were there other trainees or doctors of

16   Indian national origin at any point in time during

17   that period?

18       A.   Yes.

19       Q.   Can you identify them for me?

20       A.   One is Dr. Acker -- I don't know whether

21   Dr. Acker was there for sure.

22       Q.   Anybody else?

23       A.   I think there was one other doctor, but I'm

24   not sure if he was in that peer or not, Dr. Saxena

Rajendra D. Badgaiyan, M.D.

92

1    was there.

2        Q.  Spell the last name?

3        A.  I'm sorry, S-A-X-E-N-A.

4        Q.  S-A --

5        A.  S-A-X-E-N-A.

6        Q.  Did Dr. Acker ever indicate to you that he

7    felt that Dr. Mushrush had made derogatory comments

8    towards people of Indian national origin?

9        A.  Yes, he did.

10       Q.  And when did he tell you such?

11       A.  It might have been in 2002.

12       Q.  What did he tell you?

13       A.  He said Mushrush told him that Americans

14   don't like smart Indians.

15       Q.  When did he -- what was the context?

16       A.  I don't know.

17       Q.  You think this was 2002?

18       A.  Or it might have been '01 -- '02, I think,

19   but that I think I had written down, so I might have

20   somewhere the exact date.

21       Q.  You wrote it down at the time it was

22   reported to you?

23       A.  Not at the time, later.

24       Q.  How much later?

Rajendra D. Badgaiyan, M.D.

99

1    A.   Yes, I did not.

2    Q.   And he didn't give you a year on this?

3    A.   I don't remember.

4    Q.   Anybody else besides these people you have

5    identified?

6    A.   No.

7    Q.   Let's talk about Dr. Mushrush, you say that

8    she made some remarks that were derogatory in nature

9    about people of Indian national origin, correct?

10   A.   Yes.

11   Q.   And you told me specifically that she said

12   that Indian doctors -- hold on just a second -- that

13   Indian doctors were not as good, or words to that

14   effect, as American doctors because of the medical

15   education there?

16   A.   I did not say that, I don't recall saying

17   that.

18   Q.   Tell me what Dr. Mushrush said to you in

19   this regard?

20   A.   She made comments many times, maybe five or

21   ten times, that Indian doctors don't value life, and

22   they don't care about the patients, they are not

23   dedicated to patient care.

24   Q.   Okay.  Anything else?

Rajendra D. Badgaiyan, M.D.

100

1    A.   She made comments to that effect many times.

2    Q.   Okay.  Now, you said many times, and then

3  you said earlier five to ten times?

4    A.   Yes.

5    Q.   Now, ten is twice the number of five, you

6  would agree with me on that?

7    A.   Yeah, but I did not count it, yeah.

8    Q.   So you are telling me it's somewhere between

9  five and ten times?

10    A.   Yes.

11    Q.   And that's over the period of what

12  timeframe?

13    A.   Two years, I guess.

14    Q.   And the two years would be what years?

15    A.   Maybe between 2000 and 2003, so three years

16  probably -- 2002, actually.

17    Q.   It stopped in 2002?

18    A.   I'm sorry, no, I did not go to the V.A. in

19  2003 because I was doing research, but I was in the

20  V.A. until December of 2002, so but these comments

21  were made between January of 2000 and December of

22  2003.

23    Q.   Okay.  You started there in October of '99?

24    A.   Right.

Rajendra D. Badgaiyan, M.D.

109

1    tell me about right now?

2        A.  I don't know.

3        Q.  Are there any documents you have in your

4    mind that you think if I look at those, then I can

5    answer your question in more detail?

6        A.  I cannot think about it right now.

7        Q.  Are there any people you can talk to that

8    you have in your mind right now that would serve to

9    refresh your memory?

10        A.  I don't know, if I start thinking about it,

11    then I would know how I can best recall the

12    circumstances.

13        Q.  Okay.  So as far as we can do today, you

14    have told me everything that you can recall

15    regarding statements by Dr. Grace Mushrush that were

16    derogatory toward people of Indian national origin,

17    correct?

18        A.  Yes.

19        Q.  Do you allege that she called you a bad boy

20    at a conference?

21        A.  Yes.

22        Q.  And do you consider that derogatory towards

23    your national origin?

24        A.  Yes.

Rajendra D. Badgaiyan, M.D.

110

1    Q.   How so?

2    A.   Because she called me bad boy, she used to

3    call me bad boy, not once, I think there is two

4    occasions that I know of, in front of everybody,

5    including my juniors whom I was supposed to

6    supervise.

7    Q.   And how do you connect that to your national

8    origin?

9    A.   I don't know, I don't know how I can connect

10   it, but it shows her mindset, I guess.

11   Q.   And what was the context in which she used

12   the phrase?

13   A.   There is no context, she said, Where is the

14   bad boy, I am talking about Dr. Badgaiyan.

15   Q.   Well, there must have been a subject that

16   came up regarding you?

17   A.   No, one incident that I know I was not

18   there, I was with a patient, and there was a

19   conference, everybody was there, and she said, Where

20   is that bad boy?  And somebody asked her, Who are

21   you talking about?  She said, I am talking about

22   Dr. Badgaiyan.  And I was told by the residents that

23   is what she said?

24   Q.   And was she referring to the fact that you

Rajendra D. Badgaiyan, M.D.

111

1    weren't there?

2        A.   Yes, she said, Where is that bad boy?

3        Q.   Now, did you ever obtain the file at the

4    Board of Registration to see just exactly what was

5    provided by the Brockton V.A.?

6        A.   No.

7        Q.   Have you ever requested it?

8        A.   I requested to Dr. Ceril -- I'm sorry,

9    Attorney Ceril, and I also, if I'm not forgetting, I

10   also requested Mr. Mery to get the document from the

11   board, and I do not know what happened, but I never

12   got the documents.

13       Q.   So as you sit here today, you have never

14   seen --

15       A.   Never seen.

16       Q.   -- the file on you at the Board of

17   Registration?

18       A.   Yes.

19       Q.   Now, did you sign a waiver to obtain that

20   file?

21       A.   I don't remember, but I did sign a couple of

22   waivers, I do not know specifically which waiver I

23   signed.

24               MR. JOY:   We would like to see that

Rajendra D. Badgaiyan, M.D.

115

1  graduate from the program; and another time, it

2  might have been in 2002, when I requested

3  Dr. Mufson, I was doing a rotation with Dr. Mufson,

4  and I requested Dr. Mufson that if I can go to

5  Harvard for a research meeting for two hours on a

6  Friday, and I offered him that for that two hours

7  absence, I will put in four extra hours.  He said,

8  You don't have to put in extra hours, and as far as

9  I am concerned you can go, but I have to ask

10 Dr. Mushrush's permission.  So he sent an e-mail to

11 Dr. Mushrush -- I'm sorry, he did not -- he talked

12 to Dr. Mushrush, he sent me an e-mail that

13 Dr. Mushrush is not giving you permission to go for

14 the research meeting, and you should talk to

15 Dr. Mushrush, and I did not know at that time that

16 he sent a copy of the same e-mail to Dr. Mushrush

17 also.  I replied him that, okay, if she made a

18 decision without talking to me, then there is no

19 point in talking to her, even though she had agreed

20 of when I joined the program that I can go for

21 research meetings, but if she is refusing without

22 talking to me, then that's fine, I will not go to

23 the research meeting, and in reply to that e-mail

24 Dr. Mushrush said I never agreed that you should go

Rajendra D. Badgaiyan, M.D.

116

1    for the research meeting, and if you keep doing like

2    this, then I don't remember the wording, but the

3    spirit of the e-mail was that she will spoil my

4    career.

5        Q.   Do you have a copy of this e-mail?

6        A.   I don't remember.  I tried to make a copy

7    when I was leaving Brockton of my e-mails, because

8    that was in the Brockton system, actually, but in

9    the Brockton system e-mail stays only in the system

10   for three months, so I'm not sure if I copied or

11   printed that e-mail or not.

12       Q.   When is the last time you saw the e-mail

13   exchange that you are referring to?

14       A.   I don't remember, a long time ago, because

15   as I said, I don't want to think about what happened

16   in Brockton because it makes me anxious, and my

17   blood pressure shoots up, so I try not to think

18   about things that happened in Brockton.

19       Q.   Okay.  Now, let's examine this a little bit

20   more closely.  You say that she said, in response to

21   your e-mail, I never agreed that you could go to the

22   research meetings, and that the spirit of the

23   remainder of her e-mail to you was that she would

24   ruin your career?

Rajendra D. Badgaiyan, M.D.

119

1    A.  Yes, she did, but again if you ask for a

2 specific instance, then it's hard for me to tell you

3 now.

4    Q.  And is there anything that you can think of

5 as you sit here today that might serve to refresh

6 your recollection of any other specifics?  Is there

7 a document out there, is there a person out there,

8 is there anything that you know of as you sit here

9 right now that you would use as a source of

10 reference to refresh your memory?

11    A.  Besides these two incidences?

12    Q.  Right.

13    A.  I can't think of anything else.

14    Q.  Now, after you resigned from the Nuclear

15 Medicine Residency Training Program, what did you

16 then do?

17    A.  Research.

18    Q.  And in what capacity?

19    A.  As an assistant professor and assistant

20 neuroscientist.

21    Q.  Where?

22    A.  In Massachusetts General Hospital.

23    Q.  How many hours a week do you work?

24    A.  There is no fixed, in research, there is no

Rajendra D. Badgaiyan, M.D.

120

1    fixed hours.

2        Q.   How are you compensated?

3        A.   From my grant.

4        Q.   The Warren-Dupont Grant?

5        A.   No, that was only for one year.

6        Q.   So you have another grant?

7        A.   Yes, from NIH.

8        Q.   When did you receive that grant?

9        A.   I think in December -- I don't recall,

10   around that time, but that grant started paying me

11   from April 1st.

12       Q.   April 1st?

13       A.   Yes, 2005.

14       Q.   '05?

15       A.   Yes.

16       Q.   And that was from NIH, did you say?

17       A.   Yes, National Institute of Health.

18       Q.   What's the nature of that grant?

19       A.   Excuse me?

20       Q.   What was that grant for?

21       A.   To do research, to explore dopaminergic,

22   D-O-P-A-M-I-N-E-R-G-I-C, activity in the brain.

23       Q.   And how long was this grant for?

24       A.   Two years.

Rajendra D. Badgaiyan, M.D.

121

1    Q.  How much money is that grant?

2    A.  If I recall correctly, the direct cost was

3    $275,000 plus 75 percent indirect on that amount.

4    Q.  75 percent indirect?

5    A.  Yes.

6    Q.  What does that mean?

7    A.  That goes to the hospital.

8    Q.  So $275,000 goes directly to you?

9    A.  Yes.

10    Q.  And 75 percent, an additional 75 percent

11    goes indirectly to you because it goes to the

12    hospital?

13    A.  Yes, but in the last two years they are I

14    think cutting 10 percent, or I don't remember

15    exactly, 10 or 15 percent of the grant, of the

16    sanctioned money for all the grants, so they did

17    make a cut in my end, also.

18    Q.  Is the $275,000 figure per year or total?

19    A.  Total for two years.

20    Q.  And you received that starting in April of

21    2005?

22    A.  Yes, money came before that, I think money

23    came in February or March, but I started drawing my

24    salary.

Rajendra D. Badgaiyan, M.D.

122

1    Q.   What is the salary that you draw?

2    A.   $72,000.

3    Q.   $72,000 a year?

4    A.   Yes.

5    Q.   And how did you arrive at that number?

6    A.   Because that is the maximum I could have

7    withdrawn from that grant.

8    Q.   For salary purposes?

9    A.   Yes.

10   Q.   I see, and what happens to the remainder of

11   the money?

12   A.   That goes for research expenses.

13   Q.   Do you hire research assistants?

14   A.   Not on this money.

15   Q.   So the $72,000 is for your salary, and the

16   rest of it goes for research expenses?

17   A.   Yes.

18   Q.   What kind of expenses, just for my

19   edification?

20   A.   Scan time, which is the most expensive for

21   the ET scan time, we have to pay I think around

22   $2,000 for each scan, because I use it to scan

23   people.

24   Q.   Is there any particular name to this grant?

Rajendra D. Badgaiyan, M.D.

123

1    A.  It's R-21.

2    Q.  R-21.  Is it a renewable grant?

3    A.  No, it is not renewable.

4    Q.  Have you applied for any other grants?

5    A.  Yes.

6    Q.  Okay.  Tell us what other grants you have

7  applied for since, let me put a timeframe on this,

8  January 1, '04 to the present?

9    A.  January '04 to present, how many grants I

10  applied?

11    Q.  How many grants you applied for and how many

12  you have received?

13    A.  I applied for a Dana Foundation Grant, and I

14  received it.

15    Q.  Dana Foundation?

16    A.  Yes.

17    Q.  How much?

18    A.  $100,000.

19    Q.  Did you pay yourself a salary from that?

20    A.  No.

21    Q.  When did you receive that?

22    A.  I think it started in January.

23    Q.  Of '04?

24    A.  This year.

Rajendra D. Badgaiyan, M.D.

124

1    Q.  Of this year, okay.

2    A.  Yes, 2006.

3    Q.  Okay.

4    A.  And then I applied for under the R-21 again

5    from NIH.  I applied --

6    Q.  Did you receive that?

7    A.  No, it's still under consideration.

8    Q.  When did you apply?

9    A.  February.

10   Q.  Of '06?

11   A.  '06.

12   Q.  Okay.

13   A.  And I think '05, or it might have been '04,

14   I applied for two other grants that was not funded.

15   Q.  Okay.  Can you identify them for me?

16   A.  One grant submitted to National Science

17   Foundation and the other to NIH.  I think I applied

18   two more grants to NIH that were not funded, yes.

19   Q.  Okay.  Are there any others in the works

20   right now besides what you've told me about?

21   A.  Yeah, in collaboration with Dr. Fischman, I

22   submitted another grant last month.

23   Q.  To whom was that submitted?

24   A.  Shriners Hospital Foundation.

Rajendra D. Badgaiyan, M.D.

125

1    Q.   Shanger?

2    A.   Shriners.

3    Q.   Oh, Shriners, and how much is that grant

4    for?

5    A.   That is -- I don't remember exactly what the

6    figure is because I am not the receiver of that

7    grant, Dr. Fischman is.

8    Q.   Well, do you have a sense of how large that

9    grant would be?

10   A.   Probably about $150,000 a year for two

11   years.

12   Q.   Would there be any salary paid out of that?

13   A.   Probably 20,000.

14   Q.   20?

15   A.   Yeah.

16   Q.   Any other grants in the pipeline or on the

17   drawing board?

18   A.   No, I submitted this last year, last month,

19   Dr. Fischman submitted it, I'm co-investigator on

20   this grant.

21   Q.   I'm sorry, I didn't understand what you just

22   said?

23   A.   I am co-investigator on that grant.

24   Q.   Of this one you just mentioned?

Rajendra D. Badgaiyan, M.D.

126

1    A.   Yes, the Shriners.

2    Q.   All right.  Now, let me ask --

3    A.   Excuse me, can I make a correction?

4    Q.   Mm-hmm.

5    A.   In collaboration with Dr. Fischman, we have

6  another grant from Shriners Hospital Foundation.

7    Q.   Another one?

8    A.   Yeah, that started this January of '06.

9    Q.   Okay, and how much was that for?

10   A.   100, again I don't have the figure, but

11 around 140, $150,000.

12   Q.   Any salary component?

13   A.   I don't know, I have not received it.

14   Q.   Have you discussed it with him?

15   A.   No.

16   Q.   Okay.  Now, you filed a complaint with the

17 EEO Department of Veterans Affairs, right?

18   A.   Yes.

19   Q.   And you were asked to supply some

20 information -- pardon me.

21        (Off the record.)

22   Q.   You sent a letter, did you not, to Ms. Velez

23 in response to her request for information to

24 support your complaint, did you not?

Rajendra D. Badgaiyan, M.D.

128

1   Administration?

2       A.  I don't know the context, I don't remember

3   the context.

4       Q.  I would like to focus your attention on the

5   middle paragraph where it says, "The Director," this

6   is the last sentence, "The Director has expressed

7   her disliking and biased opinion against the doctors

8   of Indian origin on several occasions, because she

9   thinks that, "they are smart and confident"."  Do

10  you see that?

11      A.  Yes.

12      Q.  Now, nowhere here in that paragraph or for

13  that matter in the entire body of this letter

14  appears comments attributable to the director, whom

15  I assume is Dr. Mushrush, correct?

16      A.  Yes.

17      Q.  You have attributed to her a statement that

18  Indian doctors are smart and confident, but I don't

19  see here any attribution to her of a statement that

20  Indian doctors don't care about their patients, that

21  they let their patients die, and that she asks you

22  how many patients did you kill last week, and

23  etcetera, the other statements you attribute to her,

24  which you testified all took place prior to

Rajendra D. Badgaiyan, M.D.

129

1   September 4, 2002.  Do you have any explanation why

2   those are missing, and yet the one that you told us

3   you heard from Dr. Acker about Indian doctors being

4   smart appears here?

5       A.  First thing, this letter is not complete, I

6   did not write everything that happened in the V.A.

7   on this letter, and the other comments that you are

8   referring to, I might have mentioned those

9   complaints in the other exchanges that I had with

10  EEOC.

11      Q.  Doctor, it says here, and I would like you

12  to focus your attention on it, "The Director has

13  expressed her disliking and biased opinion against

14  the doctors of Indian origin on several occasions,

15  because she thinks that, "they are smart and

16  confident"."  Now why didn't you say she also said

17  that Indian doctors don't value the lives of their

18  patients, that they kill their patients, and the

19  other things that she said, why isn't that here?

20      A.  I would have said many things, but obviously

21  I had to limit the length of the letter, and

22  obviously I did not, and whatever came to my mind at

23  that time I put on the paper, I did not put

24  everything that happened in the V.A., every comment

Rajendra D. Badgaiyan, M.D.

130

1    that she made, I just said there are many occasions,

2    so if somebody permits an investigation, then

3    everything would come out.

4        Q.  But this is in response to a request for

5    information to support a complaint of discriminatory

6    treatment by the V.A., is it not?

7        A.  I don't know in response to what, which

8    letter?

9        Q.  Do you remember when you filed your first

10   complaint?

11       A.  Yeah, it was some time I think in August or

12   September of 2002.

13       Q.  All right.  Well, let's, let's get to that

14   then.  I have a document which I would like to have

15   marked as Exhibit No. 2 and which I will identify as

16   an EEO counselor's report -- actually, let me hold

17   on that.  I am actually going to have marked for

18   identification the Complaint that initiated all of

19   this, let's mark that first.

20            You do recall filing a complaint

21   challenging the decision not to promote you right

22   away, which you received in May of 2002, correct?

23       A.  Yes.

24       Q.  And you challenged that decision based on

Rajendra D. Badgaiyan, M.D.

131

1    the fact that you believed it was the product of

2    discrimination, correct?

3        A.   Yes.

4        Q.   And the discrimination was national origin

5    discrimination, is that also correct?

6        A.   Yes.

7        Q.   And you filed that around August of 2002?

8        A.   Yes.

9        Q.   Do you remember the name Velez as someone

10   who made an inquiry with you about supplying

11   information?

12       A.   I remember the name, but I don't exactly

13   recall what she asked me to do.

14              MR. JOY:   All right.   If you hold on, I

15   do have that complaint here.   All right, this is the

16   document would I like to have marked for

17   identification as Exhibit 2.   I will identify it as

18   what appears to be an intake document providing the

19   basis of a complaint with the name Rajendra D.

20   Badgaiyan at the top, and the date 9/4/02 at the

21   bottom right.

22              (Document was marked Exhibit No. 2 for

23   identification.)

24       Q.   Let me show you this document, Doctor, and

Rajendra D. Badgaiyan, M.D.

132

1    ask if you could take a moment to examine it,

2    please.

3        A.   (Witness reviews exhibit.)

4        Q.   Can you tell me what this document is?

5        A.   Yes, that is my complaint.

6        Q.   And it was filed on or about the 4th of

7    September, 2002?

8        A.   Yes.

9        Q.   And was this letter supplied on the very

10   same day?

11       A.   Yes.

12       Q.   And this letter was supplied to support your

13   claim of discrimination on the basis of national

14   origin, correct?

15       A.   Yes.

16       Q.   Is that your signature that appears on the

17   bottom left hand?

18       A.   Yes.

19       Q.   Now, if I identified Ms. Velez's first name

20   as Jacqueline, would that serve to refresh your

21   memory as to who she might be?

22       A.   Yes, that name sounds a bell.

23       Q.   All right.  I have another document, this

24   one I would like to have marked as Exhibit No. 3, I

Rajendra D. Badgaiyan, M.D.

133

1    will identify it as the EEO counselor's report

2    contains bates stamp VA049, and the date

3    9/24 -- actually, let me withdraw that, I'm not sure

4    what the exact date is, but we will identify it as

5    Bates stamp VA049 to VA053, and it does contain the

6    date of 10/4/02 on the last page VA053.  Would you

7    mark that, please?

8           (Document was marked Exhibit No. 3 for

9    identification.)

10      Q.  I am going to show you the document marked

11   as Exhibit 3 and ask if you would take a moment to

12   examine that, please?

13      A.  (Witness reviews exhibit.)

14      Q.  Have you had a chance to examine Exhibit No.

15   3?

16      A.  Yes, yes.

17      Q.  I direct your attention to page 3 under

18   Brief Description of the Claim, do you see that

19   section?

20      A.  Yes.

21      Q.  It says, "The aggrieved employee contacted

22   the Office of Resolution Management on August 29,

23   2002 because he believed he was discriminated

24   against based on his national origin (India) when he

Rajendra D. Badgaiyan, M.D.

134

1    received a letter dated May 28, 2002 with the

2    Psychiatry Residency Training Program Committee

3    recommendations of not promoting him to his next

4    level (PSY-14)," it should be 4, "in October of

5    2002.  When asked by this counselor why he felt he

6    was not discriminated" -- I'm sorry, let me, "When

7    asked by this counselor why he felt he was

8    discriminated based on his nationality, the

9    aggrieved party said that he was the only Psychiatry

10   Resident not promoted to the next level."  Do you

11   see that?

12       A.   Yes.

13       Q.   Is that what you told Ms. Velez when she

14   asked you why you felt you were discriminated

15   against on the basis of your nationality?

16       A.   That was not the phrase, if I remember

17   correctly, I don't remember exactly the words, but

18   just in response to her question of what was the

19   discriminatory action, how you are discriminated.

20       Q.   Well, sir, it says, if you will refocus your

21   attention on the last line, "When asked by this

22   counselor," and it is signed by Ms. Velez on the

23   last page, "When asked by this counselor why he felt

24   he was discriminated based on his nationality, the