Rajendra D. Badgaiyan, M.D.

135

1   aggrieved party said that he was the only Psychiatry

2   Resident not promoted to the next level."

3       A.  I think she did not phrase the question

4   properly here, the question that was asked.

5       Q.  I see.  Did you tell her of the comments

6   that you have attributed to Dr. Mushrush that were

7   discriminatory in nature?

8       A.  Yes.

9       Q.  And she just failed to put them in here?

10      A.  Yes, probably.

11      Q.  Do they appear anywhere in this document?

12      A.  Not on this document.

13      Q.  And that's just because Ms. Velez was

14  negligent in including them?

15      A.  I don't know.

16      Q.  But they were communicated to her, and it is

17  your testimony they just don't appear anywhere here,

18  correct?

19      A.  Not on this document.

20      Q.  Now, what triggered all this was a letter

21  dated May 28, 2002, is that correct?

22      A.  Yes.

23          MR. JOY:  I'd like to have the document

24  marked, this one as Exhibit 4, which I will identify

Rajendra D. Badgaiyan, M.D.

161

1    Q.  Now, did you have any follow-up

2  communication with Dr. McCarley regarding the

3  completion of your program?

4    A.  Yes, I complained to Dr. McCarley also when

5  I got this letter of May 2002.

6    Q.  Okay.  Now, I am going to ask you in a

7  moment about further communication with Dr. McCarley

8  following, following receipt of that letter, but I

9  do want to go back to Exhibit 7 where it says you,

10  where there is a reference to your having difficulty

11  getting along with women, nurses included.  Did you

12  challenge or ask about that statement?

13    A.  Yes, I did.

14    Q.  And were you provided information?

15    A.  No, I was not provided information.

16    Q.  Did you ever have difficulty?

17    A.  No.

18    Q.  Never in your four years in the program did

19  you have difficulty with a woman?

20    A.  Not difficulty, but I had difficulty with

21  supervisors, definitely, but not based on gender,

22  and I told Dr. Mushrush that Dr. Festin, who is a

23  woman, she supervised me for more than five months,

24  and that she never complained and she gave me very

Rajendra D. Badgaiyan, M.D.

183

1                                                VOLUME II

2                                        PAGES 183 - 351

3                                        EXHIBITS 11 - 17

4          UNITED STATES DISTRICT COURT

5            District of Massachusetts

6     ----------------------------

7     RAJENDRA BADGAIYAN, M.D.,

8                    Plaintiff          Civil Action

9     v.                         No. 04-12031 PBS

10

11    ANTHONY J. PRINCIPI, Secretary

12    Department of Veterans Affairs, et al.,

13                    Defendants

14    ----------------------------

15

16    CONTINUED DEPOSITION of RAJENDRA D. BADGAIYAN, M.D.

17                  Thursday, July 6, 2006

18                Morgan, Brown & Joy, LLP

19                  200 State Street

20            Boston, Massachusetts  02109

21                9:20 a.m. to 1:11 p.m.

22

23

24      ----------- CAROL A. CARUSO, CSR -----------

Rajendra D. Badgaiyan, M.D.

219

1    source of your knowledge, who told you or what

2    documents made this procedure that you are tell me

3    about?

4        A.  I have not seen any document that says that

5    Dr. Mushrush is authorized to put a resident on

6    probation without any committee's approval.

7        Q.  Have you seen a document that says she does

8    not have authority to do so?

9        A.  I have seen a document that says who can put

10   a resident on probation.

11       Q.  Where did you see that document?

12       A.  That's in Harvard Medical School Guidelines.

13       Q.  When did you review the Harvard Medical

14   School Guidelines containing such a statement?

15       A.  I don't remember when.

16       Q.  Is it your testimony you are certain that

17   there is such a provision in the Harvard Medical

18   School Guidelines?

19       A.  Yes, yes.

20       Q.  And that provision does not grant the

21   authority to Dr. Mushrush, the director of the

22   program -- you have to let me finish my question

23   before you answer -- and it's your testimony that

24   those guidelines expressly prevent Dr. Mushrush from

1   dated October 22, 2004, and this is from Susan

2   Cornacchio, Board counsel of the Board of

3   Registration in Medicine.  Do you recall receiving

4   this letter on or about its date?

5       A.  Yes.

6       Q.  And it says, "Dear Dr. Badgaiyan, As you may

7   recall, at its June 16, 2004 meeting, the Licensing

8   Committee, a subcommittee of the Board of

9   Registration in Medicine, met with you to discuss

10  the information contained in your full license

11  application.  The Licensing Committee deferred

12  further consideration of this application until you

13  had undergone a Board approved psychiatric

14  evaluation and met with Dr. Luis Sanchez, Director

15  of Physician Health Services, to determine your

16  suitability for a Behavioral Health Monitoring

17  Contract.

18              "On August 4, 2004, you emailed me and

19  indicated you had begun meeting with the Board

20  approved psychiatrist, Dr. Donald Meyer."  Do you

21  recall sending such an e-mail?

22      A.  Yes.

23      Q.  "You stated that Dr. Meyer would not be able

24  to complete his evaluation until he had met with two

Rajendra D. Badgaiyan, M.D.

239

1  psychiatrists involved with your residency training

2  at the Boston V.A. Hospital.  You added that the

3  V.A. Hospital attorney had informed Dr. Meyer that

4  he could not speak to these physicians because of a

5  possible conflict of interest and that you were

6  attempting to contact attorney Paul Merry to resolve

7  this issue.  However, Attorney Merry was on vacation

8  and Dr. Meyer was scheduled to begin a three week

9  vacation within the next few days.

10            "You indicated that further delay in the

11  processing of your application could result in the

12  loss of your fellowship and asked if the Committee

13  would accept an interim report from Dr. Meyer

14  consider a limited license application so that you

15  could begin your training as soon as possible.  You

16  were advised to submit a change of program

17  application as well as the previously requested

18  information so that this matter could be presented

19  to the Licensing Committee in a timely manner."  Do

20  you recall that?

21     A.  Yes.

22     Q.  And did you in fact ask the Committee if it

23  would accept an interim report of Dr. Meyer?

24     A.  Yes.

Rajendra D. Badgaiyan, M.D.

240

1    Q.  As a way to support a Limited License

2    Application so you could begin training as soon as

3    possible?

4    A.  Yes.

5    Q.  And that's training in the Nuclear Medicine

6    Training Program?

7    A.  Yes.

8    Q.  And that's the limited license that you

9    testified earlier today was not granted?

10   A.  Yes.

11   Q.  Now, the delay in August is in part

12   occasioned by vacations, is that right?

13   A.  No, he sent me an interim report before

14   leaving on vacation.

15   Q.  I see.  But in terms of the Full License

16   Application, the vacation schedule in August is

17   delaying the further completion of that, correct?

18   A.  Correct.

19   Q.  Now, the delay that you assigned to

20   Dr. Mushrush in getting information into the Board

21   of Registration, what was the period of delay that

22   you believe was caused by her?

23   A.  Yeah, when I submitted my application for

24   limited license, she took more than a month, I think

Rajendra D. Badgaiyan, M.D.

241

1    approximately two months before she sent the

2    application back to the Board.

3        Q.   Okay.  So her delay that you are speaking

4    about doesn't relate to your Full License

5    Application?

6        A.   Full License Application also she sent --

7        Q.   I didn't hear your answer.

8        A.   Yes, both.

9        Q.   It does or does not?

10        A.   It does, Full License Application also she

11    did not send the application to the Board I think

12    for three weeks or so.

13        Q.   And what application was she supposed to

14    send to the Board respecting your full license?

15        A.   There was one form, the Graduate Training

16    Verification Form, I think that is how it started,

17    and where she had to mention if I was in the

18    training, yeah, so that application, that part

19    Dr. Mushrush had to fill in and send, send to me in

20    a sealed envelope.  She did not do it for more than

21    three weeks, I think, for about a month.

22        Q.   When was that, during what period of time?

23        A.   That was approximately February, March,

24    February 2004, I think.

Rajendra D. Badgaiyan, M.D.

242

1      Q.   2004?

2      A.   Yeah.

3      Q.   Okay, but that, that didn't delay, once it

4   was received, that didn't delay the committee's

5   processing of the application?

6      A.   I don't know how they go, but.

7      Q.   But it was in by March of 2004 is your

8   testimony?

9      A.   Yes, it's in at that time, yes.

10     Q.   Now, if you look at the second page of this

11   letter of October 22, 2004, it says, "In a September

12   7, 2004 e-mail, you informed me that your former

13   Program Director had not signed the change of

14   program application and asked that the Committee

15   would instead consider your full license

16   application.  In my email response," and let me stop

17   there, you are talking about Dr. Mushrush?

18     A.   Yes.

19     Q.   It goes on to say, "In my email response, I

20   advised you that you had filled out a change of

21   program application to expedite the application

22   process during the summer months when your attorney

23   and Dr. Meyer were on vacation.  Since you have not

24   been able to complete your change of program

Rajendra D. Badgaiyan, M.D.

243

1  application, I informed you that you needed to go

2  forward with your full license application and

3  complete the evaluations by Dr. Meyer and

4  Dr. Sanchez.  You replied that you had completed

5  both of these evaluations and were still interested

6  in applying for the change of program license and

7  asked whether the Committee would consider accepting

8  this application without the Program Director's

9  signature.

10         "On September 21, 2004, the Board

11  received your completed change of program

12  application.  The Board has not received Dr. Meyer's

13  finalized evaluation and has not received a

14  recommendation from Dr. Sanchez regarding your

15  suitability for monitoring the contract.

16         "Please be advised that the materials in

17  your March 2004 full license application may be

18  outdated.  Please contact me and let me know whether

19  you choose to proceed with the application process."

20         Is that all accurate?

21     A.  Yes.

22     Q.  And did you, by the way, submit a Change of

23  Program Application?

24     A.  I submit the program, the change of -- what

Rajendra D. Badgaiyan, M.D.

244

1    is it -- Change of Program Application some time in

2    July, I think, and what she is mentioning the

3    application was not complete, because the part

4    Dr. Mushrush had to complete was not complete, and

5    Dr. Mushrush, instead of sending the form to me, she

6    sent it to the Board, and at that time the Board

7    thought my application was complete.

8        Q.  And do you remember when that was?

9        A.  Here it says September 21.

10       Q.  So, and when had you asked her to send it

11   in?

12       A.  In July.

13       Q.  Do you remember?

14       A.  I think it's July.

15           MR. JOY:  Okay.  I have a document which

16   I would like to have marked as Exhibit 14.  I will

17   identify it as a Change of Program Application,

18   Bates stamp BRM 0072.  Would you mark that.

19           (Document was marked Exhibit No. 14 for

20   identification.)

21       Q.  I am going to ask you to take a look at the

22   document marked as Exhibit 14, I am going to ask if

23   this is the Change of Program Application that you

24   are referring to?

Rajendra D. Badgaiyan, M.D.

245

1    A.  Yes.

2    Q.  And do you see the stamp on the top right

3  that says "Received September 20, 2004"?

4    A.  Yes.

5    Q.  Now, is there any indication of the date

6  when you filled this out -- and I assume where it

7  says Section A, that's your handwriting?

8    A.  No, it's not my handwriting.

9    Q.  Oh.  Whose is it, do you know?

10    A.  I think Dr. Mushrush's handwriting.

11    Q.  Okay.  Do you see at the bottom?

12    A.  Yes.

13    Q.  Actually, it says, "Section A:  To be

14  completed by applicant."

15    A.  Yes, I did, I sent my application, I think

16  it is on page 0074.

17    Q.  Okay.

18    A.  Yeah, that is my handwriting, and I sent

19  this form, but she chose, I don't know why, she

20  filled out the form herself and sent it to the

21  Board.

22    Q.  So where it says, "Section A:  To be

23  complete by applicant," that's not your handwriting?

24    A.  That is not my handwriting.

Rajendra D. Badgaiyan, M.D.

246

1    Q.   Okay.  You are certain of that?

2    A.   Oh, yeah, 100 percent.

3    Q.   So she filled this out?

4    A.   Yeah.

5    Q.   And if you look down below on this page,

6    which is 0072, it says, "Signature of Program

7    Director, Grace Mushrush," and that looks like her

8    signature, does it not?

9    A.   Yes.

10   Q.   And it says, opposite the printing of the

11   name Grace Mushrush, "Date:  8/12/04," do you see

12   that?

13   A.   Yes.

14   Q.   Do you have any reason to doubt that she

15   filled it out on 8/12/04?

16   A.   I don't know when she filled it out, but she

17   did not send it to the Board.

18   Q.   What did she do it with it, do you know?

19   A.   I don't know.

20   Q.   If you look at the second page, 0073, it

21   says, "Name:  R.D. Badgaiyan," at the top, is that

22   your writing?

23   A.   Yes, yes.

24   Q.   Now, let's move to the next document, which

Rajendra D. Badgaiyan, M.D.

257

1    letter.

2        A.  Yes.

3        Q.  It says, "Because in addition to clinical

4    duties I will have to spend considerable amount of

5    time on research, the time spent in monitoring

6    (about 20 hours a month) will adversely affect my

7    research activities."  Do you see that?

8        A.  Yes.

9        Q.  That's your writing, correct?

10       A.  Yes.

11       Q.  Now, at the second to last paragraph you

12   write, "I also request you to consider my full

13   license application which is on hold for a year.

14   Full license will allow me to work on psychiatric

15   patients for my research.  Because I do not have a

16   full license I have not been able to start many of

17   my research projects on psychiatric population?

18              "I therefore request the members of the

19   board to waive the monitoring requirements and help

20   me advance my academic career."

21              So were you asking now for

22   reconsideration of the Full License Application and

23   for the Board to focus on that, rather than a

24   limited license?

Rajendra D. Badgaiyan, M.D.

268

1   given while you were or as you completed the

2   rotation?

3       A.  I was provided these documents in the first

4   year, and after that I was not.

5       Q.  Okay.

6       A.  But we are supposed to provide documents.

7       Q.  Now, do you see the cover letter, "Enclosed

8   please find the evaluations of Dr. Rajendra D.

9   Badgaiyan which were requested by the Board for

10  Dr. Badgaiyan's full license."  Do you see that?

11      A.  Yes.

12      Q.  And this was apparently signed by Dr. Grace

13  Mushrush, M.D.?

14      A.  Yes.

15      Q.  Now, you would agree with me, would you not,

16  that if the Board requested all evaluations of you,

17  that Dr. Mushrush had a duty to provide all such

18  evaluations, correct?

19      A.  Yes.

20      Q.  And do you know if she provided every

21  evaluation?

22      A.  No, she did not.

23      Q.  Do you know of any evaluations she left out?

24      A.  Yes, there are many evaluations she has left

Rajendra D. Badgaiyan, M.D.

270

1    Q.  But you can't identify specifically --

2    A.  Specifically, I know about Dr. Chang.

3    Q.  Let's take a look at the evaluation Bates

4  stamp 0117, this was for the psychiatric rotation at

5  West Roxbury?

6    A.  Service:  Medicine.

7    Q.  I'm sorry, Service:  Medicine, and the

8  officer -- why is psych circled above the service?

9    A.  Because I was a resident in psychiatric.

10    Q.  Okay.  This is Julian Seiffer?

11    A.  Yes, yes.

12    Q.  He was the director or the attending

13  physician?

14    A.  No, he was attending physician.

15    Q.  He has rated you average and below average

16  except for one area?

17    A.  Yes.

18    Q.  Now, if you would look at Bates stamp 0125,

19  this is an evaluation of trainee for the period

20  March 2001, the service was psychiatry at McLean,

21  and it appears to be signed by Sarah Bolton, M.D.,

22  do you see that?

23    A.  Yes.

24    Q.  And you, in the first day of your deposition

Rajendra D. Badgaiyan, M.D.

271

1    testimony, told us that Sarah Bolton, to your

2    knowledge, never said anything that was negative or

3    derogatory about people of Indian national origin,

4    correct?

5        A.  Yes.

6        Q.  Dr. Mushrush did not play any role in this

7    evaluation, did she?

8        A.  I do not know.

9        Q.  Dr. Bolton is identifying your relations

10   with peers and with other staff as unsatisfactory in

11   this evaluation, correct?

12       A.  Yes.

13       Q.  And attitude as unsatisfactory?

14       A.  Yes.

15       Q.  The next document is the one that relates to

16   the rotation at McLean Hospital, and it is from

17   Dr. Bolton and Dr. Barreira to Dr. Mushrush,

18   correct?

19       A.  Yes.

20       Q.  Dated November 5, 2002?

21       A.  Yes.

22       Q.  And it says that you, "did not want to have

23   to do a rotation with us at all, and took several

24   days off that were not excused.  While doing some

Rajendra D. Badgaiyan, M.D.

272

1  complete work ups, there were times when I reviewed

2  his work after supervision and noted that he had not

3  made the recommended changes to his work up prior to

4  leaving for the day.  He had significant problems

5  interacting with nursing staff and triage staff in

6  ways that interfered with good patient care."  Do

7  you see all that?

8      A.  Yes.

9      Q.  And this was authored by Dr. Bolton and Paul

10  Barreira, M.D., correct?

11      A.  Yes.

12      Q.  Now, Dr. Barreira, to your knowledge, never

13  made any statements that were negative or derogatory

14  about people of Indian national origin, correct?

15      A.  I don't know Dr. Barreira.

16      Q.  So the answer is to your knowledge he did

17  not?

18      A.  I don't know him at all.

19      Q.  Do you know if Dr. Mushrush played any role

20  in the drafting of this document?

21      A.  Not in drafting, but in content, yes,

22  because they are talking about several days of

23  absence.  I was never absent without Dr. Mushrush's

24  permission, that is what we are supposed to take,

Rajendra D. Badgaiyan, M.D.

273

1   and probably Dr. Mushrush did not tell them that I

2   was officially off at that time.

3       Q.  My question was did she participate in the

4   drafting of this document?

5       A.  I do not know.

6       Q.  But you would agree with me, would you not,

7   that if the Board of Registration asked for all

8   evaluations, this is a document that Dr. Mushrush

9   should have included in the package of material,

10  correct?

11      A.  She should -- I don't know, I have not seen

12  many of these evaluations, so I do not know if these

13  evaluations are true or not.

14      Q.  Now, you were in a rotation with Dr. Osser,

15  correct?

16      A.  Yes, it was a minor rotation.

17      Q.  I'm sorry?

18      A.  It was a minor rotation.

19      Q.  And that was from July to August of 2001?

20      A.  During that period, I used to meet him I

21  think once a week.  I was supposed to do my

22  rotation.

23      Q.  And if you look at Bates stamp 0131, down

24  the bottom just above his signature it says, "See

Rajendra D. Badgaiyan, M.D.

274

1    over.  Overall I rate him a 3, barely satisfactory."

2    And then above that under "Capabilities, Attitude

3    2.5," then he writes, "It was "1" at the start and

4    "4" at the end."  See that?

5        A.  Yes.

6        Q.  And then he writes some handwritten pages,

7    two and a half pages, do you see that?

8        A.  Yes.

9        Q.  Have you read these?

10       A.  Yes.

11       Q.  When did you first read these?

12       A.  In my attorney's office before

13   Dr. Mushrush's deposition.

14       Q.  Okay.  And you testified the first day that

15   you have no knowledge or information that Dr. Osser

16   made any comments that were derogatory toward people

17   of Indian national origin, correct?

18       A.  Yes.

19       Q.  You so testified, correct?

20       A.  Yes.

21       Q.  And as you sit here today, you are not

22   accusing Dr. Osser of having discriminatory

23   motivation in evaluating you, correct?

24       A.  I am not saying that.  It's not only making

Rajendra D. Badgaiyan, M.D.

275

1   the statement that matters, the thing that matters

2   really more is the way they look, it's the way they

3   interact with you, the way they neglect you, that

4   hurts more, and anybody who has gone through any

5   kind of discrimination knows that that hurts more

6   than one or two comments, and the kind of looks that

7   I used to get, the way that they used to disregard

8   me, that also is the kind of discrimination that

9   hurts more than just making comments.

10      Q.  You are telling us that Dr. Osser engaged in

11   that kind of discrimination towards you?

12      A.  I had that kind of attitude from many

13   doctors.

14      Q.  My question, sir --

15      A.  Yes.

16      Q.  -- was with respect to Dr. Osser, not many

17   people --

18      A.  Yes.

19      Q.  -- but Dr. Osser.  You are not telling us,

20   are you, that Dr. Osser discriminated against you

21   when he prepared this evaluation?

22      A.  I do not know.

23      Q.  You have no knowledge or information to

24   support such an accusation, correct?

Rajendra D. Badgaiyan, M.D.

276

1     A.   Yes, I do not know.

2     Q.   And you, of course, do not agree that your

3  attitude was poor when you began your rotation with

4  him, correct?

5     A.   Yes.

6     Q.   You agreed that it was poor?

7     A.   No, I do not agree.

8     Q.   In fact, you don't agree with any of the

9  negative comments of these evaluations, do you?

10     A.   I agree with what most of my supervisors

11  have, the way that they have made on my attitude and

12  other aspects.

13     Q.   How about the negative ones, do you agree

14  with those?

15     A.   Which one specifically?

16     Q.   Well, sure, we have gone over a few of the

17  negative ones, we can go back over them, you

18  remember them, they were only a few minutes ago, but

19  let's go back over them, and I'll ask you do you

20  agree with any of them, that is that you had a poor

21  attitude, that you had poor relations with peers,

22  that you had poor relations with staff?

23     A.   No, that is not true, most of my supervisors

24  have given me 4 and 5 on attitude, most of my

Rajendra D. Badgaiyan, M.D.

288

1    A.  I never knew that they recommended it.

2    Q.  So there was no reason to approach these

3 people about it?

4    A.  Yes, yes.

5    Q.  Do you think Dr. Mushrush is making this up?

6    A.  I don't know.

7        MR. JOY:  I have a document I would like

8 to have marked as Exhibit 16 and which I'll identify

9 as Evaluation Form Full License Applicant, Bates

10 stamp 0170 and 71.  Would you mark that, please.

11        (Document was marked Exhibit No. 16 for

12 identification.)

13    Q.  Okay.  This is a document that's been marked

14 as Exhibit 16, would you take a look at that,

15 please?

16    A.  Yes.

17    Q.  Now, if you would turn to the next page,

18 second page of this document under

19 "Recommendations," paragraph 7?

20    A.  Yes.

21    Q.  It says, "I recommend Rajendra Badgaiyan for

22 licensure in Massachusetts," and the box is checked,

23 do you see that?

24    A.  Yes.

Rajendra D. Badgaiyan, M.D.

289

1    Q.   There was a box that said, "I do not

2  recommend for licensure," correct?

3    A.   Yes.

4    Q.   And that is not checked?

5    A.   Yes.

6    Q.   And this was signed by Grace Mushrush, M.D.,

7  correct?

8    A.   Yes.

9    Q.   On 4/23/04?

10    A.   Yes.

11    Q.   So Dr. Mushrush is recommending you for full

12  licensure in Massachusetts as of April 23, 2004,

13  correct?

14    A.   Yes.

15    Q.   And she is submitting this evaluation to the

16  Board of Registration in Medicine, is that correct?

17    A.   Yes.

18    Q.   Now, you, apart from -- well, let me ask

19  you, you have a claim in this case that you were

20  defamed, slandered.  What false statements were made

21  about you and by whom?

22    A.   Dr. Mushrush made a statement that none of

23  my supervisors like me, and I have a problem in all

24  my rotations, and I am not a good psychiatrist, and

Rajendra D. Badgaiyan, M.D.

290

1    the patients to not like me, and she also told some

2    of my supervisors that I failed many rotations, and

3    then she called Dr. Scott Rauch in Mass. General

4    Hospital and told him, made derogatory remarks

5    against me without any provocation and without any

6    reason, there was no reason she should call somebody

7    at Mass. General Hospital.

8        Q.   Okay.  Let me just make sure I got the list

9    of those false statements down.  None of my

10   supervisors like me was one false statement she

11   allegedly made, that you have problems in all your

12   rotations was the second, correct?

13       A.   Yes.

14       Q.   That you had failed many rotations?

15       A.   Yes.

16       Q.   And there were one or two others that you

17   identified before you identified calling Dr. Rauch

18   and making derogatory remarks?

19       A.   Yes.

20       Q.   What were those?

21       A.   I don't know, I did not elaborate on that.

22       Q.   What other, what were the two or three other

23   false statements besides the ones that I just

24   rostered to which you just previously testified to?