Rajendra D. Badgaiyan, M.D.

291

1    A.  I don't remember.

2    Q.  Can you read back the previous answer?

3         (The answer was read back by the

4 reporter.)

5    Q.  Let's go down this list then of allegedly

6 false statements.  None of my supervisors like me,

7 to whom did she make that statement?

8    A.  To other supervisors.

9    Q.  Who?

10    A.  She said Dr. Kirshner was one.

11    Q.  Spell that for us?

12    A.  K-I-R-S-H-N-E-R.

13    Q.  She made that statement to Dr. Kirshner?

14    A.  And, yes, and she also made the statement to

15 Dr. Mufson.

16    Q.  Spell that?

17    A.  M-U-F-S-O-N.

18    Q.  The same statement?

19    A.  Yes.

20    Q.  None of your supervisors like you?

21    A.  Yes.

22    Q.  Okay.  When did she make the statement to

23 Dr. Kirshner?

24    A.  I don't remember the dates, during the

Rajendra D. Badgaiyan, M.D.

292

1    period I was in training.

2        Q.  Which was a four-year period of time, right?

3        A.  Yes.

4        Q.  So anywhere within the four-year period of

5    time?

6        A.  Within the first three years.

7        Q.  So it could have been the first year?

8        A.  Probably not.

9        Q.  But you are not sure?

10       A.  No.

11       Q.  And she made the same statement with

12   Dr. Mufson?

13       A.  Yes.

14       Q.  Same timeframe?

15       A.  Yes.

16       Q.  Can you pinpoint it any better?

17       A.  No.

18       Q.  Was anyone else present?

19       A.  I don't, I don't know.

20       Q.  You don't remember or you don't recall?

21       A.  I don't know.  I was told by the supervisors

22   that she had made that statement, and actually I was

23   surprised that she made the same statement in her

24   deposition.

Rajendra D. Badgaiyan, M.D.

293

1    Q.  Okay.  That may be, you may have been

2  surprised, but my question to you is was anyone else

3  present, and I guess your answer is you don't know?

4    A.  Yes, I don't know.

5    Q.  And you were not present when these

6  statements were allegedly made to Dr. Kirshner or

7  Dr. Mufson, correct?

8    A.  I wasn't, yes.

9    Q.  But you were told by some people that these

10  statements were made?

11    A.  Yes.

12    Q.  And you were told by, as you put it,

13  supervisors that you made these statements?

14    A.  Sorry?

15    Q.  Who told you that she made these statements?

16    A.  Dr. Mufson's fellow told me.

17    Q.  Dr. Mufson's secretary?

18    A.  Fellow, fellow.

19    Q.  Who was that?

20    A.  Dr. Dan.

21    Q.  Sorry?

22    A.  Dr. Dan.

23    Q.  Dang, D-A-N-G?

24    A.  No, Dan, D-A-N.

Rajendra D. Badgaiyan, M.D.

294

1    Q.   Dan, what was Dan's last name?

2    A.   I can't spell it, but Ione, I don't know the

3    spelling, but maybe I-O-N-E.

4    Q.   When was he a fellow of Dr. Mufson?

5    A.   When I was doing rotation with Dr. Mufson.

6    Q.   And what year was that?

7    A.   He told me that Dr. Mufson wanted me to know

8    that Dr. Mushrush is making comments like this, and

9    I should be careful with Dr. Mushrush.

10   Q.   Yes, and so what year would this have been?

11   A.   Probably 2002.  That was during my rotation

12   with Dr. Mufson, I think it was in 2002.

13   Q.   The first half of 2002?

14   A.   Yes.

15   Q.   Do you know who was present when

16   Dr. Mushrush made this statement to Dr. Mufson?

17   A.   She called him.

18   Q.   She what?

19   A.   She called him.

20   Q.   Yeah, but do you know who else might have

21   been present --

22   A.   I don't know.

23   Q.   -- to hear it?

24   A.   How do I know?

Rajendra D. Badgaiyan, M.D.

295

1     Q.   That's my question, do you know of anybody

2   who was present?

3     A.   No, I don't.

4     Q.   When this call was made?

5     A.   I don't.

6     Q.   Besides Dr. Kirshner and Dr. Mufson, to whom

7   did Dr. Mushrush make the alleged statement that

8   none of your supervisors like you?

9     A.   Dr. Chang.

10    Q.   Dr. Chang?

11    A.   Yeah.

12    Q.   When did she make that statement to

13  Dr. Chang?

14    A.   I don't know, but Dr. Chang told me in

15  2000 -- again it might have been 2002, I think, or

16  February.

17    Q.   Dr. Chang told you in 2002 --

18    A.   Yes.

19    Q.   -- that she said that to him?

20    A.   Yes.

21    Q.   And what were the exact words that Dr. Chang

22  reported to you?

23    A.   I don't remember exact words, but he said

24  Dr. Mushrush said -- you should be careful with

Rajendra D. Badgaiyan, M.D.

296

1  Dr. Mushrush, she doesn't like you, and she has been

2  telling, what he told me, that she has been telling

3  everybody that nobody likes you and that you are not

4  a good psychiatrist, and that I have a problem in

5  all my rotations, patients don't like me.

6      Q.  Did she ever make such a statement, or any

7  such statement as you just identified, any of those

8  statements, in your presence?

9      A.  Yes.

10     Q.  When did she make such statements in your

11 presence?

12     A.  She made this comment maybe in May of 2002.

13     Q.  Okay, and who else was present?

14     A.  Dr. Swett was there.

15     Q.  What exactly did she say?

16     A.  I don't remember exact words, but she said

17 the patients don't like you.

18     Q.  Did she ever say that -- okay.

19     A.  And you have a problem in all your

20 rotations.

21     Q.  Anyone else present besides Dr. Swett?

22     A.  No.

23     Q.  Apart from this one occasion, did she ever

24 say that again?

Rajendra D. Badgaiyan, M.D.

297

1    A.  I don't remember.

2    Q.  And why do you place it in 2002?

3    A.  Because there is a time when I got the

4  letter from the Promotions Committee saying that, I

5  got the letter of the Promotions Committee telling

6  me that I have to repeat some the rotations that I

7  have already passed.

8    Q.  Now, the statement that you are not a good

9  psychiatrist, how many times did she make that

10 statement to your knowledge?

11   A.  I don't know how many times.

12   Q.  You are aware of it one time, correct?

13   A.  Yes.

14   Q.  Patients don't like you, how many times did

15 she make that statement?

16   A.  I remember one was made in my presence, but

17 then Dr. Chang told me she told him many times?

18   Q.  You have personal knowledge of only one

19 time, correct?

20   A.  Yes, yes, I was personally there only once,

21 yes.

22   Q.  And that was in 2001?

23   A.  2.

24   Q.  How do you place it in 2002?

Rajendra D. Badgaiyan, M.D.

298

1    A.  That was in front of Dr. Swett.

2    Q.  In front of what?

3    A.  Dr. Swett.

4    Q.  That's the same conversation?

5    A.  Yes, same conversation.

6    Q.  And that you failed many rotations, how many

7 times did she make that statement?

8    A.  I know, I know she made this comment to

9 Dr. Mufson.

10   Q.  That's it, that's the only time?

11   A.  I can recall that one, yeah.

12   Q.  She never made that statement in your

13 presence, correct?

14   A.  Yes.

15   Q.  That is correct?

16   A.  That is correct.

17   Q.  Now, this call to Dr. Rauch, made derogatory

18 remarks for no reason, what's the basis for your

19 knowledge of that?

20   A.  Dr. Rauch told me.

21   Q.  What did he tell you?

22   A.  He told me that somebody named Dr. Mushrush

23 called me, he did not even know her, and she said

24 that she is calling from Dr. McCarley's office, and

Rajendra D. Badgaiyan, M.D.

299

1    she said that if you are thinking of hiring

2    Dr. Badgaiyan in Mass. General for rotation

3    residency, but I have to tell you that there are a

4    lot of problems.  He did not, he did not exactly

5    elaborate, Dr. Rauch did not elaborate what she

6    said, but he said she was making derogatory

7    comments.

8         Q.  Did you ask what did she say?

9         A.  Yes.

10        Q.  And what did he respond?

11        A.  He said, Oh, just calling to tell about it.

12        Q.  To what?

13        A.  To tell about you.

14        Q.  Have you told me everything you can recall

15   of that conversation?

16        A.  I don't -- that is what I recall now.

17        Q.  Did you write anything down about this

18   conversation?

19        A.  No.

20        Q.  Do you have any notes anywhere?

21        A.  No.

22        Q.  So how could you refresh your memory other

23   than talking to Dr. Rauch?

24        A.  No.

Rajendra D. Badgaiyan, M.D.

300

1      Q.   When is the last time you talked to him?

2      A.   About a year ago.

3      Q.   How do you spell it, R-A-U-S-C-H?

4      A.   R-A-U-C-H, I think.

5      Q.   Where was Dr. Rauch when Dr. Mushrush

6   allegedly called?

7      A.   He was in his office in Mass. General.

8      Q.   In Mass. General in what department?

9      A.   Psychiatry.

10     Q.   Were you seeking a position with Dr. Rauch?

11     A.   Yes.

12     Q.   What was the position you were seeking?

13     A.   I think we did not decide on the position at

14   that time, but I just wanted to work with him.

15     Q.   When was this call allegedly made by

16   Dr. Mushrush?

17     A.   I think 2002.

18     Q.   Did you ever go to work for Dr. Rauch?

19     A.   No, I never, but he knows me, we know each

20   other for a long time.

21     Q.   Did he ever -- did you ever formally apply

22   for a position with him?

23     A.   No, no.

24     Q.   Apart from what you've already testified to,

Rajendra D. Badgaiyan, M.D.

301

1    are there any written documents that Dr. Mushrush

2    authored that contain false statements about you?

3        A.   They are false statements on this document

4    that he showed me.

5        Q.   Which ones are you pointing to?

6        A.   The one which you say is Promotions

7    Committee Meeting.

8        Q.   And you say there is a false statement in

9    there offered by Dr. Mushrush?

10       A.   Yes.

11       Q.   And what is the false statement?

12       A.   The first one is false, the point is --

13       Q.   I'm sorry, what's the Bates number on that

14   and what's the exhibit number, please?

15       A.   Sorry, Exhibit No. 15, page 0152.

16       Q.   0154?

17       A.   0152.

18       Q.   Thank you.  And what paragraph?

19       A.   Fourth paragraph, "To enumerate a number of

20   these incidents," No. 1, that is false.

21       Q.   Okay.

22       A.   No. 2 I think is false, because if I was the

23   most difficult resident, then I would have got a

24   warning.  No. 3 is absolutely false, I never said

Rajendra D. Badgaiyan, M.D.

302

1    that I would be an observer.

2       Q.  Okay.

3       A.  And then, "After our receiving complaints

4    about his lack of commitment and cooperation from

5    the attendings on nearly every rotation that he

6    started, he was placed on probation," that is false.

7    You can see the evaluations, I got 4's and 5's

8    recommendations on most of my rotations, and she

9    says their lack of commitment and cooperation from

10   the attendings, there is not a single letter that

11   says there is a lack of cooperation or commitment.

12      Q.  Anything else?

13      A.  No. 5 is wrong, "He refuses to attend the

14   preceptor sessions."  Number 6 is wrong, "He has not

15   taken seriously the recommendations of the nurses,"

16   there is not a single complaint from any nurse that

17   I know of, except the one that she mentioned, and

18   then her e-mail about the promotions, her e-mail in

19   which she, she mentioned that I was put on

20   probation, that is wrong, that she has received

21   complaints, the statement that I was teaching at

22   Mass. General Hospital is wrong.  There are many

23   wrong statements.

24      Q.  My question to you, sir, is this document

Rajendra D. Badgaiyan, M.D.

303

1    you were just pointing out wrong statements in that

2    is Bates stamp 0152 and 53, with whom was this

3    document shared, if you know?

4        A.   I don't know.

5        Q.   You have no knowledge, do you?

6        A.   I have no knowledge at all, but I believe, I

7    believe this document was shared with the persons

8    attending the meeting.

9        Q.   You have no knowledge, however?

10       A.   I have no knowledge, yes.

11       Q.   And the e-mail that you just referred to,

12   you don't know with whom that was shared, if at all,

13   other than with yourself, correct?

14       A.   Yeah, but it was sent to the Board.

15       Q.   I'm sorry?

16       A.   It was sent to the Board.

17       Q.   What's the Bates stamp on that, the e-mail

18   you are referring to?

19       A.   I think that was July 1st.

20       Q.   Okay, that's 0149 -- I'm sorry, 0148, is

21   that the e-mail you are talking about?

22       A.   What was the page number?

23       Q.   Talking about the e-mail that talks about

24   you being on probation?

Rajendra D. Badgaiyan, M.D.

305

1    A.  Because this is, this is a printout of the

2  response, of the reply.

3    Q.  I see.

4    A.  And so she replied only to me, but when she

5  sent the first original e-mail, I believe she sent a

6  copy to Dr. Festin.

7    Q.  But you are not positive?

8    A.  No, I am almost positive.

9    Q.  Now, you filed a complaint as we covered in

10 the first day's testimony with the EEO, the

11 Department of Veteran Affairs Office of Resolution

12 Management, correct?

13   A.  Yes.

14   Q.  And you never filed any complaint with any

15 Dispute Resolution Department at Harvard University,

16 correct?

17   A.  Yes.

18   Q.  That's correct?

19   A.  That's correct.

20   Q.  And so Harvard University never investigated

21 any of your complaints, correct?

22   A.  Yes, even though I complain to the head of

23 the Harvard Department of Psychiatry.

24   Q.  Did you file a written complaint?

Rajendra D. Badgaiyan, M.D.

307

1  Committee?

2    A.  Yes.

3    Q.  So it's your testimony that you filed

4  something in writing with Dr. McCarley complaining

5  right after you received this May 28, 2002 letter,

6  is that right?

7    A.  Yeah.

8    Q.  And in that document you filed with

9  Dr. McCarley or gave to Dr. McCarley, did you

10  complain of national origin discrimination?

11    A.  No.

12    Q.  You just complained about the unfairness of

13  the denial of promotion?

14    A.  Yes.

15    Q.  And is this -- this document was marked as

16  Exhibit 6 in the McCarley deposition, is this the

17  document that you are referring to, sir?

18    A.  Yes, this is one of the documents.

19    Q.  Was there another one?

20    A.  Yes, the internship, I think I sent him five

21  or six e-mails.

22    Q.  And in none of those e-mails you mentioned

23  discrimination based on national origin or race,

24  correct?

Rajendra D. Badgaiyan, M.D.

309

1    already passed.

2        Q.  And did you?

3        A.  I did, I had to.

4        Q.  And did you successfully repeat them?

5        A.  Yes.

6        Q.  And what else?

7        A.  But that delayed my graduation.

8        Q.  For three months?

9        A.  Three months, yes, and now in the last two

10   months she wanted me to do outpatient rotation for,

11   I think for two or three months, and coming only

12   once a week instead of finishing everything in one

13   or two weeks, she just wanted to stretch the time.

14       Q.  She just wanted to what?

15       A.  Stretch the time.

16       Q.  Stretch the time?

17       A.  Yes.  So then actually I finished all

18   requirements by June of 2002, but then she made me

19   do more rotations until December of 2002, December

20   of 2002, and then I was supposed to finish my

21   residency in October of 2004 -- or 2003, sorry, and

22   instead of October, she let me finish in December of

23   2003.

24       Q.  Okay.  You are not saying that her having

Rajendra D. Badgaiyan, M.D.

310

1  you repeat the rotations was directly related to

2  your filing the complaint with the EEO Dispute

3  Resolution Office, are you?

4      A.  No, she did that the before I filed it.

5      Q.  Okay.

6      A.  And when she asked me to do rotations, then

7  I filed the complaint.

8      Q.  So with respect to stretching out the time

9  that you were in the rotation, or the time that you

10  needed to complete the rotation, you are not saying

11  that was because you filed that EEO complaint, are

12  you?

13      A.  I don't think so.  She already, before I

14  filed the complaint, she already told me that I have

15  to do rotations until December of 2002.

16      Q.  So there isn't anything that you identified

17  by way of an adverse action taken against you by her

18  that you say is because you filed that EEO

19  complaint?

20      A.  Yes, yes, she did.

21      Q.  What?

22      A.  The mention of my probation.

23      Q.  The mention of your probation.

24      A.  Yes, because she never mentioned probation

Rajendra D. Badgaiyan, M.D.

311

1    in any of my Limited License Applications, and I was

2    supposed to be put on probation in 2001, after that

3    she sent my limited license in 2002 and 3, she did

4    not mention probation on that, she did not mention

5    that disciplinary action was taken against me, she

6    did not mention any adverse remark, but suddenly

7    when I filed my application for full license, that

8    was after I made that EEO complaint, the probation

9    pops up.

10       Q.  But you had filed for a limited license

11   after September of 2002, right?

12       A.  Once, yes.

13       Q.  And she didn't put anything in there about

14   probation on that, did she?

15       A.  Yes, she did not put anything on that.

16       Q.  So if there was a connection between your

17   filing for a license and her identifying probation,

18   why do you say there was a connection?

19       A.  Because in 2002, when I filed Limited

20   License Application, that is supposed to be

21   pertaining to the last one-year period, so that was

22   fair, the last one here, I did not receive one, that

23   e-mail that said I was put on probation, but when I

24   filed Full License Application, that pertains to the

Rajendra D. Badgaiyan, M.D.

312

1   whole period of training.

2       Q.   Right, but my point is you are saying there

3   was a connection between your filing the EEO

4   complaint in September of 2002 and her mentioning

5   probation in your application for full licensure in

6   2004, correct?

7       A.   Yes, there might be a connection, yes.

8       Q.   And yet in your application in the interim

9   in 2003 for the limited license, she doesn't mention

10  probation, correct?

11      A.   Yes.

12      Q.   Okay.  So my question to you, sir, is how is

13  it that you are drawing a connection between your

14  filing the complaint in 2002 and her mentioning the

15  probation in your Full License Application in 2004,

16  when in the interim you filed another license

17  application and she didn't mention it?

18      A.   Because in the interim, the license

19  applications that are filed, they are only supposed

20  to contain only the information between the last

21  application and this application, that was only the

22  probation for one year, and in that one year she did

23  not even send me an e-mail saying I was put on

24  probation, there was no basis, but then she had an

Rajendra D. Badgaiyan, M.D.

313

1    e-mail in 2001, she could not have mentioned that

2    one in that application, so she did not have an

3    opportunity.

4        Q.   This e-mail was 2001 that mentioned you were

5    on probation?

6        A.   Yes.

7        Q.   In the application for 2003 --

8        A.   Yes, she was supposed to mention what

9    happened only in 2003.

10       Q.   You are certain of that?

11       A.   Yes.

12       Q.   Okay.  So --

13       A.   Application clearly says that all this

14   information pertains to the, what happened after the

15   last application.

16       Q.   Okay.  So now in 2004, when you applied for

17   a full license, you say that she mentioned probation

18   because you filed an EEO complaint two years before?

19       A.   Yeah, that's possible.

20       Q.   It's possible, but I am asking you what is

21   the evidence you have to connect the one event with

22   the other?

23       A.   Because she did not mention this probation

24   in the previous applications.  I got all the

Rajendra D. Badgaiyan, M.D.

314

1    promotions, even though I was supposed to be on

2    probation, but she never mentioned anywhere, but

3    after I filed the complaint she mentioned it.

4        Q.  Well, two years after you filed the

5    complaint she mentioned it?

6        A.  Not two years.

7        Q.  A year and two-thirds?

8        A.  Yes, yes, by that time the complaint was

9    going on.

10       Q.  My question to you, sir, is what are the

11   facts or evidence that you have that causes you to

12   assert that there was a connection between your

13   filing the EEO complaint in 2002, September, and

14   your filing and her mentioning probation in April of

15   2004?

16       A.  I don't see of any other reason why she

17   mentioned probation.

18       Q.  And that's the basis of your claim that

19   there is a connection?

20       A.  Yes, yes.

21       Q.  Anything else?

22       A.  I don't remember, I can't say anything else.

23       Q.  You didn't name Harvard University or

24   Harvard Medical School in the complaint you filed

Rajendra D. Badgaiyan, M.D.

315

1    with the DA, did you?

2        A.   I don't remember.

3        Q.   Now, you don't connect Dr. Mushrush's delay

4    in completing the license application to your filing

5    of the EEO complaint, do you?

6        A.   I don't know.

7        Q.   You don't have any evidence to support that?

8        A.   I have no evidence.

9        Q.   The fellowships that you received from

10   Harvard, or the fellowships you received while you

11   were at Harvard, did, did Dr. Mushrush interfere

12   with any of those fellowships?

13       A.   What fellowships are you referring to?

14       Q.   Any of them?

15       A.   She could not have them.

16       Q.   She was in no position to, right?

17       A.   No, she was in no position.

18       Q.   And you never filed a claim for Worker's

19   Compensation with the Veterans Administration,

20   correct?

21       A.   No.

22       Q.   Or Harvard?

23       A.   I don't remember that.

24       Q.   Now, I am going to show you -- withdraw that

Rajendra D. Badgaiyan, M.D.

316

1   question.

2                Now, while you were training with the

3   Veterans Administration, you were also working in

4   the Radiology Department at MGH?

5       A.  Yes, I was doing research.

6       Q.  And through the auspices of Harvard

7   University?

8       A.  Yes.

9       Q.  Did you speak to anyone at Harvard Medical

10  School about your concerns about discrimination?

11      A.  What do you mean by Harvard Medical School,

12  anyone in Harvard Medical School?

13      Q.  Yeah.  You didn't, you didn't go to the

14  human resources department or anyone --

15      A.  No.

16      Q.  -- and say I want to file a complaint --

17      A.  No.

18      Q.  -- against Harvard for race discrimination?

19      A.  At one point, actually I called -- no, I

20  don't remember, no, not Harvard.

21      Q.  Now, are there any, besides the names of

22  people that came up in your testimony over the

23  course of the day and a half you have been

24  testifying in this case, are there any other persons

Rajendra D. Badgaiyan, M.D.

317

1  that you believe possess knowledge or information

2  that support your claims in this case that you

3  intend to call as a witness?

4      A.  At this point, I don't recall, I can't think

5  of any.

6      Q.  Anyone whose name hasn't come up in this

7  testimony?

8      A.  Yeah, I don't know.

9      Q.  You can't think of any?

10     A.  I can't think of any names.

11     Q.  And today you are still conducting research

12 pursuant to grants you've received?

13     A.  Yes.

14     Q.  And you are in what department?

15     A.  Radiology.

16     Q.  At the --

17     A.  Mass. General.

18     Q.  Mass. General Hospital?

19     A.  Yes.

20     Q.  Have you received any grants since we last

21 were together?

22     A.  Actually, one of my grants was rejected.

23     Q.  I'm sorry?

24     A.  One of my grants was rejected.

Rajendra D. Badgaiyan, M.D.

325

1    I would see, but not talking about me.

2        Q.  I am talking about you personally for any

3    type of treatment?

4        A.  No, no.

5        Q.  Can you read the next section down, please,

6    it starts with, "How have you been treated

7    differently than a like-situated employee?  Be

8    specific."  And you wrote?

9        A.  "Other residents who have similar or worse

10   performance evaluations were promoted to the next

11   year while I was denied promotion and renewal of

12   contract."

13       Q.  What time period are you specifically

14   talking about when you mention this here?

15       A.  This is 2002.

16       Q.  Is that 2002 to 2003?

17       A.  Yes.

18       Q.  Who were these other residents that you are

19   talking about?

20       A.  All my colleagues, if somebody is not doing

21   well in a rotation, then we know, we all talk about

22   that rotation with each other, so I know other

23   residents have more severe problems than I have.

24       Q.  I understand.  Can you tell me specifically

Rajendra D. Badgaiyan, M.D.

326

1    who some of those individuals were?

2        A.   Yeah, Dr. Alexandra Darabus.

3        Q.   Hold on a second, I have to make sure I get

4    this down.  Can you say that again, Doctor who?

5        A.   Alexandra Darabus.

6        Q.   Last name, spell it please?

7        A.   D-A-R-A-B-U-S.

8        Q.   And how did you know that she was doing

9    worse than you were doing?

10       A.   We used to talk if we have any problems, but

11   she had problems, more problems.  The supervisor

12   told her she had problems, none of my supervisors

13   told me that I have any problems.

14       Q.   Who was her supervisor?

15       A.   I don't remember the name.

16       Q.   You don't remember who her supervisor was?

17       A.   Her supervisor?

18       Q.   Correct.

19       A.   No, I don't remember.

20       Q.   Do you still keep in touch with Dr. Darabus?

21       A.   Not in a long time.

22       Q.   Do you know where she currently is working?

23       A.   Yeah, she works in Corrigan.

24       Q.   Where?

Rajendra D. Badgaiyan, M.D.

329

1    worse performance than you did?

2        A.  Right, right.

3        Q.  When did you speak with her, as of September

4    of 2002 or before that time period?

5        A.  Oh, you are talking about this one.  When

6    we, all the residents, when we get together, we talk

7    about our performance, we talk about how our

8    supervisors feel about things that we do.  So then

9    she and other residents, if they have a problem with

10   their supervisors and they have problems with some

11   of the patients, they used to ask me, if they have

12   any difficulty with patients, and they used to ask

13   me how to treat those patients.

14       Q.  You surmise based on what they told you that

15   they were doing worse than you were?

16       A.  Yes.

17       Q.  You have never seen their evaluations?

18       A.  Yes, but I have seen some of the letters

19   from other colleagues of mine.

20       Q.  We are going to go on to these other

21   colleagues, but in terms of this individual, you

22   didn't see any type of written evaluation with

23   regard to her performance?

24       A.  No.

Rajendra D. Badgaiyan, M.D.

330

1    Q.  Let's move on to any other residents that

2  you can identify, same section, that were similarly

3  situated to you and who had worse performances,

4  could you tell me about someone else?

5    A.  Yeah, there is one Dr. Chris Babbage.

6    Q.  Dr. Chris?

7    A.  Babbage.

8    Q.  Spell the last name, please.

9    A.  B-A-B-B-A-G-E.

10    Q.  B-A-B-A --

11    A.  B-B-A-G-E.

12    Q.  Okay, and male or female?

13    A.  Male.

14    Q.  And tell me what you know about Dr. Babbage?

15    A.  What I know about Dr. Babbage?

16    Q.  Sure, you stated that there are other

17  similarly situated individuals who had worse

18  performances than you did, tell me how you found out

19  that Dr. Babbage had a worse performance during that

20  time period?

21    A.  Because he used to tell me that he had

22  problems with patients, treating patients, he had

23  problems with supervisors.

24    Q.  So similar with what you stated about

Rajendra D. Badgaiyan, M.D.

331

1    Dr. Darabus?

2        A.   Correct.

3        Q.   Same question, did you ever have an

4    opportunity to see any evaluations of Dr. Babbage?

5        A.   No.

6        Q.   Did you ever have an occasion to speak with

7    any supervisors of this doctor?

8        A.   No, no, except the one supervisor,

9    Dr. Kirshner, Dr. Kirshner supervises all residents,

10   and he told me that he puts me above average.

11       Q.   Above what?

12       A.   Average, and there are many residents who

13   are worse than me.

14       Q.   So that was his impression?

15       A.   That was his impression, yes.

16       Q.   Okay.  Did you have a good relationship with

17   that doctor, Dr. Kirshner?

18       A.   I think I have good relationship with

19   everybody.

20       Q.   I know, but specifically with regard to that

21   doctor, did you have a good relationship?

22       A.   I have a good relationship with everybody,

23   yes.

24       Q.   I understand, but did you have a good

Rajendra D. Badgaiyan, M.D.

332

1    relationship specifically with that doctor?

2        A.  Not specifically, but everybody, that

3    includes Dr. Kirshner, yes.

4        Q.  So you did have a good relationship?

5        A.  Yes.

6        Q.  Okay, that's fine.  Can you identify some

7    other residents that you had better performance

8    than?

9        A.  Dr. Savu.

10       Q.  Doctor who?

11       A.  Raluca Savu.

12       Q.  Spell the first and last name, please.

13       A.  R-A-L-U-C-A S-A-V-U.

14       Q.  And tell me a little bit about that doctor,

15   please?

16       A.  She had problem with her supervisors.

17       Q.  What kind of problems did she have?

18       A.  Mainly focusing her knowledge and attitude,

19   I guess.

20       Q.  I'm sorry, namely what?

21       A.  Knowledge and attitude.

22       Q.  What about her knowledge and attitude?

23       A.  I don't know, her supervisors would know

24   better, but her supervisors complained about her

Rajendra D. Badgaiyan, M.D.

334

1    A.  Yes.

2    Q.  And how did they complain about her?

3    A.  I don't know how they complain, but this is

4  what she told me, and then --

5    Q.  So let me get this straight, you may have a

6  situation where you are doing a residency with a

7  couple of these doctors, and it might be early in

8  the morning or something, and you are all sitting

9  around and you are having some coffee, and you may

10  complain about some treatment you are having with

11  one of the doctors, and then you are stating that

12  some of the other doctors may be stating as well

13  that they have problems with doctors?

14    A.  Yes.

15    Q.  All right.  So this is basically some type

16  of a chat session among the doctors?

17    A.  Yes.

18    Q.  Got it.  Okay, anyone else other than those

19  four individuals?

20    A.  I recall these names.

21    Q.  I'm sorry?

22    A.  I recall only these names.

23    Q.  Only these names, okay.  Now, the next

24  section you are asked, "How has this treatment

Rajendra D. Badgaiyan, M.D.

342

1  told that I need to do minimum number of clinical

2  rotations that is required by the Board and that all

3  those rotations are completed by June '02, so she

4  said --

5      Q.  Take your time.

6      A.  Sorry.  So then she told me that she would

7  not let me graduate before December of '03, and then

8  I have to repeat those rotations, so that was a

9  humiliation because I have to work with my junior

10  colleagues, so everything came together, so I was

11  sick, and then I sent an e-mail to Dr. McCarley, I

12  talked to Dr. McCarley to help me, and I requested

13  him that let's set up a meeting with me, you and

14  Dr. Mushrush, and I am ready to do whatever it is

15  that's deficient, because Dr. Mushrush is not

16  telling him the truth.  He said, That's okay with

17  me, and then he agreed.  That meeting never

18  happened, and Dr. McCarley told me that I have to do

19  whatever Dr. Mushrush is telling me to do.  So then

20  I got really, I felt helpless, there is nobody to

21  help me, and I know that an injustice has been done,

22  and there is nobody to help me, so because the only

23  course is open to me, I did not know what I was

24  supposed to do, and I went to the attorney and all

Rajendra D. Badgaiyan, M.D.

343

1    that and found out the procedure to make complaints.

2        Q.  And did you go and see someone to make a

3    complaint or did you make a telephone call?

4        A.  A telephone call.

5        Q.  And under the second section here where you

6    have some handwriting, it states, "If this, these

7    incident or incidents is beyond the 45 calendar

8    days, please specify the reason why you waited

9    before contacting the EEO Official," and that's when

10   you have written here the mental stress caused by

11   the discrimination made you disoriented.  How long

12   did this period of disorientation last?

13       A.  Off and on for two, three months.

14       Q.  Off and on?

15       A.  Yes.

16       Q.  And when it was disturbing you, how long

17   would that take place, can you give me a timeframe?

18       A.  I think I was completely disoriented for a

19   month and a half, so it could have been probably in

20   July and August, and then I started going to the

21   V.A., and sometimes, and at one time I remember I

22   got dizzy on my way thinking about the V.A., because

23   the V.A. was a big stress for me, whenever I go to

24   the V.A. I used to get panic attacks, and at one

Rajendra D. Badgaiyan, M.D.

349

1    A.  Yes.

2    Q.  And if you would have gotten a full license,

3  you could have applied for that job?

4    A.  Actually, let me back up.  In 2002, I got a

5  letter offering me a job that would have paid me

6  $275,000 in Minnesota if I wanted to go, so there

7  was a letter sent by, a letter said that after my

8  graduation I can have a job that would pay me

9  $275,000, plus free housing and other perks with it,

10  but also it was contingent on getting full license.

11    Q.  So for any job that you would have

12  potentially taken, you would have to pass whatever

13  requirements that the Licensing Board had, Board of

14  Registration in Medicine, and get a full license for

15  any State that you worked in?

16    A.  Yes.

17         MR. FARQUHAR:  Got you.  Okay, I have

18  nothing further.

19         MR. BARISON:  Thank you.

20         (Whereupon, at 1:11 p.m., the deposition

21  was adjourned.)

22

23

24