**EXHIBIT**
Badgaiyan
1
5/17/06

Rajendra D. Badgaiyan, MD
122-A, Sycamore St
Somerville, MA 02145

September 4, 2002

Dear Ms Velez,

I am a trainee in psychiatry residency training program at VAMC Brockton. This is actually a complaint of mixed case in which denial of my promotion to PGY-IV is based on biased opinion and disregard to the merit. Since I received attached letter on May 30, 2002, it was revised unofficially several times but was never withdrawn. I have never been informed about the complaints mentioned in the letter and was never given an opportunity to explain my position. The decision to deny promotion is extremely rare in the residency program (as far as I know, in the last 10 years only one other resident was denied promotion). Many residents who had much worse documented evaluations of their performance have been promoted. The decision has put a permanent adverse entry in my service record, and has *defacto* declared me one of the worst residents, the residency program ever had. This is clearly not true and is not apparent from the evaluations of about 30 of my supervisors and preceptors. Most of my evaluations, that I know of, are 'above average' and many are 'outstanding'. Further, in a nationally conducted clinical evaluation test, this year my performance was judged to be the best in my class, and I have been honored during the training period for my research at the international, national, and local (Harvard Medical School) levels.

Even though the decision was made by a committee, many members of the committee have told me that they personally do not think that I am a bad resident – not to talk of one of the worst residents the program ever had. I believe that the members were misled by the Director who is the Chairman of the committee. The Director has expressed her disliking and biased opinion against the doctors of Indian origin on several occasions, because she thinks that, "they are smart and confident".

This discrimination has caused considerable physical and mental stress, resulting in increase of my blood pressure to a life threatening level. I have also been diagnosed to have major depression after the above incidence. I am currently taking medications for both of these conditions.

Sincerely,

Rajendra Badgaiyan

OFFICE OF RESOLUTION MANAGEMENT BEDFORD SATELLITE
02 SEP 11 AM 9:50

VA262