Name: Rajendra D. Badgaiyan         Grade: _____
Title: Resident                      Service: Psychiatry

**Indicate the basis of your complaint (check those that apply specifically to your complaint).**

- ☐ Race (Specify _____)
- ☐ Color (Specify _____)
- ☐ Age (Specify date of birth _____)
- ☐ Gender (Specify _____)
- ☐ Religion (Specify _____)
- ☒ National Origin (Specify India)
- ☐ Handicap (Specify _____ /provided documentation)
- ☐ Reprisal for prior EEO activity (Specify the activity _____)

**Describe in detail the specific incident(s) that took place within the past 45 calendar days that caused you to feel you had been discriminated against. List people, dated, and events.**

I received a letter signed by Dr. Grace J. Mushrush, Director of Residency Training, denying me timely promotion.

**If this(es) incident(s) is beyond the 45 calendar days, please specify reason(s) why you waited before contacting an EEO Official?**

The mental stress caused by the discrimination made me cognitively disoriented. My blood pressure increased to a life-threatening level and I had major depression. I was bed ridden until last weekend was unable to think about the remedial actions.

**Who is the responsible management official (RMO)?**

Name: Grace J. Mushrush   Title: Director, Residency Training   Service: Psychiatry   Phone Number: (508) 583-4500 ext 2457 2486

**What is this individual's relationship to you?** Supervisor.
(For example – supervisor, team leader, service chief, etc)

**How have you been treated differently that a like-situated employee? Be specific.**

Other residents who have similar or worse performance evaluations were promoted to the next year while I was denied promotion and renewal of contract.

**How has this treatment caused you harm in your employment? (For example, has there been a loss of wages, grade, etc?) Be specific:**

- Loss of grade and time of training
- Adverse entry in my service record.
- Defamation and mental stress.

**If you have documentation to support your claim of discrimination, please indicate what this is and provide counselor with copies.**

Letter enclosed.

**What Remedy are you seeking to resolve your complaint informally?**

- Withdrawal of the enclosed letter and renewal of contract
- Removal of adverse entry in my service record.
- Compensation for mental stress and service related loss.

Signature of aggrieved: R. Badgaiyan     Date: 9/4/02

02 SEP 11 AM 9:15
OFFICE OF RESOLUTION MANAGEMENT
BEDFORD SATELLITE
EXHIBIT
VA263