# The Harvard South Shore Psychiatry Residency Training Program

**Harvard Medical School**

Grace J. Mushrush, M.D.
Director



**Department of Psychiatry**

Fe Erlita Festin, M.D.
Associate Director



May 28, 2002

Rajendra Badgaiyan, M.D.
VAMC-Brockton
940 Belmont Street
Brockton, MA 02301

Dear Dr. Badgaiyan:

This is to inform you that during the Harvard South Shore Psychiatry Residency Training Program, Committee on Promotions Meeting held April 26, 2002 your training experience and performance were reviewed.

It was noted that there were numerous complaints from staff members concerning the poor attitude and lack of cooperation which you exhibited when they tried to engage you in cooperative team work: West Roxbury Medicine, REACH, McLean CEC. In-patient psychiatry with Dr. Chang and Dr. Alexander, C/L, evening clinic and with nursing staff. You have exhibited a lack of understanding of your own limitations and have not requested attending in-put when it would have been appropriate; you are often dismissive of attending in-put and you seem to have an inability to work collaboratively with women: attendings, senior residents and nursing staff.

It was the recommendation of the Committee on Promotions that you not be promoted in October, 2002 and that your promotion to PGY IV be reconsidered after an additional period of training to extend through December, 2002.

It is our further recommendation that the training time between July and December, 2002 be spent as follows: July-Sept. – Brockton In-Patient Psychiatry; October – McLean CEC; Nov.-Dec. – C/L West Roxbury. The Committee on Promotions would meet in early December to evaluate your performance during these rotations.

Sincerely yours,

*[signature]*
Grace J. Mushrush, M.D.
Director of Residency Training

I have read and received a copy of this letter:
Signed: _____
Date: _____

940 Belmont Street (116A7), Brockton, MA 02301

VA228

Phone: (508) 583-4500, ext. 2456