# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

N.B. April 2002
Received call from Dr Beth
responding to my request
that Raj repeat this rotation
also said They were unwilling to have him back

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding N.O. = not observed.

Name of Trainee __Rajendra Badgaiyan__  PGY __II__

Service __Psychiatry (McLean)__  From __March 2001__ To _____

In-patient? _____  Ambulatory Care? _____  Name of Clinic __Clinical Evaluation Center__

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 2 | Thoroughness of follow-up | 2 |
| Physical exam | 3 | Use of lab + other dx. tests | 3 |
| Mental status exam | 2 | Doctor/patient relations | 4 |
| Problem formulation | 2 | | |
| Record keeping | 2 | | |
| Initial plans | 3 | | |

Reviewed this evaluation
with all supervisors given
the concerns and
adjusted accordingly —
Please call if questions —
Sara Bolton

## CAPABILITIES

Knowledge __2 clinical / 4 Research__

Attitude __1__

Rate of learning and ability to learn __3__

Additional comments, either specifically related to the items listed above, or generally: Dr Kadyan's performance varied considerably with some thorough workups but others with deficiencies. He took several days off and tried to take others so that it was difficult to count on him being part of our service. He expressed the wish to us he had to rotate on our service at all from the beginning and this is likely to have led to the above problems. I reviewed his performance with many of our staff psychiatrists/trainees, and their input is

Signed _____ M.D.

Please print name _____

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of

VA288