ilMan message for MUSHRUSH,GRACE J MD PSYCHIATRIST
inted at BOSTON.MED.VA.GOV 25 Jun 02 14:26
bj: Rotations [#42113181] 24 Jun 02 10:08 19 lines
om: MUSHRUSH,GRACE J MD In 'IN' basket. Page 1

---

we seem to disagree on your rotations and the credit for them, ase list below the rotations you feel you did and when you feel you d them (Inclusive dates). I will then compare them with our list.

do not count substance abuse rotations for inpatient credit for any of e residents. Therefore, by my calculation, you are short on -patient. I will be assigning you to inpatient for July-August. Lean has refused to have you back because the CEC found the experience unpleasant so we will have to work out a substitute rotation for at time. I had assigned you to W.Rox. for part of the time because I ought you would benefit from the liaison part of the C/L (since you em to have difficulty getting along with women (nurses included). . Mufson is an authority of Liaison and could teach you a lot. n addition, I figured it might be better for you as you would be oser to Boston where you would be closer to the MRI.)

unpleasant

---

EXHIBIT
Badgaiyan
7
5/17/06 Cr.