**EXHIBIT**
Badgaiyan
9
5/17/06

**Dombrowski, Louise A.**

| | |
|---|---|
| From: | Mushrush, Grace J. |
| Sent: | Wednesday, September 18, 2002 2:41 PM |
| To: | Dombrowski, Louise A. |
| Cc: | Mushrush, Grace J. |
| Subject: | FW: Dr. B |

-----Original Message-----
| | |
|---|---|
| From: | Swett, Chester P. |
| Sent: | Friday, May 17, 2002 9:43 AM |
| To: | 'Robert W. McCarley, M.D.' |
| Cc: | Mushrush, Grace J. |
| Subject: | RE: Dr. B |

Either Grace or I will discuss with him in person.

*Chester P. Swett, MD*

| | |
|---|---|
| From: | Robert W. McCarley, M.D. [SMTP:robert_mccarley@hms.harvard.edu] |
| Sent: | Friday, May 17, 2002 6:50 AM |
| To: | Swett, Chester P. |
| Subject: | Re: Dr. B |

Sounds OK. I think it will be important for someone to discuss with him in person.
RWM

At 06:51 AM 5/16/2002 -0700, you wrote:
>The promotions committee of the BR residency program met recently to review
>all of the residents. All were promoted except for one. There was some
>sentiment that he should be dismissed from the program. Finally, the
>committee unanimously recommended that he have three additional months of
>remedial work before being promoted to the PGY 4 year. We noted that his
>research is of very high quality. Nevertheless, his clinical work and
>attitude are not so good. Those present at the meeting were Drs. Mushrush,
>Festin, Levitt, Gurrera, Osser, and Swett. We have not informed him as yet.
>If you want to discuss this further, let me know. I note that the email did
>not transmit the file, so Dr. Mushrush gave me a disc.
> <<Rajendra Badgaiyan, M_D_.eml>>
>
>Chester P. Swett, MD

*Further documentation of promotions committee mtg*