EXHIBIT
BADGAIYAN
15
7/6/06    CAC

# The Harvard South Shore Psychiatry Residency Training Program
## VA Boston Healthcare System

**Director**
Grace J. Mushrush, M.D.
*Assistant Professor, Harvard*
*Department of Psychiatry*

**Associate Director**
Fe Erlita Festin, M.D.
*Instructor, Harvard*
*Department of Psychiatry*




VA Boston Healthcare System
Brockton Division
Psychiatry Education (116A7)
940 Belmont Street
Brockton, MA 02301
(508) 583-4500 x 2457/2456

Fax (508) 895-0181
grace_mushrush@hms.harvard.edu

April 14, 2004

Board of Registration in Medicine
Attn: Richard Farmer, Jr.
Licensing Specialist
560 Harrison Avenue, G-4
Boston, MA 02118

Dear Mr. Farmer:

Enclosed please find the evaluations of Dr. Rajendra D. Badgaiyan which were requested by the Board for Dr. Badgaiyan's full license.

If you require additional information, please do not hesitate to contact me.

Very truly yours,

*Grace J. Mushrush, M.D.*

Grace J. Mushrush, M.D.
Asst. Chief of Psychiatry for Education
  and Director, Residency Training Program

Enclosures

BRM0113

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Rajendra Badgaiyan_ PGY _I_

Service _Psychiatry_ From _Nov 1, 99_ To _Dec 31, 99_

In-patient? _X_ Ambulatory Care? _____ Name of Clinic _Detox Unit (21-C)_

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 5 | Thoroughness of follow-up | 5 |
| Physical exam | 5 | Use of lab + other dx. tests | 5 |
| Mental status exam | 5 | Doctor/patient relations | 5 |
| Problem formulation | 5 | Relations with families | N/A |
| Record keeping | 5 | Relations with peers | 5 |
| Initial plans | 5 | Relations with other staff | 5 |

## CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 5 | Efficiency | 5 |
| Attitude | 5 | Teaching ability | N/A |

Rate of learning and ability to learn _5_

Additional comments, either specifically related to the items listed above, or generally:

_Excellent Resident, willing to learn. Extremely motivated and has good empathy with pts._

Signed _[signature]_ M.D.

Please print name _Isaias Sepulveda MD._

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0114

## HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### Preceptor Evaluation of Trainee

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O.= not observed.

Name of Trainee _Rajendra Badgaiyan_ PGY I

Service: _Neurology_ From _2-1-2000_ To: _2-29-2000_

In-patient?____ Ambulatory Care?____ Name of clinic_____

**Performance:**

| | | | |
|---|---|---|---|
| History taking | 4 | Thoroughness of follow-up | 4 |
| Physical exam | 4 | Use of lab.+ other dx. tests | 4 |
| Mental status exam | 5 | Doctor/patient relations | 4 |
| Problem formulation | 4 | Relations with families | 4 |
| Record keeping | 4 | Relations with peers | 4 |
| Initial plans | 4 | Relations with other staff | 4 |

**Capabilities:**

| | | | |
|---|---|---|---|
| Knowledge | 4 | Efficiency | 4 |
| Attitude | 4 | Teaching ability | 3 |

Rate of learning and ability to learn   5

Additional comments, either specifically related to the items listed above, or generally:

Signed: _____ M.D.

Please print name: Dr. Andrew Budson
Asst. Chief of Psychiatry for Education o

Please return to Grace J. Mushrush, M.D., Director of Psychiatric Residency Training. 525B:116A7. fax: 508-895-0181
RB 3/27/00

BRM0115

03/28/00  TUE 14:59 FAX 6177389122          BHV NEUROLOGY                    ☑002

HARVARD SOUTH SHORE
PSYCHIATRY RESIDENCY TRAINING PROGRAM

Preceptor Evaluation of Trainee

Feedback is essential if our trainees are to improve their clinical
skills. Please complete one of these forms for each psychiatric trainee
who rotated through your service. Please be as explicit as possible in
your answers. These evaluations will be available for review by both the
trainees and the committee which certifies the trainees' clinical
competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal;
3 = satisfactory; 4 = good; 5 = outstanding; N.O.= not observed.

Name of Trainee _Rajendra  Badgaiyasi_ PGY _I_

Service: _Neurology_          From _3-1-2000_ To: _3-31-2000_

In-patient? _✓_ Ambulatory Care? _____ Name of clinic _____

**Performance:**

| | | | |
|---|---|---|---|
| History taking | 4 | Thoroughness of follow-up | 5 |
| Physical exam | 4 | Use of lab.+ other dx. tests | 4 |
| Mental status exam | 4 | Doctor/patient relations | 4 |
| Problem formulation | 4 | Relations with families | 3 |
| Record keeping | 4 | Relations with peers | 4 |
| Initial plans | 4 | Relations with other staff | 4 |

**Capabilities:**

| | | | |
|---|---|---|---|
| Knowledge | 4-5 | Efficiency | 4 |
| Attitude | 4-5 | Teaching ability | 4 |

Rate of learning and ability to learn _4_

Additional comments, either specifically related to the items listed
above, or generally: _We enjoy his enthusiasm_

Signed: _____ M.D.

Please print name: _K DAPPNER_
_Asst. chief of Psychiatry for Education_

Please return to Grace J. Mushrush, M.D., Director of Psychiatric
Residency Training.  525B:116A7.  FAX - 508-895-018)

BRM0116

# VA BOSTON HEALTHCARE SYSTEM
## WEST ROXBURY CAMPUS
### HOUSESTAFF PERFORMANCE EVALUATION

House Officer: Rajendra Badgaiyar, MD

BI    BW    MICU    PSYCH
Service: _Medicine_
Dates of Rotation:    From _May 1_    To _May 31, 2000_

Your relationship to this person was as a(n): _____

| | Superior 5 | Above Average | Average 3 | Below Average | Unable to Comment |
|---|---|---|---|---|---|
| Attendance at Rounds | | | ✓ | | |
| History Taking | | ✓ | | | |
| Physical Examination | | | | ✓ | |
| Case Presentation | | | ✓ | | |
| Problem Formulation | | | ✓ | | |
| Initial Plans | | | ✓ | | |
| Thoroughness in Follow-Up | | | ✓ | | |
| Record Keeping | | | ✓ | | |
| Use of Diagnostic Studies | | | ✓ | | |
| Attitude Toward Patient Care | | | ✓ | | |
| Fund of General Medical Information | | | ✓ | | |
| Judgement | | | ✓ | | |
| Self-Reliance | | | ✓ | | |
| Curiosity | | | ✓ | | |
| Interaction with Peers/Staff | | | ✓ | | |
| Teaching Ability | | | | | |
| Administrative Ability | | | ✓ | | |
| Relations w/patients & relatives | | | ✓ | | |
| Overall Performance | | | | | |

**Comments:**

Weaker fund of knowledge compared to his medical colleagues — attributed to his background. Followed suggestions but not completely independent. Could have better and more organization. Outstanding talk on rounds on topic of post traumatic stress syndrome. Useful high information. Should show curiosity on rounds.

Signed (optional – Attending Physicians MUST sign): _Julian Seifter_, MD

Print Name: _Julian Seifter_, MD

Date: _____

BRM0117

HARVARD SOUTH SHORE
PSYCHIATRY RESIDENCY TRAINING PROGRAM

Preceptor Evaluation of Trainee

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O.= not observed.

Name of Trainee **Rajendra Badgaipar**                              PGY **I**

Service: ~~Psychiatry~~ Transitional Care From **6-00** To: **6-30-00**

In-patient? **✓** Ambulatory Care?____ Name of clinic_____

**Performance:**

| | |
|---|---|
| History taking | 4 |
| Physical exam | 4 |
| Mental status exam | 4 |
| Problem formulation | 4 |
| Record keeping | 4 |
| Initial plans | 4 |

| | |
|---|---|
| Thoroughness of follow-up | 5 |
| Use of lab.+ other dx. tests | 4 |
| Doctor/patient relations | 4 |
| Relations with families | 4 |
| Relations with peers | 4 |
| Relations with other staff | 4 |

**Capabilities:**

| | |
|---|---|
| Knowledge | 4 |
| Attitude | 4 |

| | |
|---|---|
| Efficiency | 5 |
| Teaching ability | 4 |

Rate of learning and ability to learn      4

Additional comments, either specifically related to the items listed above, or generally:

*Consistent, solid efforts*

Signed: _Eric Hanson_____ M.D.

Please print name: _ERIC HANSON_____
Asst. Chief of Psychiatry for Education o

Please return to Grace J. Mushrush, M.D., Director of Psychiatric Residency Training.   525B:116A7.

BRM0118

## HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Rajendra Badgaiyan_ PGY _I_

Service _Psychiatry_        From _July 1, 02_ To _July 31, 2003_

In-patient? _____    Ambulatory Care? _Yes_    Name of Clinic _Urgent Care (Bx)_

### PERFORMANCE

| | | | | |
|---|---|---|---|---|
| History taking | 5 | | Thoroughness of follow-up | 5 |
| Physical exam | 5 | | Use of lab + other dx. tests | 5 |
| Mental status exam | 4 | | Doctor/patient relations | 5 |
| Problem formulation | 4 | | Relations with families | 4 |
| Record keeping | 5 | | Relations with peers | 5 |
| Initial plans | 5 | | Relations with other staff | 5 |

### CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Knowledge | 5 | | Efficiency | 5 |
| Attitude | 5 | | Teaching ability | 4 |

Rate of learning and ability to learn _5_

Additional comments, either specifically related to the items listed above, or generally:

Signed _[signature]_ M.D.

Please print name _Rohit Malhotra_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee  *Rajendra Badgaiyar*    PGY *I*

Service  *Psychiatry*    From *July 1, 20__* To *July 31, 2006*

In-patient? _____   Ambulatory Care? *X*   Name of Clinic *Urgent Care, ER*

## PERFORMANCE

| | | | | |
|---|---|---|---|---|
| History taking | 4 | | Thoroughness of follow-up | 4 |
| Physical exam | 4 | | Use of lab + other dx. tests | 5 |
| Mental status exam | N.O. | | Doctor/patient relations | 4 |
| Problem formulation | 4 | | Relations with families | 4 |
| Record keeping | 4 | | Relations with peers | 4 |
| Initial plans | 4 | | Relations with other staff | 4 |

## CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Knowledge | 4 | | Efficiency | 4 |
| Attitude | 4 | | Teaching ability | 4 |

Rate of learning and ability to learn  *4*

Additional comments, either specifically related to the items listed above, or generally: *Excellent.*

Signed *John D Abernethy* M.D.

Please print name *JOHN D ABERNETHY*

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0120

HARVARD·SOUTH·SHORE
PSYCHIATRY RESIDENCY TRAINING PROGRAM

Preceptor Evaluation of Trainee

Feedback is essential if our trainees are to improve their clinical
skills. Please complete one of these forms for each psychiatric trainee
who rotated through your service. Please be as explicit as possible in
your answers. These evaluations will be available for review by both the
trainees and the committee which certifies the trainees' clinical
competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal;
3 = satisfactory; 4 = good; 5 = outstanding; N.O.= not observed.

Name of Trainee __Rajendra Badgaipar_____ PGY____

Service: __Psychiatry_____ From __9__ To: __1/1/__

In-patient?_____ Ambulatory Care?_____ Name of clinic __Corrigan MHC__

Performance:
History taking _____ NO
Physical exam _____ NO
Mental status exam _____ 4
Problem formulation _____ 5
Record keeping _____ NO
Initial plans _____ 4

Thoroughness of follow-up _____ NC
Use of lab.+ other dx. tests _____ NC
Doctor/patient relations _____ 4
Relations with families _____ 4
Relations with peers _____ NC
Relations with other staff _____ NO

Capabilities:
Knowledge _____ 4
Attitude _____ 5

Efficiency _____ 4
Teaching ability _____ 4

Rate of learning and ability to learn _____

Additional comments, either specifically related to the items listed
above, or generally: I met c Dr. Badgaipar three times weekly for
one hour. He worked hard at forming a differential diagnosis &
read appropriately on his patients. Signed: __Harry Ford MD__ M.D.
I enjoyed working c
him.                    Please print name: __Harry Ford MD__
                                             Asst. Chief of Psychiatry for Education c

Please return to Grace J. Mushrush, M.D., Director of Psychiatric
Residency Training.  525B:116A7.

BRM0121

## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee **Rajendre Badgaspar**     PGY _____

Service **Corrigan IP.**     From **Sept 1** To **Oct. 31, 2000**

In-patient? **X**     Ambulatory Care? _____     Name of Clinic **Corrigan MHC**

### PERFORMANCE

| | | | | |
|---|---|---|---|---|
| History taking | 3 | Thoroughness of follow-up | 3 |
| Physical exam | U/A | Use of lab + other dx. tests | 3 |
| Mental status exam | 3 | Doctor/patient relations | 3 |
| Problem formulation | 3 | Relations with families | 3 |
| Record keeping | 3 | Relations with peers | 3 |
| Initial plans | 3 | Relations with other staff | 3 |

### CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 3 | Efficiency | 3 |
| Attitude | 3 | Teaching ability | -N/A- |

Rate of learning and ability to learn **3**

Additional comments, either specifically related to the items listed above, or generally:

Signed _____ M.D.

Please print name **DANIEL S. HARROP MD**

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0122

HARVARD UNIVERSITY

PSYCHIATRY RESIDENCY TRAINING PROGRAM

## PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Rajendra Badgaiyan_       PGY _II_

Service _Acute Psychiatry_     From _Nov. 2000_ To _Dec. 2000_

In-patient? _✓_     Ambulatory Care? _____     Name of Clinic _____

### PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 3.5 | Thoroughness of follow-up | 3 |
| Physical exam | 4 | Use of lab + other dx. tests | 4 |
| Mental status exam | 4 | Doctor/patient relations | 4 |
| Problem formulation | 4 | Relations with families | 4 |
| Record keeping | 3 | Relations with peers | 4 |
| Initial plans | 4 | Relations with other staff | 4 |

### CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 4 | Efficiency | 3.5 |
| Attitude | 4 | Teaching ability | N.O. |

Rate of learning and ability to learn _4_

Additional comments, either specifically related to the items listed above, or generally:

_He worked hard during this rotation. I discussed with him his need to keep his documentation as one of his priorities. Was receptive to feedback._

Signed _Fe Festin_ M.D.

Please print name _FE FESTIN, MD_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee ___Rajendra  D. Badgaiya_____    PGY __II__

Service ___Child Psychiatry._____    From _1/1/01_  To _1/31/01_

In-patient? __X__    Ambulatory Care? _____    Name of Clinic _____

## PERFORMANCE

| | |
|---|---|
| History taking | N.O. |
| Physical exam | N.O. |
| Mental status exam | 3 |
| Problem formulation | 3 |
| Record keeping | 4 |
| Initial plans | 3 |

| | |
|---|---|
| Thoroughness of follow-up | 3 |
| Use of lab + other dx. tests | 3 |
| Doctor/patient relations | 3 |
| Relations with families | 3 |
| Relations with peers | 3 |
| Relations with other staff | 3 |

## CAPABILITIES

| | |
|---|---|
| Knowledge | 3 |
| Attitude | 4 |

| | |
|---|---|
| Efficiency | 3 |
| Teaching ability | 3 |

Rate of learning and ability to learn __4__

Additional comments, either specifically related to the items listed above, or generally:

Signed _Miriam Ornstein MD_    M.D.

Please print name ___MIRIAM ORNSTEIN MD___

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0124

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Rajendra Badgaiyan_ PGY _III_

Service _Psychiatry (McLean)_ From _March 2001_ To ____

In-patient? ____ Ambulatory Care? ____ Name of Clinic _Clinical Evaluation Center_

## PERFORMANCE

| | | |
|---|---|---|
| History taking | 2 | |
| Physical exam | 3 | |
| Mental status exam | 2 | |
| Problem formulation | 2 | |
| Record keeping | 2 | |
| Initial plans | 3 | |

| | |
|---|---|
| Thoroughness of follow-up | 2 |
| Use of lab + other dx. tests | 3 |
| Doctor/patient relations | 4 |
| Relations with families | 4 |
| Relations with peers | 1 |
| Relations with other staff | 1 |

## CAPABILITIES

Knowledge    2. clinical    4 research

Attitude    1

Rate of learning and ability to learn    3

Efficiency    2

Teaching ability    N/A

Additional comments, either specifically related to the items listed above, or generally: _Dr Badgaiyan's performance varied considerably with some thorough workups but also with deficiencies. He took several days to cont and tried to take others so that it was difficult to count on his being part of our service. He expressed ill will + at have had to rotate on our service at all from the beginning and this is likely to have led to the above problems, + renewed his performance with many of our staff psychiatrists+nurses, who then reacted to_

Signed _____ M.D.

Please print name _____

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

_reflected in the above summary._

_Sara Bolton MD_
_Sara Bolton MD_

BRM0125



# McLean Hospital

115 Mill Street, Belmont, Massachusetts 02478-9106
Telephone 617 855-2000, FAX 617 855-3299

November 5, 2002

Grace Mushrush, M.D.
Assistant Chief of Psychiatry for Education and
Director of Psychiatric Residency Training
Brockton VA Medical Center
940 Belmont Street
Brockton, MA 02307

Dear Dr. Mushrush,

I am writing concerning our previous conversations with regard to Dr. Rajendra Badgaiyan during and subsequent to his rotation on the McLean Hospital Clinical Evaluation Center. As you are aware, Dr. Badgaiyan's performance during his rotation was highly variable. He stated that he did not want to have to do a rotation with us at all, and took several days off that were not excused. While doing some complete work ups, there were times when I reviewed his work after supervision and noted that he had not made the recommended changes to his work up prior to leaving for the day. He had significant problems interacting with nursing staff and triage staff in ways that interfered with good patient care.

When we last discussed these issues, you requested that he be allowed to return to the CEC to complete a remedial rotation to try to address these issues. As you know, I reviewed this with numerous staff involved in his rotation, including Paul Barreira, M.D., Asha Parekh, M.D., Victor Petrella, APRN, BC, and Diane Bedell, LICSW. Given our serious concerns during his rotation, we felt that we would be unable to provide such a remedial rotation in addition to our usual teaching rotations for residents, medical students, and clinical nurse specialist students.

Please let me know if you would like to discuss this further. We enjoy working with the Harvard South Shore Psychiatry Residents, and regret that we are unable to provide a remedial rotation for him.

Sincerely,

Sara M. Bolton, M.D.
Medical Director, Clinical Evaluation Center

Paul Barreira, M.D.
Director, Medical Education
Chief, Community Clinical Services

BRM0126

## HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee ___Rajendra Badgaiyan___ PGY _II_

Service _Mclean Hospitl NB II_ From _4/4/01_ To _4/30/01_

In-patient? _Yes_ Ambulatory Care? _____ Name of Clinic _Mclean Hospitl_

### PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 4 | Thoroughness of follow-up | 5 |
| Physical exam | N.O. | Use of lab + other dx. tests | 5 |
| Mental status exam | 4 | Doctor/patient relations | 4 |
| Problem formulation | 4 | Relations with families | N.O. |
| Record keeping | 4 | Relations with peers | N.O. |
| Initial plans | 4 | Relations with other staff | 4 |

### CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 5 | Efficiency | 5 |
| Attitude | 5 | Teaching ability | N.O. |
| Rate of learning and ability to learn | 5 | | |

Additional comments, either specifically related to the items listed above, or generally:

_Effective member of team - eager to engage with pts. and staff -_

Signed _R Rich_ M.D.

Please print name _F. Rodriguez_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0127

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Rajendra Badgaiyar_  PGY _VI_

Service _forensic Psychiatry_  From _June 2001_ To _2 weeks_

In-patient? _Yes_  Ambulatory Care? _____  Name of Clinic _TSH — Secure Care Program_

### PERFORMANCE

| | | | | |
|---|---|---|---|---|
| History taking | 4 | | Thoroughness of follow-up | 3 |
| Physical exam | NA | | Use of lab + other dx. tests | NO |
| Mental status exam | 4 | | Doctor/patient relations | 3 |
| Problem formulation | 4 | | Relations with families | NO |
| Record keeping | NA | | Relations with peers | NO |
| Initial plans | 3 | | Relations with other staff | 3 |

### CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Knowledge | 3 | | Efficiency | 3 |
| Attitude | 3 | | Teaching ability | 3 |
| Rate of learning and ability to learn | 4 | | | |

Additional comments, either specifically related to the items listed above, or generally:

Signed _____ M.D.

Please print name _Edgardo C. Angeles MD_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0128

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

eedback is essential if our trainees are to improve their clinical skills.  Please complete one of these forms for
ach psychiatric trainee who rotated through your service.  Please be as explicit as possible in your answers.
hese evaluations will be available for review by both the trainees and the committee which certifies the
ainees' clinical competence for the American Board of Psychiatry and Neurology.

lease rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding;
J.O. = not observed.

Name of Trainee _Rajendre Badgapar_____ PGY _VI____

Service _Forensic Psychiatry,_____ From _June 2001_ To _2 weeks___

In-patient? _Yes_   Ambulatory Care? _____  Name of Clinic _TSH - Secure Care Program_

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 4 | Thoroughness of follow-up | 3 |
| Physical exam | NA | Use of lab + other dx. tests | NO |
| Mental status exam | 4 | Doctor/patient relations | 3 |
| Problem formulation | 4 | Relations with families | NO |
| Record keeping | NA | Relations with peers | NO |
| Initial plans | 3 | Relations with other staff | 3 |

## CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 3 | Efficiency | 3 |
| Attitude | 3 | Teaching ability | 3 |
| Rate of learning and ability to learn | 4 | | |

Additional comments, either specifically related to the items listed above, or generally:

Signed _____ M.D.

Please print name _Edgardo C. Angeles MD_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of
Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0129

HARVARD - SOUTH SHORE                    (Brockton/W.Rox.)
Psychiatry Resident Training Program

SUPERVISOR EVALUATION OF RESIDENT

Name of Resident _Rajendra Badgaiyan, MD_                PGY _II_

Supervisory period _6/2001 (2 wks.)_    Setting _Taunton State Hospital_

What are his/her greatest strengths?
We had 2 meetings. Dr. B is a very bright, knowledgeable physician — learns weekly & knows the literature in biological psychiatry and how to read it critically.

What are his/her greatest weaknesses?
Knowledge of evidence-based clinical psychopharm is not at the level you would expect it to be given his other strengths. Also — he should speak a bit more slowly to help with making himself understood in English.

What can be added or changed in this resident's training experience that might address these weaknesses?
He should attend all required clinical training activities — I am sure that if he is there, he will absorb the material and increase his skills.

Please rate this resident on a scale of 1 to 10, where 10 is the best score:

_?_ 1. Capacity to develop supervisory alliance _I do not know enough to comment on the quality of the alliance_ _Yes_

_3_ 2. Conduct of sessions (presented on (time) prepared for supervision with process notes) _did not carefully prepare the papers as requested & asked him to do a good review given that he was_

_Not returned_ 3. Evaluation of psychodynamic capacities for resident at his/her level (empathy, formulation of case)

_[illegible] _ 4. Evaluation of capacity for case management for resident at his/her level. _only going to do one psychotherapy_

_7_ 5. Evaluation of psychopharmacologic capacities at his/her level. From what little I have observed, he has an above average knowledge base for a PGY 2. I just don't know how well he's applying it.

Additional comments may be written on the back of the form.
I have ___/have not _✓_ discussed these points with the resident.

Please return this evaluation to Grace Mushrush, M.D. (116A3).

Supervisor's Signature: _David W. Osser MD_ Date _7/8/01_
                         DAVID OSSER, MD

_GM 9/25/01_

## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Raj. Badgayan MD,_ PGY _3_ _2001_

Service _DOM - REACH_     From _July 01_ To _Aug 01_

In-patient? _____   Ambulatory Care? ✓   Name of Clinic _REACH_

**PERFORMANCE**

| | | | |
|---|---|---|---|
| History taking | 5 | Thoroughness of follow-up | 3 — not aware of medical issue |
| Physical exam | NA | Use of lab + other dx. tests | 1 — Did not take into account lab abnormal. and meds history |
| Mental status exam | 5 | Doctor/patient relations | 5 |
| Problem formulation | 4 | Relations with families | NA |
| Record keeping | 2 — didnt write note when he changed a patient meds. | Relations with peers | NA |
| Initial plans | 3 | Relations with other staff | 1 — staff have trouble being involved with the team. Missed many team mtg |

**CAPABILITIES**

| | | | |
|---|---|---|---|
| Knowledge | 5 | Efficiency | 2 — Did not turn in worksheets until |
| Attitude | 2.5 — It was "1" at the start and "4" at the end. | Teaching ability | 4 — It was too late to get credit for his work |
| Rate of learning and ability to learn | 5 | | |

Additional comments, either specifically related to the items listed above, or generally:

_See over. Overall I rate him a 3 - barely satisfactory._

Signed _David N. Osser_ M.D.

Please print name _DAVID OSSER, MD_

3.4

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0131

①

Raj is one of our brightest and most capable residents with an established track record as an investigator and academician. He showed several strengths here — good rapport and ability to engage a patient psychotherapeutically (note attached from patient documenting this), good ability to write up his cases clearly, coherently, with good psychiatric diagnosis. But then, there were 4 problem areas I need to note:

①   He didn't cooperate at all for the first two weeks, didn't work up assigned patients (didn't inform patient or staff that he didn't follow through) until we had an extended discussion about his lack of respect for my "approach" which was "not evidence based". This was clarified and he stated he was satisfied that he could learn a lot here. It coincided with a general self-examination he was going through about whether to stay in the residency. Evidently he made a positive commitment at that point and starting with week 3 he seemed motivated and productive. But during my 3 weeks of leave in August he was supposed to attend team meetings and make himself available during his usual REACH hours and staff reported to me that he was not there. In addition, he apparently never met with the supervisor he was assigned for his case of short term CBT. He did meet with the patient regularly (weekly for 5 weeks) and the patient liked him (attached note). But Raj said he met with the supervisor Barbara Gormley once and decided she was inexperienced and had nothing to offer so he didn't see her again. I discussed this with his supervisor Jim Curren and he and she insist he never met with her, every once. Confronting Raj on this produced an assertion that he did meet with her. No matter how you look at it, his disrespect for a colleague here is again very problematic. Ms. Gormley, by the way, is a somewhat older trainee, with more gray hair than

(12)

Raj and she has had lots of experience with CBT. Dr. Curran
He's asked me to convey his concern that a client here was
being treated without supervision.

(6) A second area of concern is Raj's assessments of medical
issues with the cases I assigned him. On 2 of his 4 cases
he evidently failed to look at the patients history/physical
and medical problem list. In his own note, he said there
were no medical problems. However, in one case the patient
had glaucoma and was receiving a topical beta blocker. In the
second case the patient had a triglyceride level of >600 on
admission to REACH. The patient is on valproate, which Raj
continued. VPA can increase triglycerides. Even if Raj
didn't know that, he should have listed this abnormal lab
in his workup where I could have noticed it and told him
about the risk. I discussed these cases with Raj. He said
that at the time he had many new patients and could not
get to checking all their labs. That's fine, but he should
say in his note "will check labs later," rather than "no
medical problems".
      There were other concerns about his not knowing what
was in the patients' records. I have an email from Dr. Curran
in which he complained that Raj's treatment plan in a
progress note stressed the need for individual therapy.
But at that point he was in therapy and had had 5 sessions
with one of our psychology interns. Clearly he wasn't reading
the record.

(8) Another problem I noted was one case where he made a
medication change contradicting his plan expressed in his
previous note, and did not write a note about it. None of
his subsequent notes mentioned the change. When I look over
care of the patient, the patient told me what he was on
and it was different from the notes. But, checking the
order sheet confirmed that Raj did make that change
(notes said Serzone was stopped but later he restarted it). This may
seem minor but he only had a few cases here and I put a
big stress on documenting the rationale for all medication decisions.

BRM0133

③

*They were past the deadline for getting credit*

④ The last issue was that Dr. B. turned in all his workload sheets ~~and~~ weeks after completing his time in REACH. They're supposed to be done within a few days of each visit. As a result, we did not get credit for any of Raj's work here. To my recollection this has never happened with any other REACH resident. Raj said he didn't realize the timing was important but I believe I stressed that: he says I didn't.

In summary I was prepared, at the last supervision, to say that Raj had made a turnaround in REACH and was doing good work. But in the next few weeks, I was made aware of the above problem behaviors and careless, rushed work and I felt that he should not get a passing grade. Then I met with him and discussed all of the above. His attitude was appropriately concerned, apologetic, not so defensive as he had been in July. I believe that he sincerely intends to use this feedback to improve his performance in future rotations. I have alerted Jim Levitt to watch out for his thoroughness of review of medical issues and documentation of followup. Accordingly I am giving him an overall passing grade of 3.

David N. Osser MD

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _DR RAJENDRA BADGAIYAN_   PGY _III_

Service _Psychiatry_   From _3/1/02_   To _4/30/02_

In-patient? _____   Ambulatory Care? _✓_   Name of Clinic _EMERGENCY PSYCH._

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 5 | Thoroughness of follow-up | 4 |
| Physical exam | N.O. | Use of lab + other dx. tests | N.O. |
| Mental status exam | 5 | Doctor/patient relations | 4 |
| Problem formulation | 5 | Relations with families | N.O. |
| Record keeping | 4 | Relations with peers | 4 |
| Initial plans | 5 | Relations with other staff | 4 |

## CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 5 | Efficiency | 4 |
| Attitude | 4 | Teaching ability | 5 |

Rate of learning and ability to learn _5_

Additional comments, either specifically related to the items listed above, or generally:

Dr. Badgaiyan did a good job during his triage rotation. He helped in any way that was requested of him.

Signed _[signature]_   M.D.

Please print name _John Levittus_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0135

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows: 1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee _Dr Rajendra Badgaiyan_ PGY _III_

Service _PSYCHIATRY_ From _7/1/2001_ To _6/30/2002_

In-patient? _____ Ambulatory Care? _____ Name of Clinic _MENTAL HEALTH CLINIC_

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | 5 | Thoroughness of follow-up | 4 |
| Physical exam | N.o. | Use of lab + other dx. tests | N.o. |
| Mental status exam | 5 | Doctor/patient relations | 4 |
| Problem formulation | 5 | Relations with families | N.o. |
| Record keeping | 4 | Relations with peers | 4 |
| Initial plans | 5 | Relations with other staff | 4 |

## CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | 5 | Efficiency | 4 |
| Attitude | 4 | Teaching ability | 5 |

Rate of learning and ability to learn _5_

Additional comments, either specifically related to the items listed above, or generally: Dr. Badgaiyan is a quick learner and is able to summarize case histories with considerable skill. His background in neuroscience/cognition is an asset in terms of his understanding them issues in his patients.

Signed _Tony Levitt, MD_ M.D.

Please print name _Tony Levitt, MD_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0136

APR. 24. 2002d 2:12PM PSYBOYLSTON CONS CTR . 508-895-8181          NO. 471   P. 7/7

# HARVARD SOUTH SHORE
## PSYCHIATRY RESIDENCY TRAINING PROGRAM

### PRECEPTOR EVALUATION OF TRAINEE

Feedback is essential if our trainees are to improve their clinical skills. Please complete one of these forms for each psychiatric trainee who rotated through your service. Please be as explicit as possible in your answers. These evaluations will be available for review by both the trainees and the committee which certifies the trainees' clinical competence for the American Board of Psychiatry and Neurology.

Please rank skills as follows:  1 = unsatisfactory; 2 = marginal; 3 = satisfactory; 4 = good; 5 = outstanding; N.O. = not observed.

Name of Trainee  _Dr. Badgaiyan_                                    PGY _III_

Service  _Medical Psychiatry_          From _1/1/2002_  To _2/28/2002_

In-patient? _full day_  Ambulatory Care? _____   Name of Clinic _____

## PERFORMANCE

| | | | |
|---|---|---|---|
| History taking | _4_ | Thoroughness of follow-up | _4_ |
| Physical exam | _N/A_ | Use of lab + other dx. tests | _4_ |
| Mental status exam | _4_ | Doctor/patient relations | _3_ |
| Problem formulation | _4_ | Relations with families | _4_ |
| Record keeping | _4_ | Relations with peers | _3-_ |
| Initial plans | _4_ | Relations with other staff | _3+_ |

## CAPABILITIES

| | | | |
|---|---|---|---|
| Knowledge | _4_ | Efficiency | _4_ |
| Attitude | _3_ | Teaching ability | _4_ |

Rate of learning and ability to learn _4_

Additional comments, either specifically related to the items listed above, or generally:
Dr. Badgaiyan had difficulty working with the team but improved in this area over the rotation. His major interest is in research + academics almost to the exclusion of clinical priorities: complex psychiatric assessments. He needs to improve his focus in this regard + has the ability to do so.

Signed _M Mufson_    M.D.

Please print name  _M Mufson_

Please return to Grace J. Mushrush, M.D., Assistant Chief of Psychiatry for Education and Director of Psychiatric Residency Training at Brockton VA Medical Center (116A7).

BRM0137