UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAJENDA BADGAIYAN, M.D., <br>        Plaintiff <br><br> v. <br><br> ANTHONY J. PRINCIPI, PRESIDENT <br> AND FELLOWS OF HARVARD <br> COLLEGE, AND <br> GRACE MUSHRUSH, M.D., <br>        Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 04-12031-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION of **AAFAQUE AKHTER, M.D.**, a

witness called by counsel on behalf of the Plaintiff,

pursuant to the applicable provisions of the Federal

Rules of Civil Procedure, before Leonard Allan Cormier, a

Notary Public in and for the Commonwealth of

Massachusetts, at the Law Offices of Weston, Patrick,

Willard & Redding, on Friday, May 19, 2006, commencing at

11:15 a.m.

JOAN R. DUNNE
COURT REPORTER
28 SONNING ROAD
BEVERLY, MASSACHUSETTS  01915
(978) 927-2678

11

1       I was in tears.  I was literally crying.

2   Q   What did you do then?

3   A   Then I went to Dr. Mushrush.

4   Q   How soon after the meeting with Dr. Alexander did

5       you go to see Dr. Mushrush?

6   A   It was not easy to meet Dr. Mushrush.  And then I

7       -- I think it was after a few months, because we

8       have a very busy schedule.  We used to run around.

9       And moreover, what I thought that in my evaluation

10      done by Dr. Alexander, mailed to her and mailed to

11      me, and in that evaluation he had mentioned that

12      he was more severe than needed at one point.  So,

13      I thought that probably Dr. Mushrush herself will

14      speak to me about it and speak to him about it.

15              I waited for a while before I spoke

16      to her.  I exactly don't remember when I met Dr.

17      Mushrush.  But I remember the meeting, and I

18      explained to her that what had happened.

19              And during the discussion, at one

20      point, she said that a lot of American doctors

21      don't like confident Indians.  And it was very

22      shocking for me, so I tried to work around.  And I

23      said, "Why do you think that a lot of American

24      doctors don't like confident Indians?"  And she

27

1   A    No.  I don't remember it.

2   Q    So, the answer is no, he did not discuss with you

3        some of the problems he was having at the Brockton

4        VA?

5   A    I don't recollect.  In my recollection, I would

6        say no.  Yes.  I don't think so.

7                         I don't remember.  He might have.  He

8        might not have.  But there is nothing which pops

9        out and is stuck in my head.

10  Q    Are you aware of Dr. Badgaiyan's present medical

11       licensure, whether he's licensed to practice

12       medicine, that is?

13  A    Yeah.  I think that that was -- he told me that he

14       decided to file the case when his license was not

15       approved because of something has been written by

16       Dr. Mushrush that he was on probation, and he

17       believes he was not on probation.  And that was

18       the problem.  And his license has not been

19       approved.

20  Q    When did you have the discussion about his

21       license?

22  A    I think after when he called me that if I am

23       willing to testify.  And I said, "What other

24       charges have you filed?  Why did you file?"  And

35

1   A   And she said it in a very nice way, to be honest.

2       I think it was a nice advice from her side.

3   Q   Did you contact anyone again at Harvard about the

4       situation?

5   A   No.

6   Q   You indicated that after you left the Brockton VA

7       Residency Program, that you filed a formal

8       complaint with the VA?

9   A   Yes.

10  Q   Did you contact Harvard about that complaint?

11  A   No.

12  Q   In that complaint to the VA, you've indicated that

13      you complained about Dr. Alexander's treatment?

14  A   Yes.

15  Q   Did you complain about anyone else?

16  A   No.

17  Q   Doctor, you described a conversation you had with

18      a resident who you've described as Pakistani

19      shortly after September 11, 2001.

20  A   Yes.

21  Q   What is the name of that person?

22  A   I don't remember his name.  There's so many

23      residents come and go.  I don't remember that.

24  Q   Thank you.

40

1　Q　I'm just asking a question.  You do, Doctor?

2　A　No.

3　Q　Okay.  Now, with regard to your complaint that you

4　　　filed after you left the Residency Program, did

5　　　you identify anyone within that complaint, other

6　　　than Dr. Alexander --

7　A　No.

8　Q　Let me finish the question.

9　　　　　　　　　-- that potentially, according to

10　　　your allegations, discriminated against you based

11　　　on your national origin?

12　A　Dr. Alexander.

13　Q　That's it?

14　A　That's it.

15　Q　Did you make any mention of Dr. Mushrush in that

16　　　complaint?

17　A　She was the director, so she was involved.  But I

18　　　didn't file a complaint against her.

19　Q　Did you make any allegations within the complaint

20　　　that she somehow discriminated against you based

21　　　on your national origin?

22　A　No.

23　Q　Is there anyone else that you know of that can

24　　　give us some further information about the types