# COPY

1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


RAJENDRA D. BADGAIYAN, M.D.,
PLAINTIFF

-VS-                          NO. 0412031-JLT

ANTHONY J. PRINCIPI, Secretary
Department of Veterans' Affairs;
President and Fellows of Harvard College
and GRACE J. MUSHRUSH, M.D.,
DEFENDANTS


DEPOSITION of GRACE J. MUSHRUSH, M.D.,

taken pursuant to Federal Rules of Civil

Procedure before Deborah C. Ashton, Shorthand

Reporter and Notary Public within and for the

Commonwealth of Massachusetts, at the

Law Office of Paul H. Merry, 50 Congress Street,

Boston, Massachusetts, on Thursday, February 23,

2006, commencing at 10 a.m.


COMMONWEALTH COURT REPORTING
29 Garfield Avenue
Hyde Park, Massachusetts 02136
(617) 364-5865

8

1   Q   And it's Grace, G-R-A-C-E; is that correct?

2   A   Correct.

3   Q   Can you tell me what you did to get ready for

4       the deposition today?

5   A   I had a good night's rest.

6   Q   Did you look over any documents?

7   A   I looked over some dates to get his training

8       dates correct in my head.

9   Q   And where were those dates?

10  A   Pardon?

11  Q   Where did you find those dates when you looked

12      them over?

13  A   Oh, I looked them over in his record.

14  Q   What record is that?

15  A   His training record.

16  Q   And where did you find that training record?

17  A   Where did I find it?  I found it in the file

18      at work.

19  Q   And how were the dates presented in that

20      record?

21  A   I don't understand the question.

22  Q   Is there like a time table for residents about

23      different stages they're going through?  I

24      know nothing about psychiatric residency

9

1       training.

2   A   It's a four-year training program and there is

3       a start date and personnel action as to the

4       start.

5   Q   And you said you found that in a file.  Can

6       you tell me where that file is?

7   A   We keep the files in the file room at work.

8   Q   And is that at 940 Belmont Street?

9   A   Yes.

10  Q   Is there another name for that site?

11  A   It's the V.A. Hospital -- Let me state it

12      correctly.  It's the V.A. Hospital Care System

13      Brockton Campus. We had some mergers and

14      changes.

15  Q   Did you look at any other documents besides

16      Doctor Badgaiyan's training file?

17  A   No.

18  Q   Did you talk with anyone about the deposition

19      today?

20  A   No -- Oh, I talked to Ray that it was

21      happening and where it was.

22  Q   I'm not asking for communications you had with

23      your attorney -- and there are two attorneys

24      in the room.  Which one represents you or do

1       Psychoanalytic Institute?

2   A   It's not a defined course of training.  It's a

3       group of courses and then you have to have a

4       personal analysis and then you have to finish

5       working with three patients and sometimes it's

6       very difficult to get patients so it could

7       take a long time.

8   Q   Do you have any kind of certification when you

9       complete that?

10  A   Yes -- Well, not a certification, but a

11      Certificate of Completion.

12  Q   And do you recall when it was that you --

13      Strike that. Did you finish?

14  A   I finished in '91.

15  Q   I think you may have said that you've done

16      continuing education -- or if you didn't say

17      that, do you pursue continuing education in

18      your field?

19  A   Yes, it's required for a license.

20  Q   And how many hours a year is required for a

21      license?

22  A   I think it's 50. It might be 50 for two years,

23      but I always had more than I needed.

24  Q   And did the BPSI study satisfy that

14

1       requirement?

2  A   I can't remember when they put that

3       requirement into effect.  I may have completed

4       at BPSI before that requirement went into

5       effect.

6  Q   Can you describe for me what you've done in

7       the way of continued education to satisfy the

8       requirement?

9  A   I attend The American Psychiatric Association

10      every year and take courses there.  I attend

11      the Director of Residency Training Meeting

12      every year and take courses there.  I

13      sometimes attend the American Psychoanalytic

14      Association Meeting and receive lectures there

15      and presentations.

16          And there are other sort of

17      things throughout the year that carry CME.

18      Also our grand rounds carry CME as do a number

19      of other programs at the hospital.

20  Q   I'm sorry.  I didn't understand the words that

21      you said.  Grand rounds?

22  A   Yes.

23  Q   Who conducts those, by the way?

24  A   Pardon?

1   Q   Do you know who conducts the grand rounds?

2   A   Various different people. We have invited

3       speakers.

4   Q   Does grand rounds involve seeing patients or

5       does it involve listening to lectures -- or

6       something different?

7   A   We have quite a varied grand round.  The first

8       grand round is usually a lecture.  The second

9       grand round of the month is usually a

10      psychoanalytic case discussion.  The third

11      grand round is a series of lectures on

12      consultation liaison psychiatry. The fourth

13      grand round is variable.  The Chief Resident

14      is presenting their research work or a talk of

15      special interest to them this year as well as

16      some other sort of talks.

17  Q   Anything else that you do in the way of CME's?

18  A   Read.

19  Q   Why don't you tell me what publications you

20      routinely read and subscribe to and/or read?

21  A   American Psychiatric Association Journal.

22      Some other clinical journals that I receive.

23  Q   Do you recall the name of any of the other

24      journals?

1    and there are two Associate Professors and two

2    Assistant Professors.

3  Q  What were the other 22 people?

4  A  Instructors or -- Yes, I guess instructors.

5    There may have been one lecturer.

6  Q  Do the duties or functions vary depending on

7    the designation of assistant, associate, full

8    instructor or lecturer?

9  A  No, other than Doctor McCarley typically would

10    appoint.

11  Q  Was it Doctor McCarley that appointed you; do

12    you recall?

13  A  Yes -- Well, the local group, I guess, decides

14    on appointments and then recommends their

15    decisions to somebody at Harvard.  I don't

16    know who --

17        MR. FIELD: I think we need to

18    clarify.  This is an objection.  You need

19    to clarify whether or not they're being

20    appointed as faculty or being appointed as

21    V.A. employees.  That's not clear.

22        MR. MERRY: Well, my questions were

23    directed towards something that the witness

24    described as the Harvard Department of

31

1    Psychiatry at the V.A. and as I commented this

2    is a whole new world to me. I'll be happy to

3    direct a question that would perhaps address

4    what you just raised.

5    Q    Doctor Mushrush, we were talking a moment ago

6    about the Harvard Department of Psychiatry at

7    the Veterans Administration.  Do you know what

8    connection there is between that department

9    and Harvard University?

10   A    The Harvard Department of Psychiatry is part

11   of the medical school.

12   Q    And that's Harvard Medical School?

13   A    Yes -- or it's affiliated with the medical

14   school.

15   Q    Do you know the nature of the affiliation, by

16   any chance?

17   A    As nearly as I can tell, it's pretty loose.

18   There is a representative from the V.A. on the

19   Dean's Committee.

20   Q    The Dean's Committee at Harvard Medical

21   School?

22   A    Yes.

23   Q    Any other connection that you're aware of?

24   A    I know that there is an Executive Committee

33

1  A  The General Medical Education Office has an

2      agreement with both Harvard and B.U. to train

3      residents.  It's an affiliation agreement.

4  Q  Have you ever seen it?

5  A  I don't remember if I've ever seen it or not.

6      They generally keep it in the GME office.

7  Q  When you say they generally keep it, do you

8      know who "they" is that you're referring to?

9  A  The Associate Chief of Staff for Education and

10     his coordinator.

11  Q  And do you recall the name of that Associate

12     Chief of Staff for Education?

13  A  Then or now?

14  Q  During the time period 2000 to 2004?

15  A  Peter Tishler was just leaving and Fred Kanter

16     was just coming so it was in a bit of a flux.

17  Q  Kanter, you said?

18  A  Kanter, K-A-N-T-E-R.

19  Q  Does the Harvard Department of Psychiatry at

20     the V.A. have any offices on the Brockton

21     campus?

22  A  Doctor McCarley has an office and he has an

23     Administrative Assistant that works for him

24     and a fiscal person.

1    Q    And I have to tell you that I fear I'm

2         being -- my imagination is taking me away with

3         respect to the Mental Health Service Line.

4         That's not a telephone line, it's not a hot

5         line?

6    A    No, I should maybe explain about the V.A.

7         system.

8    Q    I'd be greatful for that.

9    A    It used to be that the V.A. Brockton was

10        independent when I first went there.  Then the

11        V.A. Brockton merged with the V.A. West

12        Roxbury and it became the Brockton/West

13        Roxbury.

14             Then it was decided by the V.A.

15        central office that there should be

16        regionalization and merges in the region.  So

17        now the V.A. Boston, the V.A. West Roxbury and

18        the V.A. Brockton plus a number of our patient

19        clinics constitute the V.A. Boston Healthcare

20        System and there are dual universities

21        involved in terms of -- B.U. is involved,

22        Harvard is involved and there's a title

23        involvement in Tufts.

24    Q    And I guess what I'm asking is what the Mental

40

1      changed, or operated or delivered?

2  A  Sure.

3  Q  Can you tell us what you recall?

4  A  Well, right now he's doing a neuro-science

5      seminar.  He had general oversight of the

6      running of it.  He didn't make a major policy

7      change without consulting about it.

8  Q  Did you consider him to be Harvard's spokesman

9      about these issues?

10  A  Yes.

11  Q  Now, you mentioned that you hold a Harvard

12      faculty appointment and I'm not trying to get

13      personal, so it's a completely innocent

14      question as to do you get compensated for that

15      position?

16  A  No, I don't.

17  Q  I have a lot more questions for you in this

18      area, but before I get too far away from my

19      original area, I need to ask you some more

20      background questions.

21  A  Okay.

22  Q  And I'm not entirely familiar with the way the

23      medical profession operates, but did your

24      internship at Albert Einstein --

55

1   A   Yes.  I'm sorry.

2   Q   Was there someone supervising you at the V.A.

3       in that capacity?

4   A   There was a Chief of Psychiatry there.

5   Q   Did that person -- Was that a Board Certified

6       psychiatrist at that time?

7   A   I don't know.  He was a psychiatrist.  I don't

8       know whether he ever bothered to get his

9       Board.  It was in fashion back then that it

10      was less to have your Board.  Now, it's

11      totally changed around.

12  Q   Only people who were trying to impress got

13      their Board; is that it?

14  A   I don't know exactly what was behind it.  It

15      was sort of part of the movement that people

16      were free and not bound by rules and things.

17  Q   Was that Chief of Psychiatry affiliated with

18      Harvard in any way?

19  A   I think he got a Harvard appointment.  I don't

20      know what it was, but I think it comes from

21      B.U. and he had been recruited to be Chief of

22      Psychiatry, so I'm sure he had a Harvard

23      appointment.  I don't know what it was.

24      Probably Clinical Professor or something.

68

1   Q   I suppose one thing that I'm particularly
2       curious about is -- Well, let's talk about the
3       program, if we might.  Can you describe for me
4       how it's structured and the programming?  I'm
5       talking about the Southshore Psychiatric
6       Residency Program.
7   A   It's structure --
8   Q   Again, I'm sorry to interrupt, but during the
9       time period January 1, 2000 to December 31,
10      2004.
11  A   It's always been a four-year program, although
12      we did sometimes accept people in the second
13      year.
14  Q   The first year is medical internship; is that
15      correct?
16  A   No, the first year can have up to six months
17      of psychiatry. Do you want to know what's in
18      it?
19  Q   I interrupted you twice, I'm sorry for that.
20      Please describe the program?
21  A   There were at that time four months of
22      inpatient psychiatry, two months of ambulatory
23      care psychiatry, two months of neurology,
24      some inpatient psychiatry and substance abuse

69

1      and emergency psychiatry.

2    Q   Any other topics covered?

3    A   General psychiatry and geriatric psychiatry.

4    Q   And how much time is devoted to each of those

5        topics, if you could tell me?

6    A   Four months in medicine, two months of

7        neurology, two months of ambulatory care and

8        different years we had varying months of

9        inpatient psychiatry.  Some years we had two

10       months of substance abuse, emergency

11       psychiatry, each being half time and some

12       years we had separate months for each of them.

13   Q   Is this program described anywhere in a

14       document or other format?

15   A   It's described in the ACGME application and

16       there are some descriptions, I believe, on the

17       Harvard website.  There's not much out there.

18       And there's a brief description, I believe, on

19       the V.A. website as well.

20            There used to be a green book that

21       described programs.  I think maybe FREIDA on

22       line now has a brief description and I don't

23       know where else it may be described.

24   Q   FREIDA, you said?

72

1           V.A. in Brockton?

2    A      No. There are some times that -- I mean, every

3           time they can have one or two suggestions in

4           the accreditation letter, but we have never

5           been put on probation and we got minimal --

6           They'd want us to maybe change the number of

7           residents or something, but it really wasn't a

8           significant comment.  They're called comments.

9    Q      Do you know if the ACGME rules have provisions

10          pertaining to discipline or expulsion of

11          residents?

12   A      Not any detailed rules, no. There are some

13          vague guidelines, but there are no strong

14          definite rules.

15   Q      So how do people get appointments as

16          instructors or professors in the program?

17   A      Doctor McCarley appoints them.

18   Q      Do people apply for these positions?

19   A      Yes.  They apply for Harvard academic

20          positions.  There's an application form.

21   Q      Is it a Harvard form?

22   A      I believe so.

23   Q      Have you ever seen it?

24   A      Yes.

73

1  Q   Do you know how that's available?

2  A   Mary Fairbanks has them and we got a few from

3      from her.

4  Q   Would you have them because the residents

5      think they might want to apply to be

6      instructors when they complete their

7      residency?

8  A   No, it's because people find it easier to

9      contact me than Mary, so they -- The new

10     person coming on, they probably contact us.

11 Q   And who is Mary, by the way?

12 A   She is Doctor McCarley's Administrative

13     Officer for Harvard -- Administrative

14     Assistant, I'm sorry.

15 Q   You don't happen to know who pays her salary,

16     do you?

17 A   No, I don't. I know she takes a little bit out

18     of the grant we have.  I don't know where the

19     major part of her salary comes from.

20 Q   How much of the program funding comes from

21     grants?

22 A   None.

23 Q   I'm sorry, I thought you said you had a grant

24     that paid for part of Mary Fairbanks --

1      somebody else until we get enough people and I

2      speak to the boss and he speaks to them.

3  Q   And the boss being?

4  A   Doctor Kaplan.

5  Q   Doctor Kaplan was in a different function than

6      Doctor McCarley was; is that correct?

7  A   Yes and no.  He's in the same function

8      vis-a-vis the V.A. as Doctor McCarley was, but

9      he's not in the same function vis-a-vis

10     Harvard.

11 Q   I hate to ask you this, but I ask you to

12     explain that to me?

13 A   Doctor McCarley was the V.A. Mental Service

14     Line Manager and Harvard Head. Doctor Kaplan

15     is now Director of Mental Service Line

16     Manager, but his primary academic appointment

17     is from B.U.

18 Q   I was going to ask you, is there a B.U.

19     psychiatry department at the V.A.?

20 A   I don't know.  Things are changing so rapdily

21     it's hard to know.  Dom Sorillo (ph.) was Head

22     of Psychiatry at B.U. and also head of Jamaica

23     Plain.

24              MR. FARQUHAR: I think he's asking

81

1      between 2000 and 2004.

2                  MR. MERRY: I was just about to add

3      that.

4                  MR. FARQUHAR: You don't have to

5      specify as of February 23, 2006.  I'm

6      thinking more of the time period January 1,

7      2000 to December 31, 2004.

8  A   There were both services there.  I can't say

9      whether there was an actual department for

10     B.U.  Certainly Dom would have been head of it

11     if there were.

12 Q   But there was no question there was a

13     department from Harvard?

14 A   Right. See, at that point Jamaica Plain was

15     separate from us and the B.U. contingent was

16     mostly up there and Harvard had West Roxbury

17     and Brockton.  But now they've opened it up so

18     both universities are more integrated.

19 Q   What's the Training Committee do?

20 A   The Training Committee does the day-to-day

21     stuff and reviews how residents are doing

22     dealing with ongoing problems as they come up.

23     Tries to deal with things at that level and

24     sort of supervises the Curriculum Committee.

1    evaluations it comes up there and we try to

2    figure out a remedial plan for them.

3         If somebody didn't show up when they

4    were supposed to be on-call then we talk about

5    that and what the reason is why and what needs

6    to be done.  If somebody is not coming to

7    the program then that could also come up

8    there.  New things that are implemented or

9    brainstormed are discussed at this committee

10   meeting.

11        The Chief Resident who meets with

12   the other residents gives a report on the

13   residency training meetings that he's had with

14   them and any problems that come up in that

15   context or anything that needs to be done.  We

16   discuss graduation.  We discuss whatever the

17   business of the day is.  We have ad hoc people

18   who come in to give reports on the curriculum.

19 Q  What kind of records are kept of the residents

20   who are in the program in terms of their

21   evaluations and performance?

22 A  First of all, in terms of their evaluations

23   and performance we keep the evaluations that

24   come back from attendants who run the various

1      rotations.  We also have some test results

2      from tests that are given by either the

3      attending or the oral exam that is given every

4      year.

5  Q   Anything else in the way of records maintained

6      on residents?

7  A   Yes, there are about six parts to the records.

8      There is the application, then there is the

9      V.A. paperwork starting and stopping and, you

10     know, whatever they call it.  I forget.  It

11     has a form number that comes from personnel

12     and says they started this date and ended this

13     date and they got this much money.

14             There is, of course, files for

15     special issues.  If somebody published

16     something we might have a copy of the reprint

17     in there or if there is a complaint from

18     somebody we might have the complaint in

19     there and then there is a formal evaluation

20     file.  There is a termination file that has

21     hopefully a copy of their certificate when

22     they finished the program and a letter saying

23     whether they satisfactorily completed it.

24             It's supposed to state whether they

88

1    contact.

2  Q    And those go in the resident's file that the

3    complaint is directed against?

4  A    A-hum.

5  Q    What kind of things get complained about?

6  A    If a resident is absent a lot from the

7    service.  If they aren't applying themselves.

8    If they've been a smart alec. Doctor Gurrera,

9    who is in charge of clinical programs at this

10    point, if something happens on the POD duty,

11    then the complaint goes to him and then he

12    sometimes deals with it directly with the

13    resident and sometimes he usually sends me a

14    carbon copy or whatever -- CC of the

15    complaint.

16  Q    And what is your practice with respect to

17    those complaints that come in -- and certainly

18    I hope there haven't been many?

19  A    I usually ask the resident to make some

20    comment about what happened.  Sometimes it is

21    said that there needs to be a larger committee

22    like with the Doctor Badgaiyan issue.  Like

23    Doctor Gurrera will have a meeting if it's a

24    really big issue or a meeting with the nurses

89

1       and the person that the complaint is about.

2   Q    Is anything else done?

3   A    Well, I'm sure Doctor McCarley hears about the

4       complaints because Ron meets with them -- or

5       Doctor McCarley did at that time.

6   Q    Who is Ron again, I'm sorry?

7   A    Ron Gurrera, who is in charge of the clinical

8       program, and depending on what the issue is

9       there may be some remediation applied or

10      required.

11   Q    What kind of remediation do you recall being

12      applied or required?

13   A    Apologies, doing evaluations over, doing extra

14      work, extending training -- whatever.

15   Q    What does the Promotions Committee do?

16   A    It essentially rubber-stamps the promotions

17      recommended by the Training Committee if there

18      has been no problem and it reviews the problem

19      cases.

20   Q    How many problem cases were there in 2002, if

21      you remember?

22   A    2002.  I think one.

23   Q    How about 2001, if you remember?

24   A    I can't remember who was there then.

101

1     substance abuse, emergency psychiatry,

2     community psychiatry and there may be a few

3     others.

4   Q  On what basis do residents select the

5     rotations they wish to participate in?

6   A  They don't select them.  I assign them because

7     they're required.

8   Q  There are some that are electives; are there

9     not?

10  A  They're usually the PGYIV year.  They may

11    select those.

12  Q  Is there more than one track within this

13    program?

14  A  Yes and no.  The ACGME has requirements that

15    are so strict that they jam-pack the first

16    three years.

17  Q  With required courses?

18  A  With required rotations.

19  Q  How do they identify or designate those

20    rotations?

21  A  What do you mean?  Child and adolescence, two

22    months.  Consultation liaison, two months.

23    Outpatient psychiatry, 12 months.

24  Q  12 months, you say?

123

1   Q   Would you ever consult with an Attending

2       concerning the evaluation the Attending gave

3       you with relation to a resident following a

4       rotation?

5   A   Yes.

6   Q   Can you describe that, please?

7   A   I don't know what you want me to describe

8       about it.

9   Q   Can you give any examples of information that

10      you might have gotten from an Attendant that

11      would prompt you to contact that Attendant to

12      get more information -- if that's ever

13      happened?

14  A   It doesn't happen as a routine thing.  If

15      somebody was running an evaluation that I

16      thought was too strong I might call and ask

17      them if they realize that they had flunked the

18      person.  When I was trying to do a remediation

19      case for Raj, I did contact the Attending at

20      McLean and ask if they would take him back

21      because he had not passed our patient rotation

22      up there and it seemed like the reason for

23      remediation would be to repeat the rotation.

24  Q   Who was the Attending at the McLean?

124

1   A   Sarah Bolton.

2   Q   Had you ever spoken to Sarah Bolton prior to

3       discussing Raj with her?

4   A   I have spoken to her about other things.

5       I hadn't spoken to her about Raj.

6   Q   Did you have any kind of social relationship

7       with Sarah Bolton?

8   A   No.

9   Q   And on what basis did you conclude that Raj

10      had flunked his rotation at McLean?

11   A   Their evaluation was a failing evaluation for

12      the CEC part of his rotation there.

13   Q   What does CEC stand for?

14   A   Clinical Evaluation Center, I think.

15   Q   So is there more than one evaluation people

16      get?

17   A   Pardon?

18   Q   Do people get more than one evaluation from a

19      rotation?

20   A   Not usually.

21   Q   The reason I ask is you mentioned the CEC

22      portion of his evaluation.

23   A   He did a month of inpatient at McLean and that

24      was fine.

137

1      think he was also on Taunton State.

2  Q   You said the reach rotation.  What does that

3      refer to?

4  A   It stands for rehabilitation something.  It's

5      a domiciliary program for homeless people who

6      have had a substance abuse problem and who are

7      willing to undergo rehab.

8  Q   When did you first meet Doctor Badgaiyan?

9           THE WITNESS: Did we meet --

10 A   Well, I can't ask him that.  I first heard

11     about him in '98 before October of '98, maybe

12     August or September of '98.

13 Q   And how did you happen to meet him on that

14     occasion?

15 A   Doctor McCarley referred him to me.

16 Q   Do you recall the terms of that referral?

17 A   Yes, Doctor McCarley said that Raj was an

18     excellent researcher and would there been a

19     place for him in the program.

20 Q   Do you recall how you responded?

21 A   I said, you know, "I'd be glad to consider

22     him."

23 Q   And when was the next time you had any contact

24     with Doctor Badgaiyan?

138

A    Well, there were a couple of issues. First of
all, he had finished medical school, I think,
in '86 or '83.  It was a long time prior to
this and it was our policy if somebody had
been out of medical school that long to have
them do a rotation on medicine to make sure
that they were up-to-date in their knowledge.

So the V.A. rules being as strict as
they are, we are not allowed to have an M.D.
on the premises who's not licensed.  So I had
to write a letter to the Dean, Dean Fedderman,
(ph.) and request permission to have Raj come
and be what would be called, I guess, a
clinical clerk on the medical service with
the thought that he was a prominent researcher
and we would be interested in having him in
the residency program; and Doctor Tishler and
I both signed the letter and we got a response
from Doctor Fedderman it was okay to do that.

Q    I think you said a name, Fedderman?

A    He was one of the Deans at Harvard. Because
he'd have to come in service as a clinical
clerk under Harvard's umbrella.

Q    Had you met him at that point -- Doctor

141

1        you got together with Doctor Badgaiyan once he

2        became a resident in the program?

3  A   When they're away on outside rotation I don't

4        get to see them that often, but, you know, my

5        door is open and the residents come in and out

6        and it's not that formal.

7  Q   Can you give us any estimate how often you

8        actually saw him during his residency?

9  A   His whole residency?

10  Q   Well, let's say the first year, October, 1999

11        to October 2000.

12  A   Maybe ten times or I would see him in the hall

13        too, so -- and at conferences and things so

14        there was more than that even.

15  Q   And can you provide an estimate or your best

16        recollection how often you saw him during his

17        PGYII year -- that would have been October,

18        2000, 2001?

19  A   Probably the same number of times.  Maybe more

20        because he was -- There would have been

21        evening clinic so I should have seen him every

22        week if he showed up.

23  Q   Do you have any recollection if he showed up

24        every week?

142

1   A   No, he didn't.

2   Q   How often did he show up?

3   A   I don't know.  I don't have a count.  He was

4       not there all the time, as you would have

5       expected him to be.

6   Q   Did you discuss that with him?

7   A   Yes.

8   Q   What did you say to him and what did he say to

9       you -- Strike that.  When was that discussion?

10  A   Probably I met him in the hall and we

11      discussed it or he would occasionally show up

12      and I would want him to be there every week.

13  Q   And do you recall what he said to you?

14  A   No, I don't recall what he said.  He was

15      working somewhere else or doing something.

16      At one point he said something about he

17      wouldn't come because he didn't like what I

18      said to him as a supervisor, that I wanted him

19      to see his patients and come every week and

20      come to the conference.  We had an hour

21      conference at the beginning of each clinic and

22      I wanted him to know it wasn't the end of the

23      clinic at that point, that he be there at the

24      beginning, that I wanted him to come and

145

1   A   No. The other residents certainly complained

2       about it -- "How come he can get away with it

3       when you make us be here?"

4   Q   Can you recall the names of any of the

5       residents that complained like that?

6   A   Most of them --

7             MR. FARQUHAR: The question actually

8       calls for you to think of some names.

9   Q   If you can?

10   A   I don't remember who was around at that

11      particular time. I just know the morale of the

12      program was going downhill because people felt

13      Raj was getting away with murder.

14   Q   Apart from people you specifically testified

15      complained about his failure to appear for the

16      evening clinic, can you give us the names of

17      any of the people that believed the morale was

18      going downhill because people thought that

19      Doctor Badgaiyan was getting away with murder?

20   A   Doctor Festin.

21   Q   Can you describe for me if at any point

22      questions or issues arose with relation to

23      Doctor Badgaiyan and his participation in the

24      Southshore Psychiatric Residency Program?

146

1  A    What do you mean?

2  Q    Well, you just described for me your own

3       reactions to his reported absences from the

4       evening clinic.  Were there any other issues

5       that arose with respect to Doctor Badgaiyan

6       apart from the evening clinic issue?

7  A    Yes, I would often get calls when he started a

8       rotation on the outside within the first week

9       or two from a supervisor that would call and

10      say, "What's going on with this guy?  He told

11      me he'd be here on Friday" or "He's not

12      interested in clinical work."

13 Q    Do you recall the names of any of the

14      individuals that called you like that?

15 A    Mike Mufson.

16 Q    Do you recall what institution he was

17      affiliated?

18 A    West Roxbury.

19 Q    Anybody else?

20 A    Somebody called me from Taunton.  I don't

21      remember who.

22 Q    Anybody else?

23 A    It seemed like every rotation and then I would

24      get calls from the other residents.

147

1       Sonia Kiota (ph.) sent me an email about

2       difficulty with Raj and his not being where he

3       was supposed to be. He didn't show up for call

4       one day and Doctor Naqui was upset about it.

5   Q   Do you know what institution he's affiliated

6       with?

7   A   He was a fellow resident at West Roxbury.   He

8       was the Chief Fellow at that point.

9   Q   Can you recall anyone else who raised any of

10      these issues about Doctor Badgaiyan?

11  A   I probably have a record of them somewhere.

12      It seemed like every time he started a

13      rotation I got calls.   I know that Sarah

14      Bolton was upset with him.

15  Q   How do you know that?

16  A   She told me.

17  Q   When did she tell you?

18  A   She told me on his evaluation and then she

19      subsequently wrote me a letter.   When I had

20      asked her whether he could come back, she

21      canvassed the faculty there to ask whether

22      they felt he could come back and she

23      enumerated her complaints against him.

24  Q   Do you know where that letter is?

157

1   Q   Well, you had made up his schedule so you knew
2       when he was going to be starting a new
3       rotation; didn't you?
4   A   A-hum, and there had been a difficulty in the
5       medical service.  He was assigned to the
6       medical service at West Roxbury during his
7       PGYI year and he had a woman resident and a
8       woman Attendant and he hadn't done whatever it
9       was he was supposed to do correctly and they
10      told him what orders he should write and how
11      he should take care of the patient and he left
12      the service without writing the order.
13              And Doctor Tishler got so upset
14      with him that he threw him off the service and
15      I had to find somewhere else to put Raj to do
16      medicine which wasn't as good as that
17      particular rotation.
18  Q   Were there any other incidents from his PGYI
19      year that came to your attention in
20      particular?
21  A   No, he was fairly cool there.
22  Q   And have you told us -- Strike that. Were
23      there any incidents that came to your
24      particular attention during his PGYIII year?

158

1  A    Let's see.  PGYIII would have started in

2       October.  I'm not sure about the date, but the

3       problem with evening clinic continued in his

4       PGYIII year.

5  Q    Were there any --

6  A    And Doctor Osser had difficulty with him on

7       the reach rotation. He didn't respect Doctor

8       Osser's opinion about things so he felt he

9       couldn't learn anything from Him there so

10      he wouldn't attend Doctor Osser's offering.

11      I think eventually they may have made some

12      peace, but it was pretty hairy there for a

13      while.

14 Q    Can you recall any specific events in

15      connection with Doctor Badgaiyan and Doctor

16      Osser?

17 A    No. Doctor Osser didn't give him a very good

18      evaluation and that, I guess, they were

19      arguing during some of the lectures that he

20      did go to.  Then there was something he didn't

21      do right on the reach rotation that Doctor

22      Osser was complaining about he didn't follow

23      through with.

24              He was supposed to pick up a

163

1      Swett how to deal with various things that

2      would happen and then they would speak to him

3      and get him to do whatever it was that was

4      needed. I'm sure I had conversations with

5      Doctor Gurrera because Doctor Gurrera was

6      feeding me complaints.

7 Q   Do you know how many of those complaints made

8      it into Doctor Badgaiyan's record or file?

9 A   At least five or six.

10 Q   Are there any other events or incidents

11      related to Doctor Badgaiyan's relationship

12      with the Harvard Southshore Psychiatric

13      Residency Program that you haven't told us

14      about during the entire time period that he

15      was associated?

16 A   What kind of things?

17 Q   The kind of things that you've been talking

18      about.  Anything that came to your attention

19      that you felt needed to be dealt with Doctor

20      Badgaiyan?

21 A   About the training program or about

22      interactions with other residents?

23 Q   Well, both.

24 A   Well, there were some other things that

164

1        happened, but I'm not sure they're relevant

2        here.

3    Q   Can you describe them? I understand that

4        you're concerned about the relevance, but --

5    A   Well, there was another resident who -- a

6        female resident -- who was very much enamored

7        with Doctor Badgaiyan and he broke up with her

8        and she began to pursue him in an almost

9        stalking fashion, going to his house and just

10       not giving him any peace.  I understand,

11       although I wasn't there, that she also came to

12       the ward and bothered him and he called my

13       Associate Training Director once to ask for

14       our help getting her off of being fixated on

15       him.

16            My Associate Training Director

17       called me and said, "Why don't you call him,"

18       he needed help and what could we do.  So I

19       called Raj to talk to him about it and he said

20       at that time -- You know, I suggested he get a

21       Restraining Order or something like that and

22       he said no, he didn't want to make any written

23       complaint against her. But this was the time

24       when he was having outrageously high blood

165

1       pressure.

2   Q   Do you recall when that was?

3   A   It was July or August of '03 -- '02, I think.

4       It was July or August just before he was to

5       finish the three-month -- Let's see.  It would

6       have been July or August of '02.

7   Q   Let the record reflect that you're looking

8       over a piece of paper?

9   A   I have the dates on here.

10  Q   Do you have an opinion about whether Doctor

11      Badgaiyan has any psychiatric conditions?

12  A   No, I don't. I know he was depressed at the

13      time and I sent him for a consult with Doctor

14      Salzman, who recommended an anti-depressant

15      and which Doctor Badgaiyan said he wasn't

16      going to take, I believe.

17  Q   Do you recall when that occurred?

18  A   Pardon?

19  Q   Do you recall when that consultation happened

20      or when you contacted Doctor Salzman on Doctor

21      Badgaiyan's behalf?

22  A   It was right before the blood pressure was an

23      issue.  So it must have been May or June of

24      that same year.

167

1      Registration of Medicine?

2 A   People are eligible for their license at

3      different times.  Foreign medical graduates

4      have to have 12 post-graduate years of

5      training in order to be eligible.  The Board

6      just requires one for American graduates and

7      then the applicants must have completed their

8      U.S. Exam III.  It comes in three parts.

9          So as soon as they get their

10     U.S III, then they apply for their license.

11     I suppose the applications are slightly more

12     numerous towards the end of the year because

13     they're already on a limited license and those

14     people who don't want to moonlight don't have

15     any reason to complete it until they're ready

16     to leave the program.

17 Q   And exactly what is it you have to do to

18     certify people?

19 A   Fill out a form.

20 Q   How many pages is the form?

21 A   I think it's two and then some people ask for

22     a recommendation.  The Board gives a form that

23     you have to have a licensed physician fill out

24     recommending you and a lot of residents give

168

1      me that as well to fill out.

2  Q   How long does it ordinarily take you to

3      complete the certification form?

4  A   Probably 15 minutes on a good day.

5  Q   And do you have any sense of what the ordinary

6      turn-around time for you is if it takes you

7      15 minutes to fill out -- I guess then it has

8      to sit there for a couple of days?

9  A   I have a tremendous amount of back-up and in

10     this particular case, I wanted to send the

11     form through our District Counsel.

12 Q   Why was that?

13 A   Because Raj had filed two grievances following

14     his finding out that he had to extend his

15     training.

16 Q   What grievances were those?

17 A   They were -- One with the V.A. and one with

18     the Massachusetts --

19 Q   Commission Against Discrimination?

20 A   Yes.

21 Q   Who is the District Counsel?

22 A   Mr. Lukey is the District Counsel and he

23     assigned Mr. Roseman to deal with this

24     situation.

177

1   Q    What other things may there have been, if you

2         recall?

3   A    Maybe complaints against him.

4   Q    And I'm going to ask that the record show when

5         I asked you how thick the file was, you held

6         up both hands and placed them to my estimation

7         probably ten inches apart.

8   A    Perhaps even more.

9   Q    But then you actually specified that the

10        portion that you actually sent was --

11   A    Because his application and all his CV and all

12        that from before wasn't relevant or his V.A.

13        when he started and stopped, et cetera, et

14        cetera.  A lot of the correspondence back and

15        forth to the Dean and all that wasn't really

16        relevant.

17   Q    Do you recall when you sent those papers to

18        The Board of Registration?

19   A    No, I don't know.

20   Q    Can you estimate how long after you provided

21        the original certification form?

22   A    Maybe a month.

23   Q    Are you aware of any residents in the program

24        between January 1, 2000 and December 31, 2004

183

1        additional time beyond the four years?

2    A   To be more precise, he was assigned to the

3        inpatient services I believe in July and

4        August or August and September; then October,

5        November and December he was assigned to work

6        one day a week only in the outpatient

7        department and then he did the rest of his

8        time on his research.  So this remediation

9        really was three months one day a week that he

10       was required to work.

11   Q   Do you recall ever suggesting to Attendings to

12       whom Raj was assigned about the way they

13       should evaluate him?

14   A   No. That's completely up to them, although I

15       did when I got all these phone calls.  I said,

16       "Don't tell me over the phone.  Put it in

17       writing if you have anything to say," because

18       I needed it in writing.

19   Q   Between January 1, 2000 and December 31, 2,004

20       how many residents failed to pass the oral

21       exam?

22   A   I don't know, quite a few.  Maybe not quite a

23       few, but there were a couple each year who

24       did, but they took it over and generally

184

1   passed, every single one.

2 Q Now, you testified that PGYI rotations include

3   frequently or usually, I guess, a medical

4   internship type element.  Are there gradations

5   in the rotations for the other years as well?

6 A What do you mean gradations?

7 Q Are there some rotations that PGYIII is

8   supposed to take that a PGYII is not really

9   quite ready for?

10 A Not really, but practically speaking, yes.

11   PGYI's at the beginning of the year are only

12   learning inpatient -- I think PGYII's the

13   beginning of the year are learning inpatient

14   psychiatry and I wouldn't want them working

15   outpatient other than under close supervision

16   and with just maybe one or two patients which

17   is what evening clinic was.

18 Q Do you recall mentioning to Doctor Meyer

19   anything about Doctor Badgaiyan's going to

20   England?

21 A I don't know if I mentioned it to him or not.

22   Doctor Badgaiyan did take a couple of weeks

23   off to go to England.

24 Q Do you have an opinion of Indian medical

193

1    care of residents in the Harvard Program

2    between January 1, 2000 and December 31, 2004?

3              MR. FIELD: Objection. Go ahead and

4    answer.

5  A   I don't know of any specifically.  There are

6    sometimes suicides.   I don't always hear

7    about them.

8  Q   Do you know how many died under the care of

9    Doctor Badgaiyan during that time period?

10 A   I don't know that any did.

11 Q   Do you recall how many days Doctor Badgaiyan

12    missed of the program on account of his

13    illness with blood pressure or whatever?

14 A   I think it was close to a month.  It may have

15    been three weeks and then he came in

16    part-time.

17 Q   Do you know how long he was there for

18    part-time?

19 A   It was sort of inconsistent. Some days he'd be

20    there part-time and some days full-time,

21    depending on how he felt, I think.

22 Q   And do you recall if there was a point at

23    which he was there full-time pretty regularly?

24 A   I think after the blood pressure got under

1          stuff at the store, things like that.

2     Q    Do you think that doing the website is

3          comparable to going to the store?

4     A    No, Raj volunteered to do the website and we

5          wanted him to finish it because he knew how to

6          do it and we didn't.  So we wanted him to

7          finish it -- although Doctor McCarley included

8          it on his recommendation to Raj that he finish

9          the website, he was never held to it and we

10         still don't have a website that's any good.

11    Q    Does the V.A. have any procedures for putting

12         people on probation in the graduate program?

13    A    No.

14    Q    Do you recall any conversations with Doctor

15         Mufson concerning Doctor Badgaiyan's

16         performance during his medical rotation, which

17         I assume is PGYI?

18    A    Not about his medical rotation, but his

19         medical psych consults.

20    Q    What did you tell Doctor Mufson about Doctor

21         Badgaiyan?

22    A    He called me up and asked, "What's going on

23         with this guy?  He's not here."  And then one

24         of the senior residents on this service wrote

197

1       this big complaint about Raj about how he

2       didn't show up at the time he was supposed to

3       be there and that he had a lot of complaints

4       about his behavior and attitude.

5   Q   Do you know if that complaint that you just

6       referred to is in the record?

7   A   I don't know.  I think so.  I don't know if

8       you have it, but I think Sonia Kiota --

9   Q   Do you know if any residents ever got less

10      than a 2.4 average on an evaluation that were

11      not failed for that rotation?

12  A   Not to my knowledge.

13  Q   Do you recall a resident named Martina -- and

14      I don't know if it's a first or last name?

15  A   A-hum.

16  Q   Can you tell me anything about her?

17  A   It's a he.  He's now attending clerk at the

18      Corrigan Mental Health Center.

19  Q   Corrigan, you say?

20  A   It's another one of our rotation sites.

21  Q   Do you know if any residents apart from Doctor

22      Badgaiyan had appointments at medical schools

23      at the Assistant Professor level during the

24      time period we've been talking about?

1  Q  And you are an employee of The United States

2     Veterans Administration; is that right?

3  A  That's correct.

4  Q  And the V.A. pays your checks?

5  A  That's correct.

6  Q  And you as an employee of the V.A. are

7     governed by certain rules and regulations that

8     V.A. employees have to follow?

9  A  Quite a few.

10 Q  And you also hold a faculty appointment at

11    Harvard Medical School?

12 A  That's right.

13 Q  Are you aware of any rules and regulations

14    governing your appointment as a faculty member

15    concurrent at Harvard Medical School?

16 A  Not really.  There are some issues about a

17    conflict of interest with regard to patterns

18    and things like that that we have to follow

19    and certain salary restrictions we have to

20    take, but that's it.

21 Q  Do you know where the Harvard Medical School

22    is located?

23 A  180 Longwood Ave., Boston.

24 Q  Do you have an office at the Harvard Medical

202

1       School?

2    A   No.  It would be nice, but I don't.

3    Q   Do you have occasion to be there to work?

4    A   No.

5    Q   You have a title of Director of the Southshore

6        V.A. Psychiatry Program; is that correct?

7    A   Harvard Southshore Psychiatry Residency

8        Program.

9    Q   Is that a title that's given to you by the

10       V.A.?

11   A   Yes.

12   Q   And does someone somewhere else at the V.A.

13       have to approve your appointment to that

14       title?

15   A   Yes.

16   Q   Or to that job, excuse me.  You've indicated

17       that there are other medical schools with

18       affiliations with the V.A.?

19   A   Yes.

20   Q   Specifically at the Brockton facility?

21   A   No, the affiliations are more central.

22       They're with the Associate Chief of Staff for

23       Education who runs the general medical

24       education office.

203

1  Q    And Boston University Medical School has such

2       an affiliation with the V.A.?

3  A    Yes.

4  Q    And does Boston University Medical School also

5       have residents on-site at various V.A.

6       hospitals in the Boston system?

7  A    Yes.

8  Q    You mentioned the term independent

9       accreditation in connection with the program

10      that you run?

11 A    Yes.

12 Q    What does that mean?

13 A    That means that our residents belong to the

14      V.A. and it's accredited with the V.A.

15      sponsoring hospital or the sponsoring

16      institution.

17 Q    Is there another term aside from independent

18      accreditation that is used?

19 A    Yes, there are two ways of having residents in

20      the V.A. One by disbursement agreement in

21      which the V.A. pays the medical school or

22      another hospital to have a residency program

23      and then the other hospital pays the

24      residents.  Our residents are paid on direct

1       lines from the V.A. central office except for

2       two who are paid through the state funding

3       that I mentioned earlier.

4  Q   You mentioned the term District Counsel.

5       Precisely as you can, can you tell me what the

6       title of that person is and who they work for

7       and what they do?

8  A   I think they work for the V.A. It's their job

9       to deal with anything legal that comes up

10      within the V.A. system and to investigate and

11      to provide advice or whatever.

12  Q  So is it your sense or your understanding that

13      there are government attorneys who represent

14      you in your capacity at the V.A. or at least

15      represent the V.A.?

16  A   I think they represent the V.A.

17  Q  And the training record that you mentioned

18      before, is that something that District

19      Counsel took control of at some point?

20  A   Not completely, but anything I had to send out

21      I had to send it to them.

22  Q  You mentioned Doctors Tishler, Kaplan and

23      McCarley as running the unit.  I believe you

24      called it the Mental Health Service Line?