COPY

VOLUME I
PAGES 1-66
EXHIBITS 1-7

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * *
RAJENDRA D. BADGAIYAN, M.D,

    Plaintiff,

v.

ANTHONY J. PRINCIPI, SECRETARY
DEPARTMENT OF VETERANS' AFFAIRS,
PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, and
GRACE J. MUSHRUSH, M.D.,

    Defendants.

* * * * * * * * * * * * * * * * *

    Deposition of **GRACE J. MUSHRUSH, M.D.**, taken on behalf of the Plaintiff, pursuant to Notice under the applicable Rules of the Massachusetts Rules of Civil Procedure, before Rochelle D. Baron, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Weston, Patrick, Willard & Redding, P.A., 84 State Street, Boston, Massachusetts on Monday, June 19, 2006, commencing at 10:15 a.m.

```
 1          Dr. Alexander as being somewhat of a
 2          concern to him?
 3    A     Being somewhat of?
 4    Q     Of a concern to him.
 5    A     No.
 6    Q     He said nothing to you about
 7          Dr. Alexander, his reluctance to be
 8          retested by Dr. Alexander?
 9    A     No, but I think I even told him that
10          it could be different examiners.
11    Q     Can you explain in your own words the
12          affiliation that exists between the
13          Brockton V.A. and Harvard Medical
14          School?
15    A     We have Harvard's name on our
16          residency training program and the
17          faculty have Harvard appointments.
18    Q     Do you know what "ACGME" is an acronym
19          for?
20    A     Yes.
21    Q     What is that?
22    A     Accreditation Council for Graduate
23          Medical Education.
24    Q     And what role does the ACGME play in
```

```
 1              marked as Exhibit No. 2?
 2                        [A copy of
 3                        Renewal
 4                        Application -
 5                        Limited License
 6                        was marked as
 7                        Mushrush Exhibit
 8                        No. 2 for
 9                        identification.]
10    Q    Before I hand this to you, one other
11         quick question.  Did you ever write to
12         Dr. Badgaiyan relative to his need to
13         retake the exam?  Is there a letter or
14         e-mail to that effect if you know?
15    A    I don't recall.
16    Q    If you take a look at this doctor.
17         It's been marked as Exhibit No. 2.
18                   [Witness looking at document.]
19    Q    Do you recognize that document,
20         Dr. Mushrush?
21    A    It's renewal application for a limited
22         license.
23    Q    And what is the purpose of a renewal
24         application for limited license?
```

| | | |
|---|---|---|
| 1 | A | A limited license is good only for one |
| 2 | | year. So it has to be renewed every |
| 3 | | year or a resident can't practice. |
| 4 | Q | Is there any portion of this form that |
| 5 | | you yourself filled in, Doctor? |
| 6 | A | My signature. |
| 7 | Q | What about the rest of Section B? |
| 8 | A | Section B, yes -- well, there's a |
| 9 | | checkmark and there's a date. |
| 10 | Q | Did you check off no in response to |
| 11 | | the question, has the physician been |
| 12 | | subject to past or pending |
| 13 | | disciplinary action in this program? |
| 14 | A | Yes. |
| 15 | Q | And what's the date of your signature? |
| 16 | A | 2/14/02. |
| 17 | Q | So that followed the July '01 e-mail |
| 18 | | placing Raj on probation, am I |
| 19 | | correct? |
| 20 | A | Yes. |
| 21 | Q | And was there a reason that you |
| 22 | | checked "no" to past or pending |
| 23 | | disciplinary action? |
| 24 | A | Well, there are grades of disciplinary |

1  action and not all of them get
2  reported to the board.  You know,
3  there are only the very serious ones
4  get reported to the board.  I didn't
5  consider his not having passed this
6  test as serious because there were a
7  number of people who hadn't passed it,
8  and I thought it was just -- it didn't
9  reflect -- it reflected more his
10 stubbornness and his attitude, and I
11 didn't think I wanted to at this point
12 make an issue with the board.
13         MR. BARRISON:  Mark this as
14 Exhibit No. 3.
15                    [A copy of
16                    Renewal
17                    Application -
18                    Limited License
19                    was marked as
20                    Mushrush Exhibit
21                    No. 3 for
22                    identification.]
23 Q  Would you take a moment to examine
24    what's been marked as Exhibit No. 3,

| | | |
|---|---|---|
| 1 | | and then I'm going to ask you if you |
| 2 | | recognize it? |
| 3 | | [Witness looking at document.] |
| 4 | Q | Do you recognize that document, |
| 5 | | Dr. Mushrush? |
| 6 | A | Yes. It's the same document a year |
| 7 | | later. |
| 8 | Q | A year later. And is it true as well |
| 9 | | then for Section B that's your |
| 10 | | signature, date, and a check in the |
| 11 | | box where "no" to the question, has |
| 12 | | the physician been subject to past or |
| 13 | | pending disciplinary action in this |
| 14 | | program? |
| 15 | A | Yes. |
| 16 | Q | And the reason that you checked "no," |
| 17 | | was that the same as you have |
| 18 | | explained for the initial renewal? |
| 19 | A | Yes. |
| 20 | Q | Would you agree that being placed on |
| 21 | | probation is a black mark on a |
| 22 | | resident or fellow's training at the |
| 23 | | Brockton V.A.? |
| 24 | A | It depends on what kind of probation. |

```
 1            MR. BARRISON:  Let me have
 2   this marked.  I think you're up to
 3   No. 4.
 4                     [A copy of
 5                      Postgraduate
 6                      Verification Form -
 7                      Page 2 was marked
 8                      as Mushrush
 9                      Exhibit No. 4 for
10                      identification.]
11   Q   You wanted to add something to that
12       exhibit?
13   A   I believe the second exhibit is after
14       he had done the extended training and
15       he was in his final year.  And so he
16       had already made -- the training
17       committee had asked him to do extended
18       training of three months.  And this
19       was after he had already done that.
20       So he was back, as far as I was
21       concerned, in good status.
22            MR. FARQUHAR:  Could we just
23       have the record reflect that the
24       deponent was pointing to Exhibit.
```

```
1         No. 3?
2              MR. BARRISON:  Certainly.
3         Thank you.
4    Q    Doctor, this has been marked as
5         Exhibit No. 4, and would you take a
6         peek at that, please?
7              [Witness looking at document.]
8    Q    Do you recognize Exhibit 4?
9    A    Yes.
10   Q    And what is it?
11   A    It's part of an application for
12        something.  It's part of his post-
13        graduation verification form from the
14        board.
15   Q    Is that your signature that appears on
16        Page 1 at the bottom?  Page 1, Doctor.
17   A    You're referring to this as Page 1 --
18   Q    Yes.
19   A    -- because it's labeled Page 2?  Yes.
20   Q    And the date of your signature is
21        given there as well?
22   A    2/24/04.
23   Q    So Dr. Badgaiyan would have finished
24        his training at the Brockton V.A. by
```

| | | |
|---|---|---|
| 1 | | then, am I right? |
| 2 | A | That's true. |
| 3 | Q | And the second page, can you briefly |
| 4 | | describe what Page 2 and 3 are of this |
| 5 | | exhibit? |
| 6 | A | It's an explanation to accompany the |
| 7 | | form. |
| 8 | Q | And that's your signature that appears |
| 9 | | at the end of the letter? |
| 10 | A | Right.  I guess you had to -- you had |
| 11 | | to explain anything that was labeled |
| 12 | | "no."  So these were referring to |
| 13 | | those answers. |
| 14 | Q | Specifically, it's referring, Doctor, |
| 15 | | to Question No. 2 on the first page, |
| 16 | | was the applicant ever placed on |
| 17 | | probation where the box for yes is |
| 18 | | checked off. |
| 19 | A | Uh-huh. |
| 20 | Q | Is that correct? |
| 21 | A | Yes. |
| 22 | Q | And you placed that checkmark under |
| 23 | | yes, am I right? |
| 24 | A | Yes -- wait a minute.  Yes, okay. |

| | | |
|---|---|---|
| 1 | | attending, head nurses, and me." Did |
| 2 | | I read your handwriting correctly? |
| 3 | A | Yes. |
| 4 | Q | Okay. Who were the women in authority |
| 5 | | with whom you report some difficulties |
| 6 | | with Raj? |
| 7 | A | During his first year, he was on the |
| 8 | | medical service and he had a woman |
| 9 | | resident and a woman attending. And |
| 10 | | they asked him to do certain things. |
| 11 | | They looked over his work and asked |
| 12 | | him to make certain corrections and do |
| 13 | | certain additions, and he left the |
| 14 | | service without doing that for the |
| 15 | | day. And they reported him to |
| 16 | | Dr. Peter Tishler who removed him from |
| 17 | | the medical service and wouldn't let |
| 18 | | him work there. |
| 19 | Q | Did you look into that incident |
| 20 | | yourself, Doctor? |
| 21 | A | No. |
| 22 | Q | And what led you to believe that it |
| 23 | | was the gender of the complaining |
| 24 | | parties that -- |

47

| | | |
|---|---|---|
| 1 | A | Because I saw a pattern that the |
| 2 | | female nurses complained, the failed |
| 3 | | rotation at McLean had a woman |
| 4 | | attending, Dr. Bolton, and he |
| 5 | | certainly wouldn't listen to me, and |
| 6 | | he would only listen when -- when |
| 7 | | Dr. Swett or Dr. McCarley told him to |
| 8 | | do something. |
| 9 | Q | How many rotations did Rajendra |
| 10 | | complete during his training at the |
| 11 | | Brockton V.A.? |
| 12 | A | Too numerous to count, I think. There |
| 13 | | were whatever the required rotations |
| 14 | | are. I mean I don't know what the |
| 15 | | number is. I'd have to sit down and |
| 16 | | count them up. |
| 17 | Q | How many supervisors would he have had |
| 18 | | during those rotations in total? |
| 19 | A | He would have had at least one |
| 20 | | preceptor for each rotation and |
| 21 | | sometimes more. |
| 22 | Q | Is it fair to say then that he is |
| 23 | | likely to have had women supervisors |
| 24 | | or preceptors in those rotations? |

61

| | | |
|---|---|---|
| 1 | | that was positive about Dr. Badgaiyan? |
| 2 | A | Yes.  There was one letter when he was |
| 3 | | on Dr. Osser's ward where he was |
| 4 | | working with a patient in a cognitive |
| 5 | | behavioral mode and the patient found |
| 6 | | that helpful.  I'm talking about his |
| 7 | | psychodynamic kind of.  My questions |
| 8 | | would be when he's working in the |
| 9 | | psychodynamic mode. |
| 10 | Q | Have there been doctors of Indian or |
| 11 | | Pakistani origin in the program during |
| 12 | | your tenure as the director of |
| 13 | | training? |
| 14 | A | Yes. |
| 15 | Q | Do you recall -- |
| 16 | A | Approximately one-eighth to one-fourth |
| 17 | | have been of those origins. |
| 18 | Q | And of that number, do you know how |
| 19 | | many are women and how many are men? |
| 20 | A | I'd say it was probably fairly mixed, |
| 21 | | maybe more men. |
| 22 | Q | Dr. Badgaiyan came in not at the usual |
| 23 | | start time in July, is that correct? |
| 24 | A | That's correct. |