March 5, 2003

Dear Ms Wilson,

In connection with my discrimination complaint against Dr Mushrush, the Program Director, VA Medical Center Brockton, I would request you to include following additional points:

1. To discredit and harass me, Dr Mushrush went to the extent of calling my preceptors/supervisor to suggest that I am not a good psychiatrist, and that they should 'fail' me in their rotations (I can provide names of the supervisors she talked to). This was despite the fact that in a nationally-conducted test, my performance was the best in my class.
2. She has been spreading lies that the patients do not like me, even though a number of patients have in writing appreciated my skill, compassion and knowledge.
3. To harass me, Dr Mushrush has been changing my schedule and rotations so frequently, and so abruptly that I have always been unsure about my training, both in terms of its duration and the quality. For example, in the two letters (Dated May 28, 2002 and October 4) that I attached with the complaint, outline two different schedules. In addition, in the last 10 days of June 2002, my schedule was changed, by emails and by telephone at least 4 times. The change in schedule included not only change in the rotation but also change in the duration of my training. One letter says that I will complete my training in October, while the other says that I will finish it in December. Since my new rotations were to begin on July 1, 2002, I was stressed out, not knowing what I would do, and when the schedule will be changed again. I was also not sure, when my training will finish. By doing this she violated the guidelines of the Accreditation Council of Graduate Medical Education, which are mandatory for an accredited program, and the VA has agreed to follow these guidelines.
4. To harass and intimidate me, Dr Mushrush told the residents (I can provide names) that she would never let me graduate.
5. Dr Mushrush insulted me publicly my referring to me as a 'bad boy' in a meeting in which all the residents of the program were present.
6. Dr Mushrush has put a number of adverse comments concerning my performance and personal attributes, in the letter dated May 28, 2002 (submitted), which are untrue and she has no evidence to substantiate them.
7. Dr Mushrush did not give me credit for an inpatient rotation in which my performance was judged to be outstanding (given 5 out of 5 points) by my supervisor. Further, I was asked to repeat rotations that I have passed with either 'very good' or 'outstanding' evaluations. As far as I know, no body in this training program or elsewhere, a person has been asked to repeat a rotation that he/she has passed. On the contrary, people that have failed their rotations were not asked to repeat by Dr Mushrush.
8. In September/October, 2002, when it was decided that I need a few days of additional training, instead of asking me to finish them by working every day, Dr Mushrush told me to work only one day a week (the letter of October 4 attached) with the intention of extending the period of my training.

Thank you.

Sincerely,

Rajendra D. Badgaiyan, MD

VA173