• mass.gov home • online services • state agencies


**BOARD OF REGISTRATION IN MEDICINE**

SEARCH - www.massmedboard.org


Thursday, 08/17/06 04:18PM

- Home
- Physician Profiles
- Consumer Information
- Physician Information

**Standing Committees:**
- Acupuncture
- Complaint Committee
- Data Repository
- Licensing Committee
- Patient Care Assessment

**Other Board Information:**
- Public Information
- Regulations & Policies
- Board Members
- Links
- Site Map

- Privacy Policy
- Contact

**Address:**
Commonwealth of Massachusetts
Board of Registration in Medicine
560 Harrison Avenue, Suite G-4
Boston, MA 02118
(617) 654-9800

Hours M-F: 8:45 a.m. to 5:00 p.m.

**Downloads:**
- Internet Explorer
- Netscape
- Adobe Acrobat (PDF)



## Welcome to the
### Commonwealth of Massachusetts Board of Registration in Medicine Online Services



Please click here to access the Proposed Regulations page.

### Mission Statement

The Board of Registration in Medicine was established in 1894. The Board consists of seven members, five physicians and two public members, who are appointed by the Governor for staggered three-year terms.

The overriding mission of the Board is to serve the public by striving to ensure that only qualified physicians are licensed to practice in the Commonwealth, to ensure that those physicians and health care institutions in which they practice provide to their patients a high standard of care, and to support an environment that maximizes the high quality of health care in Massachusetts.

The Board investigates complaints, holds hearings and determines sanctions. These functions are critical to protecting the public by ensuring that only competent physicians and acupuncturists are practicing in Massachusetts.

**Helpful Links**
- Online Physician Profiles
- Online Address Change
- Patient Complaint Process
- PCA Annual Report
- Online Physician Verifications
- Verification of State License
- License Status Changes
- Request for Licensing Documents
- Directions to the Board of Registration in Medicine

**News & Events**

2005 Annual Report
Click here

PCA Newsletters
Click here

Winter 2006 Board Newsletter
Click here

2005-2006 Renewal Information
Click here

NPI Information
Click here

May 2006
Hospital Benchmarking Performance Links
Click here

Consumer Advisory: Health Care Proxies
Click here

Mass Health Quality Partners Report on the Quality of Physician Networks in Massachusetts
Click here