UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANTHONY J. PRINCIPI, Secretary, )<br>Department of Veterans' Affairs; )<br>President and Fellows of )<br>HARVARD COLLEGE; and )<br>GRACE J. MUSHRUSH, M.D., )<br>)<br>Defendants )<br>) | C.A. No. 04-12031-JLT |

## ASSENTED TO MOTION FOR FINAL EXTENSION OF TIME FOR RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Rajendra D. Badgaiyan, M.D., with the assent of the defendants, and respectfully moves for a final extension, to December 31, 2006, for the filing of his Opposition to the Defendants' Motions for Summary Judgment.

As reasons, plaintiff's counsel needs the additional time to fully and properly respond to these potentially dispositive motions.

He has had to spend an inordinate amount of time dealing with issues relating to his elderly mother's failing health and difficulties in adapting to an assisted living facility in New Jersey.

This request is not being made for any purpose of delay and no further requests for extensions will be made.

Wherefore, the plaintiff moves for an extension of time, to December 31, 2006, 2006, by which to file his Opposition to the Defendants' Motions for Summary Judgment.

Respectfully submitted,
the plaintiff,
by his attorney:

/s/ Gregory R. Barison
-----------------------

        Gregory R. Barison
        BBO # 029340
        Weston Patrick, P.A.
        84 State Street / 11th Floor
        Boston, MA 02109
        (617) 742-9310 / fax: (617) 742-5734

Assented to:        President and Fellows of Harvard College

/s/ Daniel S. Field

_____
DANIEL S. FIELD, ESQ.
BBO # 560096
MORGAN, BROWN & JOY LLP
200 STATE STREET
BOSTON, MA 02109-2605

Anthony J. Principi, Secretary & Department of Veteran's Affairs & Grace Mushrush, M.D.

/s/ Rayford Farquhar

_____
RAYFORD FARQUHAR, ESQ.
ASSISTANT UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
JOHN. J. MOAKELY U.S. COURTHOUSE - STE 9200
ONE COURTHOUSE WAY
BOSTON, MA 02210

date: November 17, 2006