```
MailMan message for MUSHRUSH,GRACE J MD   PSYCHIATRIST
Printed at BOSTON.MED.VA.GOV   10 Jul 01 14:51
Subj: Your performance  [#34729795] 06 Jul 01 14:54   15 lines
From: MUSHRUSH,GRACE J MD  2 of 2 responses read.  In 'IN' basket.   Page 1
```

Dear Raj,
What course are you teaching at MGH?  Who gave you permission to be off the premises?

You failed your McLean Rotation and your oral exam.

Your behavior does not endear you to any of the faculty. How do you expect people to respond favorably to you when you announce upon arrival at each rotation that you dont care about clinical psychiatry and that you don't want to be on the rotation in the first place.

I have discussed your performance or lack thereof with the residency training committee and you are hereby placed on probation as you have not heeded our previous warnings about reshaping your behavior your attendance, and your performance.

1) Rajendra Badgaiyan <rajendra@wjh.harvard.edu>  Mon, 9 Jul 2001 16:05:33 -0400
70 lines
   Subj: Re: Your performance

Dear Dr Mushrush,

I do not want to be paranoid, but I do think that I am being unfairly targetted because of my academic activities. You mention that I failed McLean rotation, eventhough Dr Villa who observed my work at McLean for full month (taking independent care of dozens of patients) gave me an excellent evaluation. You believe one evaluation by someone who was one of 6 attendings in the CBC and who observed my evaluation of only 3 patients (incidently, in one case, we had different opinion about the plan and my plan was upheld by the insurance). You have also ignored the fact that in the last 2 years I was evaluated by about 20 attendings and almost all of them gave me a very good evaluation.

May be it is a coincidence, but in the oral examination, I was the only one who was given 15 min instead of 25 to conclude the interview (possibly because of a mistake) and was not given even a minute to organize myself before presenting the case. I am sure, you know, such events are unsettling for a candidate in the examination. On the top of it, I am not sure, if any body else in the oral examination got such a psychotic patient with a lot of circumstantialty and multiple psychiatric problems to evaluate and reach to a definite diagnosis in such a short time. I do not know where I wasted time in the interview, mainly because no faculty as ever conducted a de novo evaluation in limited time to teach us how to conduct an interview in such a restrictive situation.

As for my acadmic activities goes, first, I do not take classes at MGH and secondly, before I joined the program, I had made it clear that I will continue my academic activities during the training. I have been doing it by ensuring minimal disruption of clinical responsibiliities - by going an extra mile. Dr Festin and Dr Chang know that when I had to go to Boston during the day, I always made sure not to neglect my clinical responsibiliities and used to drive between Boston and Brockton 4 times s day, (spending 4-6 hours on the road) and used to stay until 9 pm. Also, to compensate, I never took a day off or called in sick in the last 2 years



EXHIBIT
Mushrush
1
6/19/06

BRM0148