<MUSHRUSH.GRACE_J_MD@BOSTON.MED.VA.GOV>, 3/21/02 4:07 PM -0500, PRI       1

Subject: PRITE EXAMINATION
Date: 21 Mar 2002 16:07:44 -0500 (EST)
From: <MUSHRUSH.GRACE_J_MD@BOSTON.MED.VA.GOV>
To: ALEXANDER.ROBERT_R_MD@BOSTON.MED.VA.GOV,
    CARTER.DALE_P_MD@BOSTON.MED.VA.GOV,
    DIZON.LUZ_EVANGELINE_MD@BOSTON.MED.VA.GOV,
    FESTIN.FE_ERLITA_D_MD@BOSTON.MED.VA.GOV, G.BRESIDENTS@BOSTON.MED.VA.GOV,
    MUSHRUSH.GRACE_J_MD@BOSTON.MED.VA.GOV, YIN.PAUL_MD@BOSTON.MED.VA.GOV,
    rajendra@wjh.harvard.edu
Status:  O

I am pleased to announce that Dr. Paul Weigle received the highest score
on global psychiatry and Dr. Samar Mahmood received the highest score on
global neurology.

For each residency year the highest scores were:

PGY IVI    Psychiatry- Quiajada:    Psychiatry - Quajada
           Neurology - Sassani

PGY III:   Psychiatry - Weigle
           Neurology - Borek

PGY II;    Psychiatry - Badgaiyan
           Neurology - Radisic

PGY  I:    Psychiatry - Frank
           Neurology- Mahmood
\
The six residents scoring highest in psychiatry in the whole
program were:esidents
         Akhter, Badgaiyan, Borek, Quijada, Sassani, and Weigle.
   w
           Borek
         aiyan

           Sassani

Congratulations, however, we need to boost the entire percentile of
performance for our residents.  Hence, I will now require that you
prepare for this test.  The training committee will decide the cut off
score below which a resident would be subject to non-promotion.