Rajendra D. Badgaiyan, M.D.

226

1  medicine in this Commonwealth, correct?
2      A.  Yes.
3      Q.  And so it was your hope that this
4  information would never come to light with them,
5  correct?
6      A.  Which information?
7      Q.  This information regarding the official or
8  unofficial probation?
9      A.  I was never on probation.
10     Q.  The facts surrounding it you were hoping
11 would never come to light, correct?
12     A.  What facts?
13     Q.  The facts that related to Dr. Mushrush
14 believing that you were on probation?
15     A.  I don't know if she believed.
16     Q.  Well, she sent you an e-mail to that effect,
17 did she not?
18     A.  Yes, but then she also told me, Forget about
19 this e-mail, it's not official; and also she also
20 mentioned very specifically, and I think Dr. Swett,
21 in front of Dr. Swett that nothing will become of it
22 outside the training program.
23     Q.  So this is information that you believe had
24 no basis in fact and therefore should never be