

# Commonwealth of Massachusetts
## Board of Registration in Medicine

560 Harrison Avenue, G-4
Boston, Massachusetts 02118
(617) 654-9800

Enforcement Division Fax: (617) 451-9568
Legal Division Fax: (617) 357-8453
Licensing Division Fax: (617) 426-9358

# MEMORANDUM

TO:      Rajendra D. Badgaiyan, M.D.

FROM:    Rose M. Foss, Director of Licensing

DATE:    April 21, 2004

RE:      <u>Full License Application</u>

The Board of Registration in Medicine was informed on the postgraduate verification from the VA Medical Center (Harvard, South Shore) Psychiatry program that you were placed on probation.

On the full application supplement, you answered "no" to question # 1, "[s]ince your enrollment in college, have you been subject to any disciplinary action (see definition) at any academic institution?" Please complete an amended supplement and an explanation for failing to inform the Board that you were on probation in your training program. Additionally, you informed me that you had counseling. Please have the counselor/psychiatrist provide a letter with the dates of treatment, medications, diagnosis and prognosis. The completed supplement, explanation and letter from the counselor/psychiatrist should be sent directly to me.

Also, the completed evaluation from the VA Medical Center Psychiatry Residency Program Director, as we previously discussed, should be sent directly to me.

You may download the supplement form and the evaluation form at the Board's website at www.massmedboard.org. If you have any questions, I can be reached at the above listed telephone number.

Thank you.

Visit Our Website At: http://www.massmedboard.org

BRM0099