DEPOSITION of AAFAQUE AKHTER, M.D.    BSA XMAX(3/3)    MAY 19, 2006

### Page 9

(1) A   In Brockton VA.
(2) Q   What was the program, if any, that you entered at
(3)     the Brockton VA?
(4) A   That was the Harvard South Shore Psychiatric
(5)     Residency Program funded by the VA Administration
(6)     and Brockton VA.
(7) Q   Do you know the Plaintiff in this case, Rajenda
(8)     Badgaiyan?
(9) A   Yes.
(10) Q   How do you know him?
(11) A   I joined my residency in July of 2000. And after
(12)    a couple of months, I knew him because he was a
(13)    year ahead of my class.
(14) Q   How would you describe your relationship with Dr.
(15)    Badgaiyan?
(16) A   I would -- can say he's my colleague and
(17)    acquaintance. And I met him in the Residency
(18)    Program, so I knew him probably until mid-2002.
(19)    We used to do, you know, didactics together or
(20)    meet in the campuses. And a couple of times after
(21)    our graduation, I think, one time or two times
(22)    with a bunch of residents, we went to his place.
(23) Q   Do you know Grace Mushrush, M.D.?
(24) A   Yes.

### Page 10

(1) Q   How did you come to know her?
(2) A   She was our program director.
(3) Q   And for what period of time was she the program
(4)     director while you were in the psychiatric
(5)     training program at Brockton VA?
(6) A   The entire period. I started in July of 2000
(7)     until December of 2002.
(8) Q   Did Dr. Grace Mushrush ever say to you or in your
(9)     presence anything about Indian doctors?
(10) A   Yes.
(11) Q   Would you first please set the stage.
(12)         What were the circumstances in which
(13)    Dr. Mushrush said something about Indian doctors?
(14) A   It was already 2001. I was doing my in-patient
(15)    psychiatry rotation. And my supervisor at that
(16)    time was named Robert Alexander, Dr. Alexander.
(17)    He was the supervising physician in In-patient
(18)    Services. And I had a very hard time working with
(19)    him.
(20)         At one point during a clinical
(21)    discussion, he used very uncomfortable words that
(22)    even I think now I feel very uncomfortable, that
(23)    "You Indians are not even worth talking to. Leave
(24)    the office before I physically assault you." And

### Page 11

(1)     I was in tears. I was literally crying.
(2) Q   What did you do then?
(3) A   Then I went to Dr. Mushrush.
(4) Q   How soon after the meeting with Dr. Alexander did
(5)     you go to see Dr. Mushrush?
(6) A   It was not easy to meet Dr. Mushrush. And then I
(7)     -- I think it was after a few months, because we
(8)     have a very busy schedule. We used to run around.
(9)     And moreover, what I thought that in my evaluation
(10)    done by Dr. Alexander, mailed to her and mailed to
(11)    me, and in that evaluation he had mentioned that
(12)    he was more severe than needed at one point. So,
(13)    I thought that probably Dr. Mushrush herself will
(14)    speak to me about it and speak to him about it.
(15)         I waited for a while before I spoke
(16)    to her. I exactly don't remember when I met Dr.
(17)    Mushrush. But I remember the meeting, and I
(18)    explained to her that what had happened.
(19)         And during the discussion, at one
(20)    point, she said that a lot of American doctors
(21)    don't like confident Indians. And it was very
(22)    shocking for me, so I tried to work around. And I
(23)    said, "Why do you think that a lot of American
(24)    doctors don't like confident Indians?" And she

### Page 12

(1)     said -- and I thought that because, you know, Dr.
(2)     Alexander was not board-certified. His knowledge
(3)     of medicine, in my opinion, was not up to date.
(4)     So, we had a lot of clinical disagreements.
(5)         So, I said, "Do you think that the
(6)     people get intimidated by the knowledge of
(7)     people?" She said "No. They are very annoying.
(8)     They are very annoying. It's not that people get
(9)     intimidated. They are very annoying." And that
(10)    implied, in my opinion, that the Indians are very
(11)    annoying. They are very confident and annoying.
(12) Q   To your knowledge, did Dr. Mushrush ever speak to
(13)    Dr. Alexander about what ----
(14) A   She didn't tell me about it.
(15) Q   Did Dr. Alexander ever tell you that Dr. Mushrush
(16)    had spoken to him following your meeting with Dr.
(17)    Mushrush?
(18) A   No.
(19) Q   Had you told Dr. Mushrush the exact language that
(20)    Dr. Alexander had used?
(21) A   Yes. And she advised me that I should yell him
(22)    back. "If he yells at you, you yell him back. He
(23)    swears at you, you swear him back." I said, "That
(24)    is not the upbringing we had. In our culture, the