Page 9

1  A   Not about this probation, but there
2      were letters to him about the
       subsequent extension of his training,
       which would be equivalent to another
5      probation.
6  Q   Do you recall when your face-to-face
7      meeting with Raj took place prior to
8      your sending this e-mail?
9  A   I don't remember the exact dates but
10     after he took the oral exam and didn't
11     pass, that in itself would prohibit
12     him from going on to the next year
13     because it's one of the requirements
14     for progression that he have passed
15     his oral exam.  So it was sort of on
16     the -- on the face of it that he would
17     be on probation until he took the exam
18     over.  So I asked him to take the exam
19     over.  I tried to encourage him to
20     take it over.  He said no, we were
21     prejudiced against him, and he wasn't
22     going to take it over because the
23     results would be the same.  I
       disagreed with him, and I said he

Page 10

1      would need to take it over, and once
2      he took it over, he'd be off
3      probation.
4           [There was an interruption.]
5           THE WITNESS:  And passed he
6      would be off probation.
7  Q   And these communications again were
8      verbal face to face between you and
9      Raj, correct?
10 A   Right.
11 Q   So there were no letters on your
12     stationery advising Raj, A, that he
13     was formally placed on probation, is
14     that correct?
15 A   That's right.
16 Q   Was there any letter on your
17     stationery advising Raj that he was
18     off probation?
19 A   Not this time.  It took him over a
       year to take the test over.
   Q   And when he took the test over, he
22     passed?
23 A   Yes.
24 Q   And did you e-mail that probation is

Page 11

1      lifted?
2  A   We -- we discussed the results of the
3      test right then and there, and he knew
4      that at the time, yes.
5  Q   Who were the examiners on the second
6      test?
7  A   I was, Dr. Festin was, and Dr. Swett
8      was, Festin, F-e-s-t-i-n, and Swett,
9      Chester Swett, S-w-e-t-t.
10 Q   Who were the examiners on the first
11     time?
12 A   Dr. Festin and I and Dr. Alexander.
13 Q   Was there any reason that Dr. Alexander
14     did not participate in the second oral
15     examination of Raj?
16 A   Well, I'm not sure if he were
17     available that day.  Secondly,
18     Dr. Swett was chief -- chief of the
19     service at that point, and we just
20     thought it would be better -- a better
21     policy to have somebody higher up be
22     participating in the test because we
23     knew that Raj was upset about it.
24 Q   Were there any letters or prior

Page 12

1      e-mails to Raj stating that he was in
2      danger of getting placed on probation,
3      letters or e-mails?
4  A   There were a number of complaints
5      about him.  I don't know exactly when
6      they started but not really.  The not
7      taking the test was the bigee because
8      that was on our printed requirements
9      for progression and promotion.
10 Q   So is it fair to say -- and correct me
11     if I'm wrong -- is it fair to say then
12     that Raj never got a letter from you
13     saying you better do this, this, and
14     this, or you're in danger of being
15     placed on probation?
16 A   That's true.
17 Q   Did you send this e-mail that's been
18     marked as Exhibit 1 in a moment of
19     peak at Dr. Badgaiyan, Doctor?
20          MR. FARQUHAR:  I'm just going
21     to object to the phrasing "moment of
22     peak."  Would you just define that?
23 Q   Were you angry at Dr. Badgaiyan?  You
24     had learned that he was teaching a