MEMORANDUM OF AFFILIATION
SCHOOL OF MEDICINE AGREEMENT

BETWEEN DEPARTMENT OF VETERANS AFFAIRS (VA)
AND THE UNDERSIGNED SCHOOL OF MEDICINE

VA NETWORK:    NETWORK 1

VA TREATMENT FACILITY:    BROCKTON/WEST ROXBURY, MA

NAME OF SCHOOL OF MEDICINE:    HARVARD MEDICAL SCHOOL

This agreement, when duly executed and approved by the Department of Veterans Affairs (VA), authorizes VA, its Veterans Integrated Service Networks and the listed VA facilities, to affiliate with the university school of medicine for the academic purposes of enhanced patient care, education and research. VA and the affiliated school have a shared responsibility for the academic enterprise. The school accepts primary responsibility for integrated education programs conducted with VA; and VA retains full responsibility for the care of patients, including administrative and professional functions pertaining thereto. Responsibilities are to be shared as follows:

1. **The Medical School**
   a. Nominates membership for the VA Affiliation Partnership Council and its subcommittees; membership will include the Medical School Dean and senior faculty members from appropriate divisions of the medical school.
   b. Nominates faculty to serve as VA medical staff in the number and with qualifications agreed to by the school and VA.
   c. Through the VA facility Director and the medical staff, participates in the supervision of integrated academic programs at the VA. VA staff members who are also faculty members are responsible for student and house staff supervision for educational purposes but may delegate responsibility to non-faculty VA staff members under unusual circumstances.
   d. Nominates residents and fellows for academic programs operated jointly by VA and the affiliated school; residents and fellows shall have the qualifications agreed upon by the school and VA.
   e. Consults with the Director in medical school decisions such as strategic planning, program direction and budgets that may directly affect VA.

2. **Department of Veterans Affairs, its Veterans Integrated Service Networks and component VA facilities**
   a. Operate and manage the VA facility.
   b. VA treatment facilities or groups of treatment facilities as appropriate will establish an Affiliation Partnership Council made up of representatives of affiliated health professional schools. The Council will act as the strategic planning and coordination body for all academic matters involving VA and the affiliates, and will coordinate the tracking of measurable outcomes that emerge from reviews of the academic partnerships. The Council will inform VA of affiliate matters such as strategic planning, program direction or budgetary issues affecting VA. Topical or discipline specific subcommittees to address specific management or strategic interests may be developed as needed in collaboration with the academic and VA leadership to address specific management or strategic interests.

EXHIBIT 2

    c. Appoint qualified physicians, dentists, and other health care professionals, as appropriate, to full-time and regular part-time staff of the facility. Receives nominations from the Medical school Dean for faculty appointments to VA staff and welcomes medical school nominations for non-faculty staff positions. The appointed VA staff, including chiefs of service, are responsible to their immediate supervisors.
    d. Consider the attending and consulting staff and trainees for appointment who are nominated by the school.
    e. Cooperate with the medical school in the conduct of appropriate academic programs of education and research.

3. **Director, VA Health Care Facility (or equivalent title)**
    a. Is responsible for the operation of the facility
    b. cooperates with the Affiliation Partnership council and its subcommittees in the conduct of academic programs and the evaluation of participating individuals and groups.

4. **Chief of Staff, VA Health Care Facility (or equivalent title)**
    a. Is responsible to the Director for the professional health care operations covered by the affiliation agreement.
    b. Cooperates with the Affiliation Partnership Council and its subcommittees and the affiliated education institutions in the direction and conduct of academic programs.

5. **Chiefs of Services, VA Health Care Facility (or equivalent title)**
    a. Are responsible to their superiors in VA for the conduct of their services.
    b. With the assistance of the health care facility staff, and in cooperation with consulting and attending staff, assist faculty members in the supervision of the academic programs that are the subject of this agreement and are within their respective services.

6. **Full-time and Part-time VA Staff**
    a. Are responsible to their supervisors in VA for the discharge of their responsibilities.
    b. Participate in the academic programs within their respective services. Those staff with faculty appointments are responsible for the supervision of the education of students and house staff on their service, and may only delegate supervision in unusual circumstances to non-faculty staff. All VA staff who are delegated such supervision must be appropriately credentialed and privileged.

7. **Attending Staff**
    a. Are responsible to the respective chiefs of services while serving as attending physicians for the VA facility.
    b. May be full or part-time staff, consulting and attending, or without compensation.
    c. Accept responsibility for the proper care and treatment of patients in their charge, including the supervision of students and house staff.
    d. Cooperate in achieving the education and research objectives of the academic programs in which they participate.
    e. Hold faculty appointments in the medical school, or are outstanding members of the profession with equivalent professional qualifications acceptable to VA.

8. **Consultants**
   a. Are members of the faculty, have professorial rank or have equivalent professional qualifications acceptable to VA, and are subject to VA regulations concerning consultants.
   b. As representatives of the school, participate in and are responsible for the integrated academic programs of the affiliated VA health care facilities subject to current VA policy and regulations.
   c. Make available to the Director, Chief of Staff, and the appropriate chief of service the benefit of their professional advice and counsel.

## TERMS OF AGREEMENT

The affiliate university/school complies with Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, section 504 of the Rehabilitation Act of 1973, Title III of the Older Americans Amendments of 1975, the Americans with Disabilities Act of 1992, and all related regulations, and assures that it does not, and will not, discriminate against any person on the basis of race, color, sex, creed, national origin, age, or handicap under any program or activity receiving Federal financial assistance.

Nothing in this agreement is intended to be contrary to State or Federal laws. In the even of conflict between terms of this agreement and any applicable State or Federal Law, that State or Federal law will supersede the terms of this agreement. In the event of conflict between State and Federal law, Federal law will govern. When furnishing professional services covered by this agreement, protection of faculty members and students of the affiliated institutions from personal liability while at VA health care facilities will be that which is provided under the Federal Tort Claims Act, as implemented by 38 U.S.C. 7316. Nothing in this agreement grants to the educational institution or the Partnership Council any legal authority to exercise control over any VA program or facility. Ultimate responsibility for the control and operation of VA facilities and programs rests with VA.

Periodic reviews of academic programs and policies will be conducted as necessary under the auspices of VA's Chief Academic Affiliations Officer.

This agreement is in force until further notice; it may be terminated in writing at any time by mutual consent with due consideration of patient care and educational commitments, or by written notice by either party 6 months in advance of the next training experience.

_Joseph B. Martin_  9/11/97             _[signature]_  7/16/97
JOSEPH MARTIN, M.D., Ph.D.  (date)        MICHAEL M. LAWSON          (date)
Dean of the Faculty of Medicine           Medical Center Director
Harvard Medical School                    VA, Brockton/West Roxbury, MA

                    _[signature]_  9/26/97
                DENIS J. FITZGERALD, M.D., M.H.A.  (date)
                        Network Director
                  Department of Veterans Affairs

# HARVARD
## Department Of Psychiatry

Mission & Organization | Clinical Programs | Faculty Affairs | Research | Education & Training | Faculty

Home | Harvard Medical School

## EDUCATION & TRAINING

- Residency Training In General Psychiatry
- Residency Training In Child And Adolescent Psychiatry
- Internships In Clinical Psychology
- Research Training Programs
- Medical Student Education in Psychiatry
- Continuing Medical Education
- Harvard Review Of Psychiatry
- Calendar Of Educational Events

### Residency Training In General Psychiatry

- Cambridge Health Alliance Residency Training Program
- Harvard Longwood Psychiatry Residency Training Program
- Massachusetts General Hospital/McLean Hospital Adult Residency Training Program
- Harvard South Shore Adult Residency Training Program 
- Application for Residency Training in Adult Psychiatry

The Department of Psychiatry at Harvard Medical School coordinates the psychiatric resources of nine major teaching institutions dedicated to quality clinical services, innovative research, excellent medical education and comprehensive training. Its four psychiatric residencies are among the most respected programs in the United States, attracting the nation's top applicants.

Graduates of Harvard Psychiatry training programs are fully equipped for the practice of modern psychiatry integrating the most venerable traditional modalities with state-of-the-art treatment strategies.

The goals of adult psychiatric training encompass the comprehensive list of requirements delineated by the Psychiatry Residency Review Committee of the Accreditation Council for Graduate Medical Education (ACGME). Our training programs are committed to training psychiatric residents who:

- are competent in the early identification of psychiatric disorders in all age groups, their differential diagnoses by clinical and laboratory methods, and their treatment by the full range of available psychological, biological, behavioral and social techniques;
- are sophisticated about the major theories and viewpoints in psychiatry; understand the psychological, social, economic, ethnic, family and biological factors that influence development as well as psychiatric illnesses and treatments;
- have a strong sense of responsibility and respect for clients, a commitment to high ethical standards and to one's continuing professional development, and a commitment to inclusion of clients in treatment planning;
- can function in a sophisticated manner in the changing health care environment which emphasizes cost effectiveness of care; and
- have skills in collaborating, teaching and supervising other personnel such as providers of mental health, medical, forensic and social services in a variety of community and institutional settings.

## Cambridge Health Alliance Residency Training Program

At the Cambridge Health Alliance, we emphasize a biopsychosocial approach to the understanding of mental illness. We value psychotherapy and we have a deep and enduring commitment to teaching psychodynamic psychotherapy. Residents learn about psychodynamic principles both through didactics and close supervision throughout the residency. Our curriculum includes training in the use of major psychotherapies including psychopharmacology, cognitive-behavioral, time-limited, group, family, long term dynamic, and supportive therapies. The curriculum also has a strong biological psychiatry component that includes integrated lectures on neuroscience and a three year seminar focusing on the principles and practice of psychopharmacology.

During the Residency we stress a developmental point of view through didactics on human development and clinical work with children. Our goal is to enhance the understanding of adults and to provide basic skills in child psychiatry. Training is conducted with assistance from faculty of the Department's Child and Adolescent division.

Clinical and didactic education occurs in multidisciplinary settings in which there are training programs for a full range of mental health professionals. Interdisciplinary conferences have been developed for trainees in psychiatry, psychology, social work and psychiatric nursing.

A particular strength of our program is the patient population, which ranges from psychotic to reactive or neurotic and represents a wide range of ages, socioeconomic, and cultural backgrounds. Of equal importance, the training takes place within a comprehensive community mental health system. Residents work in a variety of settings, including inpatient, outpatient, partial hospital, emergency service and outreach, home visits, walk-in clinic, day treatment, social club, and linguistic minority clinics.

This comprehensive four year training program has 28-32 residents. The department serves as a popular training site for Harvard Medical students and offers specialized chief residency positions and a two-year psychotherapy fellowship. Our Adult program is certified and in good standing with the Accreditation Council for Graduate Medical Education.

Further information regarding the Cambridge Health Alliance/Cambridge Health Alliance Residency Training Program may be obtained by visiting http://www.challiance.org/depts/psyctraining/index.htm , or by contacting the Program Director: Marshall Forstein, M.D., Training Director, Adult Psychiatry, 1493 Cambridge St. Cambridge, MA 02139.
Telephone: (617) 665-1187.
Email: adpsychres@challiance.org.

▲ Back To Top

## Harvard Longwood Psychiatry Residency Training Program

The Harvard Longwood Psychiatry Training Program (HLPRTP) is a four-year

program in general psychiatry accredited by the Residency Review Committee of the Accreditation Council of Graduate Medical Education. It is sponsored by the Department of Psychiatry at Harvard Medical School and by three institutions--Beth Israel Deaconess Medical Center, Brigham and Women's/Faulkner Hospitals, and the Massachusetts Mental Health Center. Fifteen residents are accepted into each year of the program.

The program builds on the long and rich traditions of all the participating institutions. Two the hospitals, Beth Israel Hospital (now part of Beth Israel Deaconess Medical Center) and Massachusetts Mental Health Center each had their own residencies in psychiatry for many years before Harvard Longwood came into being in 1994. Brigham and Women's Hospital offered rotations, teachers, courses, and fellowships for residents in other Harvard programs for many years as well.

The residency is the result of years of planning by Harvard faculty members whose goal was to create a program that prepares leaders of psychiatry for the next century. The planners and leaders of this program recognize that psychiatry has changed considerably in recent years and that the health care delivery system will change dramatically in the next years. While tomorrow's leaders must be steeped in the traditions of psychiatry, they must also be sophisticated about recent advances in the basic and clinical sciences. They must be exposed to treatment settings that have not been a part of more traditional programs but are the sites where many of our patients will be treated in the next decades. Moreover, they must master the treatment modalities that will be of most help to our patients in both traditional and new treatment settings. The unique design of this program was recognized by the American College of Psychiatrists with its 1997 Award for Creativity in Psychiatric Education. Longwood institutions have rich traditions in research and clinical practice in the areas of psychodynamic psychiatry, the biological therapies, and the interface between psychiatry and the rest of medicine. There has also been a long-standing commitment to serve the disenfranchised mentally ill and to explore ways to improve services for patients treated in the public sector. HLPRTP is committed to continuing in this vein.

Further information regarding the program may be obtained at the Harvard Longwood Residency Training Program Web Site (www.harvardlongwoodpsychiatry.org) or by contacting: William E. Greenberg, M.D., Director Harvard Longwood Residency Training Program 330 Brookline Avenue Boston, MA 02215
Telephone: (617) 667-4766
Email: wgreenbe@caregroup.harvard.edu

▲ Back To Top

## Massachusetts General Hospital/McLean Hospital Adult Residency Training Program

The Massachusetts General Hospital/McLean Hospital Adult Residency Training Program in Psychiatry has been designed to prepare resident physicians for the practice of psychiatry in the 21st century. The program emphasizes

fundamental medical knowledge based on advances in clinical science and the growing contributions of basic and applied neurosciences. The core of each resident's education is extraordinarily rich in clinical experiences throughout the years of training. Each resident diagnoses and treats a broad range of patients along a continuum of care, in a variety of treatment settings. Residents learn the various roles of the modern psychiatrist - primary clinician, consultant, team-leader, and therapist - with direct and skilled supervision. Clinical work and intensive supervision are complemented by a comprehensive curriculum of didactic seminars, rounds, and case conferences. While there is a core of experience and information with which all psychiatrists should be familiar, residents also need individualized experiences to meet their needs and interests. Therefore, the training program encourages elective opportunities in all years of training, with an unusually broad range of opportunities by the PGYIV year, when all residents design their own individualized curriculum.

Further information regarding the program may be obtained at the MGH / McLean Adult Residency Training Program Web Site (www.mghmclean.org) or by contacting:
Kathy Sanders, M.D., Director
or Angela A. Byers, Training Coordinator
Department of Psychiatry
Massachusetts General Hospital
55 Fruit Street, Bullfinch 440 & 441
Boston, MA 02114
Telephone: (617) 726-9550
Fax: (617) 724-0308
Email: abyers@partners.org

▲ Back To Top

## Harvard South Shore Adult Residency Training Program

The Harvard South Shore Psychiatry Residency Training Program is the newest of the Harvard Psychiatry Training Programs. It is a four year program whose smaller size enables us to offer, within the ACGME requirements, considerable flexibility in training patterns including a special path for PhD's who are doing ongoing research.

Rotations to other metro-Boston Harvard teaching hospitals and to Harvard affiliated state and federal facilities on Boston's south shore, provide rich and varied experiences as the patients at each facility have their own cultural and socioeconomic backgrounds.

Graduates of the program are competent to diagnose and treat the full range of mental disorders and have had experience consulting with and supervising teams of other mental health professionals in an integrated managed care network as well as in more traditional treatment settings.

The HSS program aims to enable each trainee to develop an integrated biopsychosocial understanding of his/her patient's life and how the patient

came to be ill. This is accomplished through exposure to teaching of developmental, social, and psychological theories as well as through clinical experience and didactics in neuroscience and psychopharmacology.

Additional strengths of the program include: 1. A dedicated faculty of outstanding lecturers and clinical supervisors. 2. An excellent research staff who have ongoing projects in neuroimaging, neurophysiology, sleep, psychiatric epidemiology, genetics, schizophrenia, affective disorders, personality disorders and substance abuse. 3. A large and varied patient pool from which residents may choose patients to provide continuity of care over the four years of training. 4. Adequate, dedicated time to treat patients in psychotherapy.



For further information on the Harvard South Shore Program, please contact:
Grace J. Mushrush, M.D., Director or Louise Dombrowski, Program Coordinator
Harvard South Shore Residency Training Program 940 Belmont Street, 116A7
Brockton, MA 02401
Telephone: (508) 583-4500, ext. 2458 or 2456
Fax: (508) 895-0181
E-mail: harvsoshore@hms.harvard.edu

▲ Back To Top

## Application for Residency Training in Adult Psychiatry

The Harvard Psychiatry residency training programs use the Electronic Residency Application Service (ERAS) from the Association of American Medical Colleges (AAMC) for applications to our programs. General information about ERAS is available at the Association of American Medical Colleges (AAMC) Website (www.aamc.org/eras)

▲ Back To Top

*Department Of Psychiatry Harvard Medical School - 2 West - Room 305 - 401 Park Drive - Boston, MA 02215*