# The Harvard South Shore Psychiatry Residency Training Program
## VA Boston Healthcare System

Director
Grace J. Mushrush, M.D.
*Assistant Professor, Harvard*
*Department of Psychiatry*

Associate Director
Fe Erlita Festin, M.D.
*Instructor, Harvard*
*Department of Psychiatry*



VA Boston Healthcare System
Brockton Division
Psychiatry Education (116A7)
940 Belmont Street
Brockton, MA 02301
(508) 583-4500 x 2457/2456

Fax (508) 895-0181
grace_mushrush@hms.harvard.edu

June 5, 2004

Commonwealth of Massachusetts
Board of Registration in Medicine
560 Harrison Avenue, Suite #G-4
Boston, MA   02118

Attention: Ms. Rose Foss

Dear Ms. Foss:

This is in reply to your request for evaluations after 2003 for Rajendra Badgaiyan, M.D. who is applying for his permanent license.

Dr. Badgaiyan completed residency training at the end of 2003 and received his graduation certificate effective Dec. 31, 2003.   Dr. Badgaiyan spent his PGY IV year on the Dupont Warren Fellowship Award and was doing research on Neuroimaging and Memory.   We did not require a formal evaluation of his research work.   He did not have clinical responsibility under our direction during that time.(1/63 - 12/31/03) His mentor was Dr. Daniel Schacter, PhD, Professor of Psychology, Harvard University.

Yours truly,

*Grace J. Mushrush, MD*

Grace J. Mushrush, M.D.
Director of Psychiatry Residency Training and
Assistant Chief of Psychiatry for Education



EXHIBIT
Mushrush
6
sub 6/19/06



JUN - 8 2004

BRM0168