

| Mission & Organization | Clinical Programs | Faculty Affairs | Research | Education & Training | Faculty |

Home | Harvard Medical School

## EDUCATION & TRAINING

* Residency Training In General Psychiatry
* Residency Training In Child And Adolescent Psychiatry
* Internships In Clinical Psychology
* Research Training Programs
* Medical Student Education In Psychiatry
* Continuing Medical Education
* Harvard Review Of Psychiatry
* Calendar Of Educational Events

The Department of Psychiatry at Harvard Medical School coordinates the psychiatric resources of nine major teaching institutions dedicated to quality clinical services, innovative research, excellent medical education and comprehensive training. Its residency, internships and research fellowship programs are among the most respected programs in the United States, attracting the nation's top applicants.

The Department offers a wide range of training and educational opportunities. They comprise:

- Residency training in general psychiatry, child and adolescent psychiatry, and psychiatric sub-specialties
- Internships in clinical psychology
- Post-doctoral/post-residency research fellowships

Additional educational offerings include:

- Continuing Medical Education courses and conference series
- The publication of the Harvard Review of Psychiatry
- Clerkships, rotations, and research opportunities for students and professionals from the fields of medicine, psychology, neurosciences and cognitive sciences, social work, nursing, and allied disciplines

The Department has a solid tradition of training International Medical Graduates and is striving to diversify its educational constituency. Minority individuals, women and international graduates are encouraged to apply.

*Department Of Psychiatry Harvard Medical School - 2 West - Room 305 - 401 Park Drive - Boston, MA 02215*

 

| Mission & Organization | Clinical Programs | Faculty Affairs | Research | Education & Training | Faculty |

Home | Harvard Medical School

# CLINICAL PROGRAMS

The Department has over 1,700 faculty and 500 trainees across its nine participating sites, and has a full range of clinical programs including outpatient services, over 300 acute inpatient beds, holding/respite beds, emergency and crisis intervention programs, residential programs and day hospital programs. Services are delivered in a comprehensive, multidisciplinary, coordinated and cost efficient manner which meets the needs of patients, families and the community. Clinical programs are located at the following sites:

- Beth Israel Deaconess Medical Center
- Brigham & Women's Hospital
- The Cambridge Health Alliance
- Children's Hospital
- Judge Baker Children's Center
- Massachusetts General Hospital
- Massachusetts Mental Health Center
- McLean Hospital
- VA Boston Healthcare System

*Department Of Psychiatry Harvard Medical School - 2 West - Room 305 - 401 Park Drive - Boston, MA 02215*




| Mission & Organization | Clinical Programs | Faculty Affairs | Research | Education & Training | Faculty |

Home | Harvard Medical School

# EDUCATION & TRAINING

- *Residency Training In General Psychiatry*
- *Residency Training In Child And Adolescent Psychiatry*
- *Internships In Clinical Psychology*
- *Research Training Programs*
- *Medical Student Education in Psychiatry*
- *Continuing Medical Education*
- *Harvard Review Of Psychiatry*
- *Calendar Of Educational Events*

## Residency Training In General Psychiatry

- Cambridge Health Alliance Residency Training Program
- Harvard Longwood Psychiatry Residency Training Program
- Massachusetts General Hospital/McLean Hospital Adult Residency Training Program
- Harvard South Shore Adult Residency Training Program 
- Application for Residency Training in Adult Psychiatry

The Department of Psychiatry at Harvard Medical School coordinates the psychiatric resources of nine major teaching institutions dedicated to quality clinical services, innovative research, excellent medical education and comprehensive training. Its four psychiatric residencies are among the most respected programs in the United States, attracting the nation's top applicants.

Graduates of Harvard Psychiatry training programs are fully equipped for the practice of modern psychiatry integrating the most venerable traditional modalities with state-of-the-art treatment strategies.

The goals of adult psychiatric training encompass the comprehensive list of requirements delineated by the Psychiatry Residency Review Committee of the Accreditation Council for Graduate Medical Education (ACGME). Our training programs are committed to training psychiatric residents who:

- are competent in the early identification of psychiatric disorders in all age groups, their differential diagnoses by clinical and laboratory methods, and their treatment by the full range of available psychological, biological, behavioral and social techniques;
- are sophisticated about the major theories and viewpoints in psychiatry; understand the psychological, social, economic, ethnic, family and biological factors that influence development as well as psychiatric illnesses and treatments;
- have a strong sense of responsibility and respect for clients, a commitment to high ethical standards and to one's continuing professional development, and a commitment to inclusion of clients in treatment planning;
- can function in a sophisticated manner in the changing health care environment which emphasizes cost effectiveness of care; and
- have skills in collaborating, teaching and supervising other personnel such as providers of mental health, medical, forensic and social services in a variety of community and institutional settings.

## Cambridge Health Alliance Residency Training Program

At the Cambridge Health Alliance, we emphasize a biopsychosocial approach to the understanding of mental illness. We value psychotherapy and we have a deep and enduring commitment to teaching psychodynamic psychotherapy. Residents learn about psychodynamic principles both through didactics and close supervision throughout the residency. Our curriculum includes training in the use of major psychotherapies including psychopharmacology, cognitive-behavioral, time-limited, group, family, long term dynamic, and supportive therapies. The curriculum also has a strong biological psychiatry component that includes integrated lectures on neuroscience and a three year seminar focusing on the principles and practice of psychopharmacology.

During the Residency we stress a developmental point of view through didactics on human development and clinical work with children. Our goal is to enhance the understanding of adults and to provide basic skills in child psychiatry. Training is conducted with assistance from faculty of the Department's Child and Adolescent division.

Clinical and didactic education occurs in multidisciplinary settings in which there are training programs for a full range of mental health professionals. Interdisciplinary conferences have been developed for trainees in psychiatry, psychology, social work and psychiatric nursing.

A particular strength of our program is the patient population, which ranges from psychotic to reactive or neurotic and represents a wide range of ages, socioeconomic, and cultural backgrounds. Of equal importance, the training takes place within a comprehensive community mental health system. Residents work in a variety of settings, including inpatient, outpatient, partial hospital, emergency service and outreach, home visits, walk-in clinic, day treatment, social club, and linguistic minority clinics.

This comprehensive four year training program has 28-32 residents. The department serves as a popular training site for Harvard Medical students and offers specialized chief residency positions and a two-year psychotherapy fellowship. Our Adult program is certified and in good standing with the Accreditation Council for Graduate Medical Education.

Further information regarding the Cambridge Health Alliance/Cambridge Health Alliance Residency Training Program may be obtained by visiting http://www.challiance.org/depts/psyctraining/index.htm , or by contacting the Program Director: Marshall Forstein, M.D., Training Director, Adult Psychiatry, 1493 Cambridge St. Cambridge, MA 02139.
Telephone: (617) 665-1187.
Email: adpsychres@challiance.org.

▲ Back To Top

## Harvard Longwood Psychiatry Residency Training Program

The Harvard Longwood Psychiatry Training Program (HLPRTP) is a four-year

program in general psychiatry accredited by the Residency Review Committee of the Accreditation Council of Graduate Medical Education. It is sponsored by the Department of Psychiatry at Harvard Medical School and by three institutions--Beth Israel Deaconess Medical Center, Brigham and Women's/Faulkner Hospitals, and the Massachusetts Mental Health Center. Fifteen residents are accepted into each year of the program.

The program builds on the long and rich traditions of all the participating institutions. Two the hospitals, Beth Israel Hospital (now part of Beth Israel Deaconess Medical Center) and Massachusetts Mental Health Center each had their own residencies in psychiatry for many years before Harvard Longwood came into being in 1994. Brigham and Women's Hospital offered rotations, teachers, courses, and fellowships for residents in other Harvard programs for many years as well.

The residency is the result of years of planning by Harvard faculty members whose goal was to create a program that prepares leaders of psychiatry for the next century. The planners and leaders of this program recognize that psychiatry has changed considerably in recent years and that the health care delivery system will change dramatically in the next years. While tomorrow's leaders must be steeped in the traditions of psychiatry, they must also be sophisticated about recent advances in the basic and clinical sciences. They must be exposed to treatment settings that have not been a part of more traditional programs but are the sites where many of our patients will be treated in the next decades. Moreover, they must master the treatment modalities that will be of most help to our patients in both traditional and new treatment settings. The unique design of this program was recognized by the American College of Psychiatrists with its 1997 Award for Creativity in Psychiatric Education. Longwood institutions have rich traditions in research and clinical practice in the areas of psychodynamic psychiatry, the biological therapies, and the interface between psychiatry and the rest of medicine. There has also been a long-standing commitment to serve the disenfranchised mentally ill and to explore ways to improve services for patients treated in the public sector. HLPRTP is committed to continuing in this vein.

Further information regarding the program may be obtained at the Harvard Longwood Residency Training Program Web Site (www.harvardlongwoodpsychiatry.org) or by contacting: William E. Greenberg, M.D., Director Harvard Longwood Residency Training Program 330 Brookline Avenue Boston, MA 02215
Telephone: (617) 667-4766
Email: wgreenbe@caregroup.harvard.edu

▲ Back To Top

## Massachusetts General Hospital/McLean Hospital Adult Residency Training Program

The Massachusetts General Hospital/McLean Hospital Adult Residency Training Program in Psychiatry has been designed to prepare resident physicians for the practice of psychiatry in the 21st century. The program emphasizes

fundamental medical knowledge based on advances in clinical science and the growing contributions of basic and applied neurosciences. The core of each resident's education is extraordinarily rich in clinical experiences throughout the years of training. Each resident diagnoses and treats a broad range of patients along a continuum of care, in a variety of treatment settings. Residents learn the various roles of the modern psychiatrist - primary clinician, consultant, team-leader, and therapist - with direct and skilled supervision. Clinical work and intensive supervision are complemented by a comprehensive curriculum of didactic seminars, rounds, and case conferences. While there is a core of experience and information with which all psychiatrists should be familiar, residents also need individualized experiences to meet their needs and interests. Therefore, the training program encourages elective opportunities in all years of training, with an unusually broad range of opportunities by the PGYIV year, when all residents design their own individualized curriculum.

Further information regarding the program may be obtained at the MGH / McLean Adult Residency Training Program Web Site (www.mghmclean.org) or by contacting:
Kathy Sanders, M.D., Director
or Angela A. Byers, Training Coordinator
Department of Psychiatry
Massachusetts General Hospital
55 Fruit Street, Bullfinch 440 & 441
Boston, MA 02114
Telephone: (617) 726-9550
Fax: (617) 724-0308
Email: abyers@partners.org

▲ Back To Top

## Harvard South Shore Adult Residency Training Program

The Harvard South Shore Psychiatry Residency Training Program is the newest of the Harvard Psychiatry Training Programs. It is a four year program whose smaller size enables us to offer, within the ACGME requirements, considerable flexibility in training patterns including a special path for PhD's who are doing ongoing research.

Rotations to other metro-Boston Harvard teaching hospitals and to Harvard affiliated state and federal facilities on Boston's south shore, provide rich and varied experiences as the patients at each facility have their own cultural and socioeconomic backgrounds.

Graduates of the program are competent to diagnose and treat the full range of mental disorders and have had experience consulting with and supervising teams of other mental health professionals in an integrated managed care network as well as in more traditional treatment settings.

The HSS program aims to enable each trainee to develop an integrated biopsychosocial understanding of his/her patient's life and how the patient

came to be ill. This is accomplished through exposure to teaching of developmental, social, and psychological theories as well as through clinical experience and didactics in neuroscience and psychopharmacology.

Additional strengths of the program include: 1. A dedicated faculty of outstanding lecturers and clinical supervisors. 2. An excellent research staff who have ongoing projects in neuroimaging, neurophysiology, sleep, psychiatric epidemiology, genetics, schizophrenia, affective disorders, personality disorders and substance abuse. 3. A large and varied patient pool from which residents may choose patients to provide continuity of care over the four years of training. 4. Adequate, dedicated time to treat patients in psychotherapy.



For further information on the Harvard South Shore Program, please contact: Grace J. Mushrush, M.D., Director or Louise Dombrowski, Program Coordinator
Harvard South Shore Residency Training Program 940 Belmont Street, 116A7
Brockton, MA 02401
Telephone: (508) 583-4500, ext. 2458 or 2456
Fax: (508) 895-0181
E-mail: harvsoshore@hms.harvard.edu

▲ Back To Top

## Application for Residency Training in Adult Psychiatry

The Harvard Psychiatry residency training programs use the Electronic Residency Application Service (ERAS) from the Association of American Medical Colleges (AAMC) for applications to our programs. General information about ERAS is available at the Association of American Medical Colleges (AAMC) Website (www.aamc.org/eras)

▲ Back To Top

*Department Of Psychiatry Harvard Medical School - 2 West - Room 305 - 401 Park Drive - Boston, MA 02215*