# The Harvard South Shore Psychiatry Residency Training Program

 **Harvard Medical School**



**Department of Psychiatry**

Grace J. Mushrush, M.D.
Director

Fe Erlita Festin, M.D.
Associate Director

May 28, 2002

Rajendra Badgaiyan, M.D.
VAMC-Brockton
940 Belmont Street
Brockton, MA 02301

Dear Dr. Badgaiyan:

This is to inform you that during the Harvard South Shore Psychiatry Residency Training Program, Committee on Promotions Meeting held April 26, 2002 your training experience and performance were reviewed.

It was noted that there were numerous complaints from staff members concerning the poor attitude and lack of cooperation which you exhibited when they tried to engage you in cooperative team work: West Roxbury Medicine, REACH, McLean CEC, In-patient psychiatry with Dr. Chang and Dr. Alexander, C/L, evening clinic and with nursing staff. You have exhibited a lack of understanding of your own limitations and have not requested attending in-put when it would have been appropriate; you are often dismissive of attending in-put and you seem to have an inability to work collaboratively with women: attendings, senior residents and nursing staff.

It was the recommendation of the Committee on Promotions that you not be promoted in October, 2002 and that your promotion to PGY IV be reconsidered after an additional period of training to extend through December, 2002.

It is our further recommendation that the training time between July and December, 2002 be spent as follows: July-Sept. – Brockton In-Patient Psychiatry; October – McLean CEC; Nov.-Dec. – C/L West Roxbury. The Committee on Promotions would meet in early December to evaluate your performance during these rotations.

Sincerely yours,

*Grace J Mushrush MD*
Grace J. Mushrush, M.D.
Director of Residency Training

I have read and received a copy of this letter:
Signed: _____
Date: 5/30/02

VA047

940 Belmont Street (116A7), Brockton, MA 02301

Phone: (508) 583-4500, ext. 2456

# The Harvard South Shore Psychiatry Residency Training Program

**Harvard Medical School**    **Department of Psychiatry**

Grace J. Mushrush, M.D.  
Director

Fe Erlita Festin, M.D.  
Associate Director

October 2, 2002

Rajendra Badgaiyan, M.D.  
Psychiatry Service (116A7)  
VA Medical Center  
Brockton, MA 02301

Dear Dr. Badgaiyan:

The Promotions Committee met on October 1, 2002 to review your performance between May 1 and September 30, 2002. The Committee members present were: Drs. C. Swett, R. Gurrera, G. Mushrush, F. Festin, A. Dantzler and J. Levitt. Dr. Osser was absent.

It was the decision of the Committee that you would receive one month's credit for your interrupted time on 2-3-C. This will complete your inpatient requirement.

It was the Committee's decision that your assignment from October 1 - December 31, 2002 will be to spend one day per week (Tuesday usually) working in Triage from 8 AM - 4:30 PM. You will serve as Triage Officer in the AM and will assist Dr. Levitt in the afternoon, during which time you will be expected to perform complete admission work-ups on patients admitted between 12:30 PM and 4:00 PM.

As you have exhausted your annual leave, and current accumulated sick leave, anytime you are absent or late will be added to the end of your rotation, and will delay your promotion to the PGY-IV level beyond the anticipated date of January 1, 2003.

In addition to the above Triage assignment, you will be expected to give one grand rounds lecture on your research topic and, in conjunction with Dr. Mushrush, design a residency website.

If you have any questions, please contact me at x 2457.

Yours truly,

*[signature]*

GRACE J. MUSHRUSH, M.D.  
Asst. Chief of Psychiatry for Education  
    and Director, Residency Training


I have read and received a copy of this letter:

Signed: _____    Date _____

VA048

940 Belmont Street (116A7), Brockton, MA 02301    Phone: (508) 583-4500, ext. 2456