**Institution** Harvard Medical School
**US Locations** Boston, MA
**Job Title** Residency Director
**Ad Number** 21134
**Main Category** Clinical Science
**Specialty** Psychiatry

**Job Description**

Director of Residency Training-VA Boston Healthcare System and the Department of Psychiatry, Harvard Medical School. VA Boston Healthcare System and the Harvard Medical School are recruiting for a Director of the Harvard South Shore Psychiatry Residency Training Program. The program trains a total of 30 residents over four years and is fully accredited by the ACGME. The applicant must be board certified in psychiatry with a minimum of 5 years of experience post-residency. Experience as an associate residency or medical student director is preferred but not required. The position involves 70% administrative and 30% clinical activities. This Residency Program is integrated into a Mental Health Service that maintains acute and long-term psychiatric beds, residential and transitional bed programs, and extensive outpatient programs. This Residency Program functions an excellent academic environment with other nationally recognized training programs, nationally prominent research programs and several VA Clinical Centers of Excellence in Mental Health. We are seeking an outstanding psychiatrist with strong academic and teaching credentials, significant administrative experience, and the energy and vision to lead and further develop this program. A Faculty appointment for this individual would be sought at harvard Medical School. To apply, candidates should send a letter of interest, CV, and the names of three persons to contact for references to: Dr. Gary Kaplan, Director, Mental Health Service, VA Boston Healthcare System-Brockton Division, 940 Belmont Street, Brockton, MA 02301. VA Boston Healthcare System is an Equal Opportunity Employer.

