Subject: PRITE EXAMINATION
Date: 21 Mar 2002 16:07:44 -0500 (EST)
From: &lt;MUSHRUSH.GRACE_J_MD@BOSTON.MED.VA.GOV&gt;
To: ALEXANDER.ROBERT_R_MD@BOSTON.MED.VA.GOV,
     CARTER.DALE_P_MD@BOSTON.MED.VA.GOV,
     DIZON.LUZ_EVANGELINE_MD@BOSTON.MED.VA.GOV,
     FESTIN.FE_ERLITA_D_MD@BOSTON.MED.VA.GOV, G.BRESIDENTS@BOSTON.MED.VA.GOV,
     MUSHRUSH.GRACE_J_MD@BOSTON.MED.VA.GOV, YIN.PAUL_MD@BOSTON.MED.VA.GOV,
     rajendra@wjh.harvard.edu
Status:  O


I am pleased to announce that Dr. Paul Weigle received the highest score
on global psychiatry and Dr. Samar Mahmood received the highest score on
global neurology.

For each residency year the highest scores were:

PGY IVI    Psychiatry- Quiajada:    Psychiatry - Quajada
          Neurology - Sassani

PGY III:   Psychiatry - Weigle
          Neurology - Borek

PGY II;   Psychiatry - Badgaiyan
          Neurology - Radisic

PGY I:   Psychiatry - Frank
          Neurology- Mahmood
  \
The six residents scoring highest in psychiatry in the whole
program were:esidents
          Akhter, Badgaiyan, Borek, Quijada, Sassani, and Weigle.
     w
               Borek
          aiyan

               Sassani

Congratulations, however, we need to boost the entire percentile of
performance for our residents.   Hence, I will now require that you
prepare for this test.  The training committee will decide the cut off
score below which a resident would be subject to non-promotion.