

**DEPARTMENT OF VETERANS AFFAIRS**
Boston Healthcare Systems
940 Belmont Street
Brockton, MA  02401

June 28, 2004

Rajendra D. Badgaiyan, M.D.
1223 Sycamore Street
Somerville, MA 02145
    &
Assistant Professor, Harvard Medical School (HMS)
Massachusetts General Hospital
Boston, MA
rajendra@wjh.harvard.edu

Dear Raj,

I received your letter last month, and I want to congratulate you on your appointment as Assistant Professor at HMS!!!  That is an achievement.

I'm sorry that you are having difficulty obtaining your Massachusetts medical license.  I actually do not have any written record of any reports and evaluations in regard to you.  Any and all written documentation is in the office of the Training Director, as far as I know.

This, in fact, is my last day as a full-time employee in the Veterans Administration.  I have many good memories of my experience.  I hope that you also will be able to look back at your experience here and think of the positive aspects of your training as well.


Sincerely,


Chester P. Swett, MD
Clinical Director, Brockton Division
Mental Health Care Line
VA Boston Health Care System

Clinical Professor of Psychiatry
Harvard Medical School

CC:  Grace Mushrush, MD
     Edward Lukey, Esq.

Lbadgaiyan062804