**Rajendra D. Badgaiyan, M.D.**
Assistant Professor, Harvard Medical School
Massachusetts General Hospital

Phone: (617) 724-1793
E-mail: rajendra@wjh.harvard.edu

March 31, 2004

The Harvard South Shore Psychiatry Training Program
VAMC, Brockton

I give permission to the Harvard South Shore Psychiatry Training Program at Brockton VAMC to release my (Dr. Rajendra Badgaiyan) evaluative files, including any and all documentation, residency review committee minutes, memos and correspondence, to the Commonwealth of Massachusetts Board of Registration in Medicine.

I also request you to send me a copy of the above documents and other papers in my file.

Sincerely,

*[signature]*
Rajendra D. Badgaiyan
122A, Sycamore Street
Somerville, MA 02145