```
MailMan message for BADGAIYAN,RAJENDRA D  PSYCHIATRY RESIDENT
Printed at BOSTON.MED.VA.GOV  30 Jan 02 18:07
Subj: ROTATION   [#38956718] 30 Jan 02 12:26  9 lines
From: MUFSON,MICHAEL J MD - PSYCHIATRIST  In 'IN' basket.   Page 1
--------------------------------------------------------------------
```

RAJ- I JUST REREAD THE E-MAILS WITH SANA AND SINCE SHE IS AWAY WANTED TO TOUCH BASE. AS FAR AS I AM CONCERNED YOU ARE DOING A TOP NOTCH JOB HERE. YOUR PRESENTATIONS ARE THOUGHTFUL AND INTEREST IN DISCUSSIONS AT A HIGH LEVEL. I AM MORE INTERESTED IN THIS ROTATION BEING A VALUABLE CLINCIAL EXPERIENCE THAN GETTING BOGGED DOWN IN ADMIN ISSUES. DAN IS BACK AND I RECOMMEND USING HIM AS YOUR FELLOW SUPERVISOR FROM HERE ON IN- I THINK YOU WILL BETTER WITH HIM AND I HAVE TOLD SANA THE SAME. LET ME KNOW IF THAT IS OK AND I WILL SEE YOU IN THE AM. LET ME KNOW IF YOU HAVE ANY SUGGESTIONS FOR THE UPCOMING MONTH TO MAKE THE ROTATION BETTER. THANKS