MailMan message for MUSHRUSH, GRACE J MD   PSYCHIATRIST
Printed at BOSTON.MED.VA.GOV   10 Jul 01 14:51
Subj: Your performance   [#34729795] 06 Jul 01 14:54   15 lines
From: MUSHRUSH, GRACE J MD   2 of 2 responses read.   In 'IN' basket.   Page 1
-----------------------------------------------------------------------------

Dear Raj,
        What course are you teaching at MGH?   Who gave you permission to
be off the premises?

        You failed your McLean Rotation and your oral exam.

        Your behavior does not endear you  to any of the faculty.  How do
you expect people to respond favorably to you when you announce upon
arrival at each rotation that you dont care about clinical psychiatry and
that you don't want to be on the rotation in the first place.

        I have discussed your performance or lack thereof with the
residency training committee and you are hereby placed on probation as
you have not heeded our previous warnings about reshaping your behavior
your attendance, and your performance.

1) Rajendra Badgaiyan <rajendra@wjh.harvard.edu>  Mon, 9 Jul 2001 16:05:33 -0400
70 lines
    Subj: Re: Your performance

Dear Dr Mushrush,

I do not want to be paranoid, but I do think that I am being unfairly
targetted because of my academic activities. You mention that I failed
McLean rotation, eventhough Dr Villa who observed my work at McLean for
full month (taking independent care of dozens of patients) gave me an
excellent evaluation.  You believe one evaluation by someone who was one of
6 attendings in the CBC and who observed my evaluation of only 3 patients
(incidently, in one case, we had different opinion about the plan and my
plan was upheld by the insurance). You have also ignored the fact that in
the last 2 years I was evaluated by about 20  attendings and almost all of
them gave me a very good evaluation.

May be it is a coincidence, but in the oral examination, I was the  only
one who was given 15 min instead of 25 to conclude the interview (possibly
because of a mistake) and was not given even a minute to organize myself
before presenting  the case.  I am sure, you know, such events are
unsettling for a candidate in the examination. On the top of it, I am not
sure, if any body else in the oral examination got such a psychotic patient
with a lot of circumstantialty and multiple psychiatric problems to
evaluate and reach to a definite diagnosis in such a short time. I do not
know where I wasted time in the interview, mainly because no faculty as
ever conducted a de novo evaluation in limited time to teach us how to
conduct an interview in such a restrictive situation.

As for my acadmic activities goes, first, I do not take classes at MGH and
secondly, before I joined the program, I had made it clear that I will
continue my academic activities during the training.  I have been doing it
by ensuring minimal disruption of clinical responsibiliities - by going an
extra mile. Dr Festin and Dr Chang know that when I had to go to Boston
during the day, I always made sure not to neglect my clinical
responsibiliities and used to drive between Boston and Brockton 4 times s
day, (spending 4-6 hours on the road) and used to stay until 9 pm.  Also,
to compensate, I never took a day off or called in sick in the last 2 years



EXHIBIT
Mushrush
1
6/19/06

PENGAD 800-631-6989

BRM0148