## Page 25

1  marked as Exhibit No. 2?
2          [A copy of Renewal Application -
5           Limited License was marked as
6           Mushrush Exhibit
7           No. 2 for
8           identification.]
10 Q  Before I hand this to you, one other
11    quick question.  Did you ever write to
12    Dr. Badgaiyan relative to his need to
13    retake the exam?  Is there a letter or
14    e-mail to that effect if you know?
15 A  I don't recall.
16 Q  If you take a look at this doctor.
17    It's been marked as Exhibit No. 2.
18          [Witness looking at document.]
19 Q  Do you recognize that document,
20    Dr. Mushrush?
21 A  It's renewal application for a limited
22    license.
23 Q  And what is the purpose of a renewal
24    application for limited license?

## Page 26

1  A  A limited license is good only for one
2     year.  So it has to be renewed every
3     year or a resident can't practice.
4  Q  Is there any portion of this form that
5     you yourself filled in, Doctor?
6  A  My signature.
7  Q  What about the rest of Section B?
8  A  Section B, yes -- well, there's a
9     checkmark and there's a date.
10 Q  Did you check off no in response to
11    the question, has the physician been
12    subject to past or pending
13    disciplinary action in this program?
14 A  Yes.
15 Q  And what's the date of your signature?
16 A  2/14/02.
17 Q  So that followed the July '01 e-mail
18    placing Raj on probation, am I
19    correct?
20 A  Yes.
   Q  And was there a reason that you
22    checked "no" to past or pending
23    disciplinary action?
24 A  Well, there are grades of disciplinary

## Page 27

1  action and not all of them get
2  reported to the board.  You know,
3  there are only the very serious ones
4  get reported to the board.  I didn't
5  consider his not having passed this
6  test as serious because there were a
7  number of people who hadn't passed it,
8  and I thought it was just -- it didn't
9  reflect -- it reflected more his
10 stubbornness and his attitude, and I
11 didn't think I wanted to at this point
12 make an issue with the board.
13     MR. BARRISON:  Mark this as
14 Exhibit No. 3.
15          [A copy of Renewal
16           Application -
17           Limited License
18           was marked as
19           Mushrush Exhibit
20           No. 3 for
21           identification.]
23 Q  Would you take a moment to examine
24    what's been marked as Exhibit No. 3,

## Page 28

1  and then I'm going to ask you if you
2  recognize it?
3          [Witness looking at document.]
4  Q  Do you recognize that document,
5     Dr. Mushrush?
6  A  Yes.  It's the same document a year
7     later.
8  Q  A year later.  And is it true as well
9     then for Section B that's your
10    signature, date, and a check in the
11    box where "no" to the question, has
12    the physician been subject to past or
13    pending disciplinary action in this
14    program?
15 A  Yes.
16 Q  And the reason that you checked "no,"
17    was that the same as you have
18    explained for the initial renewal?
19 A  Yes.
20 Q  Would you agree that being placed on
21    probation is a black mark on a
22    resident or fellow's training at the
23    Brockton V.A.?
24 A  It depends on what kind of probation.

**Page 29**

1  MR. BARRISON: Let me have
2  this marked. I think you're up to
3  No. 4.
4           [A copy of
5           Postgraduate
6           Verification Form -
7           Page 2 was marked
8           as Mushrush
9           Exhibit No. 4 for
10          identification.]
11 Q  You wanted to add something to that
12    exhibit?
13 A  I believe the second exhibit is after
14    he had done the extended training and
15    he was in his final year. And so he
16    had already made -- the training
17    committee had asked him to do extended
18    training of three months. And this
19    was after he had already done that.
20    So he was back, as far as I was
21    concerned, in good status.
22    MR. FARQUHAR: Could we just
23    have the record reflect that the
24    deponent was pointing to Exhibit.

**Page 30**

1  No. 3?
2     MR. BARRISON: Certainly.
3     Thank you.
4  Q  Doctor, this has been marked as
5     Exhibit No. 4, and would you take a
6     peek at that, please?
7        [Witness looking at document.]
8  Q  Do you recognize Exhibit 4?
9  A  Yes.
10 Q  And what is it?
11 A  It's part of an application for
12    something. It's part of his post-
13    graduation verification form from the
14    board.
15 Q  Is that your signature that appears on
16    Page 1 at the bottom? Page 1, Doctor.
17 A  You're referring to this as Page 1 --
18 Q  Yes.
19 A  -- because it's labeled Page 2? Yes.
20 Q  And the date of your signature is
21    given there as well?
22 A  2/24/04.
23 Q  So Dr. Badgaiyan would have finished
24    his training at the Brockton V.A. by

**Page 31**

1     then, am I right?
2  A  That's true.
3  Q  And the second page, can you briefly
4     describe what Page 2 and 3 are of this
5     exhibit?
6  A  It's an explanation to accompany the
7     form.
8  Q  And that's your signature that appears
9     at the end of the letter?
10 A  Right. I guess you had to -- you had
11    to explain anything that was labeled
12    "no." So these were referring to
13    those answers.
14 Q  Specifically, it's referring, Doctor,
15    to Question No. 2 on the first page,
16    was the applicant ever placed on
17    probation where the box for yes is
18    checked off.
19 A  Uh-huh.
20 Q  Is that correct?
21 A  Yes.
22 Q  And you placed that checkmark under
23    yes, am I right?
24 A  Yes -- wait a minute. Yes, okay.

**Page 32**

1  Q  You placed the checkmark for yes?
2  A  Yes.
3  Q  The applicant had been placed on
4     probation?
5  A  Right.
6  Q  If the fact of his probation wasn't
7     important enough for the first
8     renewal, why did you check "yes" on
9     this application, Doctor?
10 A  This -- this is a more serious thing.
11    It's a permanent license, and I felt
12    that there -- there had been other
13    things that had happened including the
14    extension of his training, et cetera
15    that has been a problem. So I felt
16    that there should be some record of
17    that.
18 Q  Well, wasn't that addressed in
19    Question No. 4 where you checked "yes,
20    were any negative reports ever filed
21    by instructors regarding the
22    applicant"?
23 A  I'm sorry. I don't understand your
24    question.

33

1 Q  Weren't the other issues to which you
2    alluded addressed by checking "yes" to
3    No. 4, that there had been negative
4    reports about Raj?
5 A  Well, there had also been an action in
6    that he was required to extend his
7    training.
8 Q  Was he ever placed on probation other
9    than the instance that was initiated
10   by your July 2001 e-mail?
11 A  Not -- not per se probation.  We don't
12   -- we don't generally label things
13   that way.
14 Q  So the only time the word "probation"
15   appears is in the July 1 e-mail,
16   correct?
17 A  That's true.
18 Q  And the first renewal application that
19   followed that, you checked "no" for
20   any disciplinary, correct?
21 A  Yes.
22 Q  And --
23 A  Somebody checked "no."
24 Q  Well, did you check it or not?

34

1 A  I don't know if I checked it or the
2    secretary did.  She sticks these under
3    my nose to sign, and I go through the
4    pile of them.  And so I'm not sure who
5    checked it.
6 Q  But you signed it though?
7 A  But I signed it, yes.
8 Q  So the July '01 e-mail was the only
9    time the word "probation" appeared?
10 A  Yes.
11 Q  He was never formally or informally
12   placed on probation during the rest of
13   his training, correct?
14 A  Correct.  Although if he hadn't done
15   it, he would not have been allowed to
16   graduate.
17 Q  And he did graduate, correct?
18 A  Yes.
19 Q  So on this postgraduate verification
20   form where you checked yes, you're
21   referring back to that probation
22   referenced in the July e-mail?
23 A  Yes.
24    MR. BARRISON:  May I have this

35

1    marked?
2    [A copy of a
3    letter dated
4    April 3, 2000
5    from Grace J.
6    Mushrush was
7    marked as
8    Mushrush Exhibit
9    No. 5 for
10   identification.]
11 Q  Would you take a look at that,
12   Dr. Mushrush?
13   [Witness looking at document.]
14 A  Okay.
15 Q  Do you know Dr. Luca Savu, Doctor,
16   Luca Savu?
17 A  That's not her first name.
18 Q  Oh, what's her first name?
19 A  Raluca Savu.
20 Q  Raluca Savu.  Who is she?
21 A  She was a resident in the program.
22 Q  Did you write this letter to her?
23 A  I honestly don't remember this letter,
24   but -- was that her -- was that whose

36

1    name was blacked out?
2    MR. FARQUHAR:  You don't -- at
3    this time answer the questions
4    directly.  If you recognize the
5    letter, you can state as such.  If you
6    don't recognize it, state you don't
7    recognize it.
8 A  I don't recall this letter.
9 Q  What about the signature, Doctor,
10   would you take a look at that in the
11   lower left-hand corner and tell me if
12   that is your signature?
13 A  Yes, it is.
14 Q  In the first paragraph of the letter,
15   the second sentence -- I'll read it
16   for the record -- "It was unanimously
17   agreed to send you this letter of
18   warning which can be lifted should
19   your performance improve to an
20   acceptable level."
21   Do you recall writing this
22   letter of warning to Dr. Savu?
23 A  I don't, no.
24   MR. FARQUHAR:  I'm going to