

$495
gmm
2/26/02

Application #: 7980
Date Approved: 2/20/02

## Commonwealth of Massachusetts - Board of Registration in Medicine
10 West Street, Third Floor, Boston, Massachusetts 02111 - www.massmedboard.org

### RENEWAL APPLICATION - LIMITED LICENSE

**IMPORTANT:** Please read the accompanying instructions before completing this form, and print legibly or type your answers.

SECTIONS "A" AND "C" ON PAGE 2 ARE TO BE COMPLETED BY APPLICANT.

### SECTION A:

1. Name: (Last) BADGAIYAN   (First) RAJENDRA   (MI) D
2. Mailing Address: 122-A, Sycamore St.,   Telephone Number: 617-623-1140
   City: Somerville   State: MA   Zip: 02145
3. Name of Training Hospital: BROCKTON VA MEDICAL CENTER
4. Current Limited License Number: 7980
5. Other states (abbreviations) where you are now licensed to practice medicine. Indicate whether full license (F) or residency or training license (L). ___ ☐(F)☐(L)   ___ ☐(F)☐(L)   ___ ☐(F)☐(L)   N/A

### SECTION B: To be completed by program director.

Has the physician been subject to past or pending disciplinary action in this program?   ☐ Yes ☑ No

I hereby certify that the above-named physician is in good standing in the training program.

Print Name: GRACE J. MUSHRUSH, M.D.   Date: 2/14/02
Signature of Program Director: Grace J Mushrush MD   Telephone: 508-583-4500 x2457

---

To be completed and signed by the designated official of the institution at which the applicant has received an appointment.

This certifies that RAJENDRA BADGAIYAN has been appointed
   (Name of Applicant)

to the position of:   ☐ Intern  ☒ Resident  ☐ Fellow   as a PGY IV

Hospital Name: Harvard So. Shore Psychiatry Residency Training Program at BROCKTON VA MEDICAL CENTER   Specialty: PSYCHIATRY

Beginning Date: 8/31/98   Anticipated Completion Date of Training: 10/18/2003

Is the program accredited by the ACGME:   ☑ Yes  ☐ No
If no, is there an approved ACGME program in applicant's specialty?   ☐ Yes  ☐ No

Designated Official: Grace J. Mushrush, M.D., Asst. Chief of Psychiatry for Education & Director, HSSPRTP   Telephone: 508-583-4500 x2457
   (Print Name)                                            (Title)
Designated Official's Signature: Grace J Mushrush MD   Date: 2/14/02

EXHIBIT Mushrush 2

BRM0047

RECEIVED FEB 1 2 2003 Board of

Application #: 7980
Date Approved: 2/13/03

**Commonwealth of Massachusetts Board of Registration in Medicine**
560 Harrison Avenue, Suite #G-4, Boston, MA 02118 - www.massmedboard.org

## RENEWAL APPLICATION - LIMITED LICENSE

IMPORTANT: Renewal fee is $100.00. Please read the attached instructions before completing application.

SECTIONS "A" AND "C" ON PAGE 2 ARE TO BE COMPLETED BY APPLICANT.

**SECTION A:**

1. Name: (Last) BADGAIYAN (First) RAJENDRA (MI) D
2. Mailing Address: 122-A, Sycamore St.  Telephone Number: 617-623-1140
   City: Somerville  State: MA  Zip: 02145
3. Name of Training Hospital: BROCKTON VA MEDICAL CENTER
4. Current Limited License Number: 7980
5. Other states (abbreviations) where you are now licensed to practice medicine. Indicate whether full license (F) or residency or training license (L). ___ ☐(F) ☐(L)  ___ ☐(F) ☐(L)  ___ ☐(F) ☐(L)

**SECTION B:** To be completed by program director.

Has the physician been subject to past or pending disciplinary action in this program?  ☐ Yes  ☒ No

I hereby certify that the above-named physician is in good standing in the training program.

Print Name: GRACE J. MUSHRUSH, M.D.  Date: 2/5/2003
Signature of Program Director: [signature]  Telephone: 508-583-4500 x2457

---

To be completed and signed by the designated official of the institution at which the applicant has received an appointment.

This certifies that RAJENDRA BADGAIYAN, MD (Name of Applicant) has been appointed to the position of:  ☐ Intern  ☒ Resident  ☐ Fellow  as a PGY IV
Harvard So. Shore Psychiatry Residency Training Program at
Hospital Name: BROCKTON VA MEDICAL CENTER  Specialty: PSYCHIATRY
Beginning Date: 1/1/03  Anticipated Completion Date of Training: 12/31/03
Is the program accredited by the ACGME:  ☒ Yes  ☐ No
If no, is there an approved ACGME program in applicant's specialty?  ☐ Yes  ☐ No
Designated Official: Grace J. Mushrush, M.D., Asst. Chief of Psychiatry for Education & Director, HSSPRTP  Telephone: 508-583-4500 x2457
(Print Name)  (Title)
Designated Official's Signature: [signature]  Date: 2/5/03

EXHIBIT Mushrush 3

BRM0050