29

1  MR. BARRISON: Let me have
2  this marked. I think you're up to
3  No. 4.
4           [A copy of
5            Postgraduate
6            Verification Form -
7            Page 2 was marked
8            as Mushrush
9            Exhibit No. 4 for
10           identification.]
11 Q  You wanted to add something to that
12    exhibit?
13 A  I believe the second exhibit is after
14    he had done the extended training and
15    he was in his final year. And so he
16    had already made -- the training
17    committee had asked him to do extended
18    training of three months. And this
19    was after he had already done that.
20    So he was back, as far as I was
21    concerned, in good status.
22        MR. FARQUHAR: Could we just
23    have the record reflect that the
24    deponent was pointing to Exhibit.

30

1  No. 3?
2        MR. BARRISON: Certainly.
3    Thank you.
4  Q  Doctor, this has been marked as
5    Exhibit No. 4, and would you take a
6    peek at that, please?
7        [Witness looking at document.]
8  Q  Do you recognize Exhibit 4?
9  A  Yes.
10 Q  And what is it?
11 A  It's part of an application for
12    something. It's part of his post-
13    graduation verification form from the
14    board.
15 Q  Is that your signature that appears on
16    Page 1 at the bottom? Page 1, Doctor.
17 A  You're referring to this as Page 1 --
18 Q  Yes.
19 A  -- because it's labeled Page 2? Yes.
20 Q  And the date of your signature is
21    given there as well?
22 A  2/24/04.
23 Q  So Dr. Badgaiyan would have finished
24    his training at the Brockton V.A. by

31

1    then, am I right?
2  A  That's true.
3  Q  And the second page, can you briefly
4    describe what Page 2 and 3 are of this
5    exhibit?
6  A  It's an explanation to accompany the
7    form.
8  Q  And that's your signature that appears
9    at the end of the letter?
10 A  Right. I guess you had to -- you had
11    to explain anything that was labeled
12    "no." So these were referring to
13    those answers.
14 Q  Specifically, it's referring, Doctor,
15    to Question No. 2 on the first page,
16    was the applicant ever placed on
17    probation where the box for yes is
18    checked off.
19 A  Uh-huh.
20 Q  Is that correct?
21 A  Yes.
22 Q  And you placed that checkmark under
23    yes, am I right?
24 A  Yes -- wait a minute. Yes, okay.

32

1  Q  You placed the checkmark for yes?
2  A  Yes.
3  Q  The applicant had been placed on
4    probation?
5  A  Right.
6  Q  If the fact of his probation wasn't
7    important enough for the first
8    renewal, why did you check "yes" on
9    this application, Doctor?
10 A  This -- this is a more serious thing.
11    It's a permanent license, and I felt
12    that there -- there had been other
13    things that had happened including the
14    extension of his training, et cetera
15    that has been a problem. So I felt
16    that there should be some record of
17    that.
18 Q  Well, wasn't that addressed in
19    Question No. 4 where you checked "yes,
20    were any negative reports ever filed
21    by instructors regarding the
22    applicant"?
23 A  I'm sorry. I don't understand your
24    question.