04/22/05 ST   97

APPLICANT'S  NAME: Rajendra Badgaiyan, MD

POSTGRADUATE VERIFICATION FORM PAGE - 2

**Unusual Circumstances:** The following questions apply to unusual circumstances that occurred during any part of the applicant's medical education. Please circle the appropriate response. If you answer yes to any of these questions, please enclose an explanation.

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Did the applicant take any leaves of absence or breaks from his/her post-graduate training? | ☐ | ☒ |
| 2. Was the applicant ever placed on probation? | ☒ | ☐ |
| 3. Was the applicant ever disciplined or under investigation? | ☐ | ☒ Except as described in #2 + #4 |
| 4. Were any negative reports ever filed by instructors regarding the applicant? | ☒ | ☐ |
| 5. Were any limitations or special requirements imposed on the applicant because of questions of academic incompetence or disciplinary problems? | ☒ | ☐ |

6. During the applicant's participation, our postgraduate medical training ☒ was accredited by: ☒ ACGME  ☐ Other: _____

COMMENTS: Please see explanations attached.

Certification: I hereby certify that the above information is correct, to the best of my knowledge.

INSTITUTIONAL SEAL HERE

Program Director's Signature: _Grace J. Mushrush, MD_
Print Name: Grace J. Mushrush, M.D.
Academic Title: Director of Residency Training in Psychiatry
Telephone: (608) 583-4500 x245  Today's Date: 02 / 24 / 2004

...tution does not have a seal, ...ust be notarized by a notary

...SE RETURN THIS COMPLETED FORM TO THE APPLICANT IN A SEALED ENVELOPED **WITH YOUR SIGNATURE** ...OSS THE SEAL OF THE ENVELOPE.

Seal Verified
DATE: 3/24/04
INITIALS: [signature]

EXHIBIT
Mushrush
4
rb 6/19/06

BRM0184

# The Harvard South Shore Psychiatry Residency Training Program

**Harvard Medical School**

Grace J. Mushrush, M.D.
Director



**Department of Psychiatry**

Fe Erlita Festin, M.D.
Associate Director

February 24, 2004

Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Room G 4
Boston, MA 02118

Attention: Ms. Rose Foss

Dear Ms. Foss:

The information below is offered in explanation of the positive answers on the Postgraduate Verification Form, Page 2 for applicant Rajendra Badgaiyan, M.D.

Dr. Rajenda Badgaiyan, M.D., PhD, is a brilliant researcher who requested immigration status filed under the "Alien of Extraordinary Ability" section 213(b).(1)(B) and was approved 8/17/99 as "Outstanding Professor or Researcher, sec. 203 (b).(1)(B). He is intelligent and knowledgeable. He received Harvard Medical School's Department of Psychiatry Harry Solomon Award for his work "Cognition without awareness: a neuroimaging study" and received Harvard's coveted Dupont-Warren research fellowship.

Explanation for questions #2, #4, and #5, with a clarification on #3.

#2: Was the applicant ever placed on probation?
Dr. Badgaiyan was placed on probation for refusing to retake an oral examination. The retaking of the examination was requested by the training department to remove a contested failing grade which Dr. Badgaiyan said was due to administration of the exam under "non-standard conditions" and by supervisors whom Dr. Badgaiyan felt were prejudiced against him. Dr. Badgaiyan subsequently took and passed the examination and the probation status was removed.

#3  Was the applicant ever disciplined or under investigation?
The answer is no with the exception of issues in #2 and #4.

940 Belmont Street (116A7), Brockton, MA 02301         Phone: (508) 583-4500, ext. 2456

BRM0185

-2-

Badgaiyan (continued)

#4. Were any negative reports ever filed by instructors regarding the applicant?
There were negative reports filed by instructors regarding the applicant. These reports mostly concerned Dr. Badgaiyan's attitude, his absences, and his failure to implement recommendations from his attendings.

#5. Were any limitations or special requirements imposed on the applicant because of questions of academic incompetence or disciplinary problems?
He was required by the departmental committee on promotions to do an extra three months of training to complete his requirements. He did this and was graduated December 31, 2003.

Yours truly,

Grace J. Mushrush, M.D., Director
Harvard South Shore Psychiatry Residency Program

BRM0186