## Grace Mushrush

*Minutes*
*Summary H. Pomerantz*
*Committee mtg*
*4/26/02*

**From:** "Grace Mushrush" <edmundsen@worldnet.att.net>
**To:** <Chester.Swett@med.va.gov>
**Cc:** <Grace.Mushrush@med.va.gov>
**Sent:** Sunday, May 05, 2002 10:30 PM
**Subject:** Rajendra Badgaiyan, M.D.

The Harvard South Shore Psychiatry Residency, Committee on Promotions met on Thursday, April 26, 2002 and approved the promotions of all the PGY III and IV residents with the exception of Rajendra Badgaiyan, M.D.

In summary, Dr. Badgaiyan's participation in the residency has been minimal and his evaluation file contains many complaints from attendings and nurses concerning his poor attitude when staff members try to engage him in cooperative team work.

To enumerate a number of these incidents:
1. He was asked to leave the medical service at W. Rox.
because he refused to take direction from his female attending and resident.
2. He failed the rotation on the Clinical Evaluation Unit at
McLean and the training director received a phone call from the director of the Unit who said Dr. B was the most difficult resident with whom they had ever tried to work and that he was often not even there.. They seriously raised the question as to whether he should be allowed to continue in training. (This was a composite evaluation but was submitted by Dr. Sara Bolton).
3. When assigned to Brockton In-Patient Psychiatry, he
informed Dr. Chang that he was there strictly as an observor and would not take responsibility for working with any patients.

He also did not meet expectations on Dr. Alexander's
service. He has satisfied only 7 months of his 9 month requirement for In-Patient Psychiatry.

4. He did not pass his PGY II oral examination and after
our receiving complaints about his lack of commitment and cooperation from the attendings on nearly every rotation he started, he was placed on probation. The training director met with him and explained that in order to be removed from probation, he needed to improve his attitude and to take the oral exam over. She even offered to go over cases with him to help him prepare for a repeat oral exam. He refused to redo the exam saying that the preceptors were prejudiced against him because they were jealous of his research work and that they would never pass him. Finally, Dr. Swett ordered him to take the retest and he did
pass (nearly one year after he was placed on probation).
5. He refuses to attend the preceptor sessions in evening clinic because the preceptor "offended him" by saying
that he should attend evening clinic and should see the patients who are assigned to him.
6. He has not taken seriously the recommendations of the nurses on the ward when he is POD. Most recently this resulted in a manic patient inadequately sedated, breaking out of restraints, taking the door off the locked unit and escaping and allowing another patient to escape. Despite his admission that this was the most difficult patient he ever treated, he did not even consult his attending back-up and when confronted about his mismanagement of the patient, arrogantly defended his approach.

The promotions committee was concerned about the extent of Dr. Badgaiyan's willingness to distort and to project blame for his inadequacies. While the committee could not demand that Dr. Badgaiyan obtain some psychotherapy, it certainly would recommend it.

Finally, it was the recommendation of the Committee that Dr. Badgaiyan not be promoted in October, 2002 and that he be required to do three additional months of training with
reconsideration of his promotion to PGY IV for December,
31, 2002.

VA277    5/8/02