## REPORTS - PROGRAMS BY SPECIALTY

Back to Specialty List



### List of programs within a particular specialty for current academic year and those newly accredited programs with future effective dates
### (Year ending June 30th, 2007)

**Psychiatry**

| Program Number / Name / Address | Specialty | Director | Phone / Fax / Email |
|---|---|---|---|
| [4000111009] **University of Alabama Medical Center Program**<br>University of Alabama Medical Center<br>Callahan Eye Foundation Hospital<br>1720 University Blvd., Room 337<br>Birmingham, AL 35294 | Psychiatry | Daniel C. Dahl, MD | (205)934-3041<br>(205)934-4659 |
| [4000122232] **University of South Alabama Program**<br>University of South Alabama Medical Center<br>2451 Fillingim Street<br>Suite 1600 Moorer Clinical Science Building<br>Mobile, AL 36617 | Psychiatry | Charles L. Rich, MD | (251)471-7017<br>(251)470-5885<br>clrich@pol.net |
| [4000312010] **Banner Good Samaritan Medical Center Program**<br>Banner Good Samaritan Medical Center<br>925 East McDowell Road<br>4th Floor<br>Phoenix, AZ 85006 | Psychiatry | James B. McLoone, MD | (602)239-6880<br>(602)239-6988<br>jo.russo@bannerhealth.com |
| [4000321012] **University of Arizona Program**<br>University of Arizona Affiliated Hospitals<br>1501 North Campbell Avenue<br>PO Box 245002<br>Tucson, AZ 85724-5002 | Psychiatry | Steven T. Herron, MD | (520)626-6795<br>(520)626-6050 |
| [4000322011] **Maricopa Medical Center Program**<br>Maricopa Integrated Health System<br>Desert Vista Campus #101<br>570 W. Brown Rd.<br>Mesa, AZ 85201 | Psychiatry | William S. James, MD | (480)344-2028<br>(480)344-2157<br>leticia_rasillo@medprodoctors.com |
| [4000422014] **University of Arkansas for Medical Sciences Program**<br>University of Arkansas for Medical Sciences<br>UAMS 4301 West Markham<br>Mail Slot 589<br>Little Rock, AR 72205 | Psychiatry | Ben Guise, MD | (501)686-5803<br>(501)686-7424 |
| [4000511022] **Cedars-Sinai Medical Center Program**<br>Thalians Mental Health Center<br>8730 Alden Drive, Suite W-101 | Psychiatry | Waguih W. IsHak, MD | (310)423-3481<br>(310)423-3947<br>Yvonne.Neely@cshs.org |



over →

| Program | | | |
|---|---|---|---|
| **Medical Center Program**<br>Caritas St Elizabeth's Medical Center<br>736 Cambridge Street<br>QN3P<br>Boston, MA 02135 | | Batlivala, MD | (617)789-2168 |
| **[4002421093] Tufts-New England Medical Center Program**<br>Tufts-New England Medical Center<br>750 Washington Street<br>Tufts-NEMC # 1007<br>Boston, MA 02111 | Psychiatry | Jonathan Schindelheim, MD | (617)636-3303<br>(617)636-8442<br>jschindelheim@tufts-nemc.org |
| **[4002421234] University of Massachusetts Program**<br>University of Massachusetts Medical School<br>55 Lake Avenue, North<br>Worcester, MA 01655 | Psychiatry | Sheldon Benjamin, MD | (508)856-4087<br>(508)856-5000 |
| **[4002421279] Harvard Medical School (South Shore) Program**<br>Brockton-West Roxbury Veterans Affairs Medical Center<br>940 Belmont Street - 116A7<br>Brockton, MA 02301 | Psychiatry | Grace J. Mushrush, MD | (508)583-4500<br>(774)826-1859<br>harvsoshore@hms.harvard.edu |
| **[4002421288] Massachusetts General Hospital/McLean Hospital Program**<br>Massachusetts General Hospital<br>55 Fruit Street, Wang 812<br>Boston, MA 02114 | Psychiatry | Kathy M. Sanders, MD | (617)726-0895<br>(617)724-0308<br>ksanders@partners.org |
| **[4002431277] Brigham and Women's Hospital/Harvard Medical School Program**<br>Harvard Longwood Psychiatry Residency Trng. Prog.<br>330 Brookline Avenue<br>Boston, MA 02215 | Psychiatry | William E. Greenberg, MD | (617)667-4766<br>(617)667-5575 |
| **[4002521097] University of Michigan Program**<br>University of Michigan Medical Center<br>1500 E Medical Center Drive<br>Ann Arbor, MI 48109 | Psychiatry | Michael Jibson, MD, PhD | (734)764-6875<br>(734)647-8514<br>resedpsych@umich.edu |
| **[4002521101] Michigan State University Program**<br>Michigan State University<br>A-233 East Fee Hall<br>East Lansing, MI 48824 | Psychiatry | Jed G. Magen, DO, MS | (517)353-4362<br>(517)432-0927 |
| **[4002521235] Henry Ford Hospital Program**<br>Henry Ford Health System<br>One Ford Place, 1C09<br>Detroit, MI 48202 | Psychiatry | Lisa MacLean, MD | (313)874-6611<br>(313)874-6655<br>redward1@hfhs.org |
| **[4002521283] Wayne State University/Detroit Medical Center Program**<br>University Psychiatric Center (UPC)-Jefferson<br>2751 E. Jefferson<br>Suite 400<br>Detroit, MI 48207 | Psychiatry | Beth Ann Brooks, MD | (313)577-5267<br>(313)577-2233 |

