**MASSACHUSETTS GENERAL HOSPITAL**                    **HARVARD MEDICAL SCHOOL**

Cardiac Unit
Massachusetts General Hospital
Yawkey Center, Suite 5800
55 Fruit Street
Boston, MA 02114
Tel: 617-726-7790, Fax: 617-726-7766
Email: rzusman@partners.org

**Randall M. Zusman, MD**
*Associate Professor of Medicine*
*Director, Division of Hypertension*
*and Vascular Medicine*

December 20, 2006

To Whom It May Concern:

    RE: Rajendra Badgaiyan
    DOB: 07/14/1955

Rajendra Badgaiyan is under my care for the treatment of hypertension. His blood pressure was normal until June, 2002; his first abnormal value was in July, 2002.

*[signature]*

Randall Zusman, MD

PARTNERS. HealthCare System Member