UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAJENDRA D. BADGAIYAN, M.D., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ANTHONY J. PRINCIPI, Secretary, )<br>Department of Veterans' Affairs; )<br>President and Fellows of )<br>HARVARD COLLEGE; and )<br>GRACE J. MUSHRUSH, M.D., )<br>)<br>Defendants ) | C.A. No. 04-12031-JLT |

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HARVARD'S MOTION TO STRIKE**

1. On March 17, 2005, I took the CM/ECF course offered at the Courthouse. I understood that Affidavits could be signed electronically, while the originals were carefully preserved.

2. The plaintiff, Rajendra Badgaiyan, M.D., read and signed under solemn oath the two affidavits submitted in opposition to pending Summary Judgment motions.

3. The original of said signed affidavits have been preserved in my files and can be submitted if the court requires.

4. The plaintiff's Opposition slightly exceeded twenty pages, because key excerpts from depositions were laid out in the body of same, rather than as Exhibits. A reformatted Opposition can be filed in the Court so requires.

Signed under the pains and penalties of perjury:

                      Respectfully submitted,

      the plaintiff,
      by his attorney:

      /s/ Gregory R. Barison
      ----------------------------
      Gregory R. Barison
      BBO # 029340
      Weston Patrick
      84 State Street / 11th Floor
      Boston, MA 02109
      (617) 742-9310 / fax: (617) 742-5734

date: January 31, 2007

## Certificate of Service

  I, Gregory R. Barison, certify that on January 31, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

           /s/ Gregory R. Barison