**MORGAN, BROWN & JOY LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

DANIEL S. FIELD

DIRECT DIAL (617) 788-5016
dfield@morganbrown.com

May 9, 2007

**BY MESSENGER**

Ms. Zita Lovett, Deputy Clerk
The Honorable Joseph Tauro
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Rajendra Badgaiyan vs. Principi, Secretary, Department of
     Veteran's Affairs, et als  Docket No. 04-12031-JLT

Dear Ms. Lovett:

Consistent with the Court's Discovery Order of August 25, 2005 concerning pending motions, I am writing to provide the Court notice of motions that are now pending. In addition to the Rule 56 Motion for Summary Judgment that the Court has scheduled for hearing on May 17, 2007, the Defendant Harvard University has a pending Motion To Strike Plaintiff's Opposition to Motion For Summary Judgment, Plaintiff's Response to Harvard's Local Rule 56.1 Statement of Material Facts, and Plaintiff's Supporting Affidavits, and a Motion for Leave to file same.

The Defendant requests that the Court schedule this motion for hearing immediately preceding the hearing on the Motion for Summary Judgment.

Thank you in advance for your attention to this matter.

Sincerely,

Daniel S. Field

DSF/kar
cc:  Greg Barison, Esq.
     Raymond Farquhar, Esq.
     Eileen Finan, Esq.
     Robert P. Joy, Esq.