UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
RAJENDRA D. BADGAIYAN, M.D.,    )
                                )
        Plaintiff               )
                                )
v.                              )    C.A. No. 04-12031-JLT
                                )
ANTHONY J. PRINCIPI, Secretary, )
Department of Veterans' Affairs;)
President and Fellows of        )
HARVARD COLLEGE; and            )
GRACE J. MUSHRUSH, M.D.,        )
                                )
        Defendants              )
_____ )

NOTICE OF APPEAL

    Notice is hereby given that the Plaintiff, Rajendra Badgaiyan, M.D., hereby appeals from the the court order of October 26, 2005 (allowing in part and denying in part the Motion of the President and Fellows of Harvard College to Dismiss), from the May 21, 2007 allowance of the Defendants' Motions for Summary Judgment and Entry of Judgment, and from the termination of the civil case, entered on May 22, 2007.

                      Respectfully submitted,

                      /s/ Gregory R. Barison
                      ----------------------------
                      Gregory R. Barison
                      BBO # 029340
                      Weston Patrick
                      84 State Street / 11th Floor
                      Boston, MA 01209
                      (617) 742-9310

date: June 8, 2007

Certificate of Service

I, Gregory R. Barison, certify that on June 8, 2007, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant by electronically serving it counsel of record.

                                                      /s/ Gregory R. Barison