APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12031-JLT
## Internal Use Only

Badgaiyan v. Principi et al
Assigned to: Judge Joseph L. Tauro
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 09/20/2004
Date Terminated: 05/21/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Rajendra Badgaiyan, M.D.**   represented by **Gregory R. Barison**
Weston, Patrick, Willard & Redding
84 State Street,
11th Floor
Boston, MA 02109
617-742-9310
Fax: 617-742-5734
Email: gbarison@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul H. Merry**
Attorney at Law
Suite 1000
50 Congress Street
Boston, MA 02109
617-720-2400
Fax: 617-742-1887
Email: paul.merry@fairworkplace.net
*TERMINATED: 03/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthony J. Principi**   represented by **Gina Y. Walcott-Torres**
*Secretary, Department of Veterans'*            United States Attorney's Office
*Affairs*                                       John Joseph Moakley Federal
Courthouse
1 Courthouse Way

Suite 9200
Boston, MA 02210
617-748-3369
Fax: 617-748-3969
Email: Gina.Walcott@usdoj.gov
*TERMINATED: 01/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3971
Email: rayford.farquhar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**President and Fellows of Harvard University, The**   represented by   **Daniel S. Field**
Morgan, Brown & Joy LLP
200 State Street
11th Floor
Boston, MA 02109
617-523-6666
Fax: 617-367-3125
Email: dfield@morganbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P. Joy**
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109
617-523-6666
Fax: 617-367-3125
Email: rpjoy@morganbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Grace Mushrush**         represented by **Rayford A. Farquhar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58824, filed by Rajendra Badgaiyan M.D..(Patch, Christine) (Entered: 09/28/2004) |
| 09/20/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Patch, Christine) (Entered: 09/28/2004) |
| 09/20/2004 |   | Summons Issued as to Grace Mushrush, President and Fellows of Harvard University, The, Anthony J. Principi. (Patch, Christine) (Entered: 09/28/2004) |
| 12/10/2004 | 2 | AMENDED COMPLAINT against Grace Mushrush, President and Fellows of Harvard University, The, Anthony J. Principi , filed by Rajendra Badgaiyan M.D..(Patch, Christine) (Entered: 12/15/2004) |
| 02/22/2005 | 3 | NOTICE of Appearance by Robert P. Joy, Daniel S. Field on behalf of President and Fellows of Harvard University, The (Patch, Christine) (Entered: 03/01/2005) |
| 02/22/2005 | 4 | Assented to MOTION for Extension of Time to 4/14/05 to File Answer re Amended Complaint by President and Fellows of Harvard University, The.(Patch, Christine) (Entered: 03/01/2005) |
| 03/01/2005 |   | Judge Patti B. Saris : Electronic ORDER entered granting 4 Motion for Extension of Time to Answer re 2 Amended Complaint President and Fellows of Harvard University, The answer due 4/14/2005. (Patch, Christine) (Entered: 03/01/2005) |
| 04/14/2005 | 5 | ANSWER to Amended Complaint *and Affirmative Defenses* by President and Fellows of Harvard University, The.(Field, Daniel) (Entered: 04/14/2005) |
| 04/14/2005 | 6 | MOTION to Dismiss *Counts I, II, III and IV* by President and Fellows of Harvard University, The.(Field, Daniel) (Entered: 04/14/2005) |
| 04/14/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss *Counts I, II, III a* IV filed by President and Fellows of Harvard University, The. (Field, Dani (Entered: 04/14/2005) |
| 04/14/2005 | 8 | NOTICE by President and Fellows of Harvard University, The *Fed. R. Ci P 7 Corporate Disclosure Statement* (Field, Daniel) (Entered: 04/14/2005) |

| 04/14/2005 | 9 | CORPORATE DISCLOSURE STATEMENT by President and Fellows of Harvard University, The. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 04/15/2005) |
|---|---|---|
| 04/15/2005 | | Documents terminated: 8 Notice (Other) filed by President and Fellows of Harvard University, The,. (Patch, Christine) (Entered: 04/15/2005) |
| 04/15/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 8 terminated because it was filed using the incorrect event. Please refer to Document No. 9 for corrected filing. (Patch, Christine) (Entered: 04/15/2005) |
| 04/21/2005 | 10 | NOTICE of Rejection of Filing re: Waiver of Service sent as to Paul He. Merry. (Patch, Christine) (Entered: 04/21/2005) |
| 04/26/2005 | 11 | Judge Patti B. Saris : ORDER entered. ORDER OF RECUSAL.(Patch, Christine) (Entered: 04/27/2005) |
| 04/28/2005 | 12 | WAIVER OF SERVICE Returned Executed President and Fellows of Harvard University, The waiver sent on 4/8/2005, answer due 6/7/2005. (Merry, Paul) (Entered: 04/28/2005) |
| 05/02/2005 | | Case Reassigned to Judge Joseph L. Tauro. Judge Patti B. Saris no longer assigned to the case. Counsel are directed to the Court's Standing Orders re Electronic Case Filing. (Patch, Christine) (Entered: 05/02/2005) |
| 05/06/2005 | 13 | WAIVER OF SERVICE Returned Executed Anthony J. Principi waiver sent on 1/5/2005, answer due 3/7/2005. (Merry, Paul) (Entered: 05/06/2005) |
| 05/06/2005 | 14 | WAIVER OF SERVICE Returned Executed Grace Mushrush waiver sent on 1/5/2005, answer due 3/7/2005. (Merry, Paul) (Entered: 05/06/2005) |
| 05/18/2005 | 15 | ANSWER to Amended Complaint by Anthony J. Principi, Grace Mushrush.(Walcott-Torres, Gina) (Entered: 05/18/2005) |
| 05/23/2005 | 16 | AMENDED ANSWER to 2 Amended Complaint by Anthony J. Principi, Grace Mushrush. (Walcott-Torres, Gina) (Entered: 05/23/2005) |
| 08/05/2005 | 17 | MOTION for Leave to File Opposition to Motion to Dismiss Counts After the Rule-Prescribed Time by Rajendra Badgaiyan, MD.(Merry, Paul) Additional attachment(s) added on 8/9/2005 (Abaid, Kim). Modified on 8/9/2005 (Abaid, Kim). (Entered: 08/05/2005) |
| 08/05/2005 | 18 | Opposition re 6 MOTION to Dismiss *Counts I, II, III and IV* filed by Rajendra Badgaiyan, MD. (Merry, Paul) Additional attachment(s) added on 8/9/2005 (Abaid, Kim). (Entered: 08/05/2005) |
| 08/09/2005 | | Notice of correction to docket made by Court staff. Correction: Docket Entries 17 and 18 corrected because: Corrected entry 17 to reflect title of actual document. Replaced both documents with signed copies. (Abaid, Kim) (Entered: 08/09/2005) |

| | | |
|---|---|---|
| 08/15/2005 | 19 | Opposition re 17 First MOTION for Extension of Time to August 5, 2005 File Response/Reply *Opposition to Def. Harvard's Motion to Dismiss Defendant President and Fellow of Harvard College's Opposition to Plaintiff Rajendra Badgaiyan's Motion for Leave to File His Opposition to Motion to Dismiss Counts After the Rule-Prescribed Time* filed by President and Fellows of Harvard University, The. (Field, Daniel) (Entered: 08/15/2005) |
| 08/26/2005 | | NOTICE by the COURT: a status conference will be held on September 14 2005 at 10:00 a.m. (Lovett, Zita) (Entered: 08/26/2005) |
| 08/26/2005 | 20 | Judge Joseph L. Tauro : ORDER entered. SCHEDULING ORDER: Case Management/SCHEDULING Conference set for 9/14/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Lovett, Zita) Modified on 8/29/2005 (Abaid, Kim). (Entered: 08/26/2005) |
| 08/26/2005 | 21 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Lovett, Zita) Modified on 8/29/2005 (Abaid, Kim). (Entered: 08/26/2005) |
| 09/09/2005 | 22 | NOTICE by President and Fellows of Harvard University, The re 21 Order *Of Pending Motions and Request for Decision* (Field, Daniel) (Entered: 09/09/2005) |
| 09/12/2005 | | NOTICE by the COURT. CHANGE IN TIME, the status conference set for September 14, 2005 at 10:00 is re-scheduled for 2:30 p.m. on 9/14/2005. (Lovett, Zita) (Entered: 09/12/2005) |
| 09/14/2005 | 23 | COURT EXHIBIT 1. (Abaid, Kim) (Entered: 09/14/2005) |
| 09/14/2005 | 24 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All Parties will comply with this court's Rule 26 Discovery Order by September 21, 2005. All depositions allowed in this order shall be completed by January 31, 2006. No further discovery will be allowed without leave of this court. A Further Conference will be held on February 7, 2006 at 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 09/20/2005) |
| 10/11/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered finding as moot 17 Motion for Extension of Time to File Response/Reply (Lovett, Zita) (Entered: 10/11/2005) |
| 10/26/2005 | 25 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND ORDER 6 MOTION to Dismiss *Counts I, II, III and IV* filed by President and Fellows of Harvard University, The, is DENIED IN PART AND ALLOWED IN PART.(Abaid, Kim) (Entered: 10/27/2005) |
| 12/28/2005 | 26 | MOTION for Discovery by Rajendra Badgaiyan, MD. (Attachments: # (1) Exhibit Discovery requests sought to be served# (2) # (3))(Merry, Paul) Additional attachment(s) added on 1/10/2006 (Abaid, Kim). (Entered: 12/28/2005) |

| | | |
|---|---|---|
| 01/04/2006 | 27 | Joint MOTION for Extension of Time to 2/23/06 to Complete Discovery by Anthony J. Principi.(Farquhar, Rayford) (Entered: 01/04/2006) |
| 01/04/2006 | 28 | NOTICE by Anthony J. Principi, Grace Mushrush *Substitution of Appearance* (Farquhar, Rayford) (Entered: 01/04/2006) |
| 01/05/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion for Extension of Time to Complete Discovery to February 23, 2006. (Lovett, Zita) (Entered: 01/05/2006) |
| 01/06/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 26 without prejudice Motion for Discovery. (Lovett, Zita) (Entered: 01/06/2006) |
| 01/10/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 26 corrected because: Per attorney letter, replaced exhibits with corrected documents. (Abaid, Kim) (Entered: 01/10/2006) |
| 01/31/2006 | | Notice Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: 2/7/2006 to: 3/9/2006 at 10:00 a.m. (Lovett, Zita) (Entered: 01/31/2006) |
| 03/07/2006 | 29 | MOTION to Withdraw as Attorney by Rajendra Badgaiyan, MD.(Merry, Paul) (Entered: 03/07/2006) |
| 03/07/2006 | 30 | MOTION for Protective Order by Rajendra Badgaiyan, MD.(Merry, Paul) (Entered: 03/07/2006) |
| 03/08/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 30 Motion for Protective Order (Lovett, Zita) (Entered: 03/08/2006) |
| 03/09/2006 | 31 | Judge Joseph L. Tauro : ORDER entered. 29 Motion to Withdraw Attorney is ALLOWED. A Further Conference will be held on April 4, 2006 at 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 03/09/2006) |
| 03/25/2006 | 32 | NOTICE of Appearance by Gregory R. Barison on behalf of Rajendra Badgaiyan, MD (Barison, Gregory) (Entered: 03/25/2006) |
| 04/13/2006 | 33 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All listed depositions must be completed by May 31, 2006. Parties have until July 31, 2006 to file all dispositive motions. A Final Pretrial Conference will be held on September 5, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 04/13/2006) |
| 05/30/2006 | 34 | Joint MOTION for Extension of Time to 6/31/06 Depositions & 8/15/06 Dispositive Motions to Complete Discovery by all parties.(Field, Daniel) (Entered: 05/30/2006) |
| 06/01/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 34 Motion for Extension of Time to Complete Discovery (Abaid, Kim) (Entered: 06/12/2006) |
| 08/14/2006 | 35 | Joint MOTION for Extension of Time to October 1, 2006 to file Summary Judgment Motions *and to October 31, 2006 to file Oppositions Thereto* by Rajendra Badgaiyan, MD.(Barison, Gregory) (Entered: 08/14/2006) |

| 08/14/2006 | 🌐 | Judge Joseph L. Tauro : Electronic ORDER entered granting 35 Motion for Extension of Time Motions due by 10/1/2006. (Abaid, Kim) (Entered: 08/14/2006) |
|---|---|---|
| 08/21/2006 | 🌐 | ELECTRONIC NOTICE Cancelling Hearing. Hearing cancelled: 9/5/2006 A motion hearing will be sheduled in the future.(Lovett, Zita) Modified on 8/23/2006 (Abaid, Kim). (Entered: 08/21/2006) |
| 09/29/2006 | 36 | MOTION for Summary Judgment by President and Fellows of Harvard University, The.(Field, Daniel) (Entered: 09/29/2006) |
| 09/29/2006 | 37 | MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by President and Fellows of Harvard University, The. (Field, Daniel) (Entered: 09/29/2006) |
| 09/29/2006 | 38 | MOTION for Leave to File Excess Pages by Anthony J. Principi, Grace Mushrush.(Farquhar, Rayford) (Entered: 09/29/2006) |
| 09/29/2006 | 39 | MOTION for Summary Judgment by Anthony J. Principi, Grace Mushrush.(Farquhar, Rayford) (Entered: 09/29/2006) |
| 09/29/2006 | 40 | MEMORANDUM in Support re 39 MOTION for Summary Judgment filed by Anthony J. Principi, Grace Mushrush. (Farquhar, Rayford) (Entered: 09/29/2006) |
| 09/29/2006 | 41 | STATEMENT of facts. (Attachments: # 1)(Farquhar, Rayford) (Entered: 09/29/2006) |
| 09/29/2006 | 42 | Statement of Material Facts L.R. 56.1 re 36 MOTION for Summary Judgment filed by President and Fellows of Harvard University, The. (Attachments: # 1 Table of Exhibits# 2 Exhibit Tab 1# 3 Exhibit Tab 2# 4 Exhibit Tab 2# 5 Exhibit Tab 2# 6 Exhibit Tab 2# 7 Exhibit Tab 2# 8 Exhibit Tab 2# 9 Exhibit Tab 2# 10 Exhibit Tab 3# 11 Exhibit Tab 3# 12 Exhibit Tab 3# 13 Exhibit Tab 3# 14 Errata Tab 4# 15 Exhibit Tab 4# 16 Exhibit Tab 4# 17 Exhibit Tab 4# 18 Exhibit Tab 4# 19 Exhibit Tab 4# 20 Exhibit Tab 4# 21 Exhibit Tab 4# 22 Exhibit Tab 4# 23 Exhibit Tab 4# 24 Exhibit Tab 4# 25 Exhibit Tab 4# 26 Exhibit Tab 4# 27 Exhibit Tab 5# 28 Exhibit Tab 6# 29 Exhibit Tab 7# 30 Exhibit Tab 8# 31 Exhibit Tab 8# 32 Exhibit Tab 8# 33 Exhibit Tab 9# 34 Exhibit Tab 10# 35 Exhibit Tab 11# Exhibit Tab 12 Affidavit# 37 Exhibit Tab 13)(Field, Daniel) (Entered: 09/29/2006) |
| 09/29/2006 | 🌐 | Judge Joseph L. Tauro : Electronic ORDER entered granting 38 Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 10/02/2006) |
| 10/20/2006 | 43 | Assented to MOTION for Extension of Time to November 30, 2006 to File Response/Reply as to 37 Memorandum in Support of Motion, 39 MOTION for Summary Judgment, 41 Statement of facts, 36 MOTION for Summary Judgment, 40 Memorandum in Support of Motion by Rajendra Badgaiyan, MD.(Barison, Gregory) (Entered: 10/20/2006) |

| | | |
|---|---|---|
| 10/23/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 43 Motion for Extension of Time to File Response/Reply re 43 Assented to MOTION for Extension of Time to November 30, 2006 to File Response/Reply as to 37 Memorandum in Support of Motion, 39 MOTION for Summary Judgment 41 Statement of facts, 36 MOTION for Summary Judgment, 40 Memorandum in Support of M Responses due by 11/30/2006 (Lovett, Zita (Entered: 10/23/2006) |
| 11/17/2006 | 44 | Assented to MOTION for Extension of Time to December 31, 2006 to File Response/Reply as to 37 Memorandum in Support of Motion, 39 MOTION for Summary Judgment, 36 MOTION for Summary Judgment, 40 Memorandum in Support of Motion by Rajendra Badgaiyan, MD.(Barison Gregory) (Entered: 11/17/2006) |
| 11/27/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 44 Motion for Extension of Time to File Response/Reply Responses due by 12/31/2006 (Lovett, Zita) (Entered: 11/27/2006) |
| 12/31/2006 | 45 | MEMORANDUM in Opposition re 36 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1 Affidavit # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 2 # 22)(Barison, Gregory) (Entered: 12/31/2006) |
| 12/31/2006 | 46 | AFFIDAVIT of Rajendra Badgaiyan, M.D. in Opposition re 36 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1 # 2)(Barison, Gregory) (Entered: 12/31/2006) |
| 12/31/2006 | 47 | Response to Statement of Material Facts L.R. 56.1 re 36 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Barison, Gregory) Modified on 1/3/2007 (Abaid, Kim). (Entered: 12/31/2006) |
| 12/31/2006 | 48 | Second AFFIDAVIT of Rajendra Badgaiyan, M.D. in Opposition re 36 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1)(Barison, Gregory) (Entered: 12/31/2006) |
| 12/31/2006 | 49 | MEMORANDUM in Opposition re 39 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17)(Barison, Gregory) (Entered 12/31/2006) |
| 12/31/2006 | 50 | AFFIDAVIT of Rajendra Badgaiyan, M.D. in Opposition re 39 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 2)(Barison, Gregory) (Entered: 12/31/2006) |
| 12/31/2006 | 51 | Response to Statement of Material Facts L.R. 56.1 re 39 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Barison, Gregory) Modified on 1/3/2007 (Abaid, Kim). (Entered: 12/31/2006) |
| 12/31/2006 | 52 | Second AFFIDAVIT of Rajendra Badgaiyan, M.D. in Opposition re 36 MOTION for Summary Judgment filed by Rajendra Badgaiyan, MD. |

| | | |
|---|---|---|
| | | (Barison, Gregory) (Entered: 12/31/2006) |
| 01/16/2007 | 53 | MOTION for Leave to File *Pleadings Responsive to Plaintiff's opposition Defendant's Fed. R. Civ. P. 56(c) Motion for Summary Judgment* by President and Fellows of Harvard University, The.(Field, Daniel) (Entered 01/16/2007) |
| 01/16/2007 | 54 | MOTION to Strike 46 Affidavit in Opposition to Motion, 45 Memorandum in Opposition to Motion,, 47 Statement of Material Facts L.R. 56.1,, 48 Affidavit in Opposition to Motion by President and Fellows of Harvard University, The.(Field, Daniel) (Entered: 01/16/2007) |
| 01/16/2007 | 55 | MEMORANDUM in Support re 54 MOTION to Strike 46 Affidavit in Opposition to Motion, 45 Memorandum in Opposition to Motion,, 47 Statement of Material Facts L.R. 56.1,, 48 Affidavit in Opposition to Motion filed by President and Fellows of Harvard University, The. (Field, Daniel) (Entered: 01/16/2007) |
| 01/31/2007 | 56 | Opposition re 54 MOTION to Strike 46 Affidavit in Opposition to Motion, 45 Memorandum in Opposition to Motion,, 47 Statement of Material Facts L.R. 56.1,, 48 Affidavit in Opposition to Motion filed by Rajendra Badgaiyan, MD. (Attachments: # (1) Affidavit of Plaintiff's Counsel)(Barison, Gregory) Additional attachment(s) added on 2/1/2007 (Abaid, Kim). (Entered: 01/31/2007) |
| 02/01/2007 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 56 corrected because: Replaced unsigned document with corrected version (Abaid, Kim) (Entered: 02/01/2007) |
| 03/21/2007 | | ELECTRONIC NOTICE of Hearing :Motion Hearing set for 5/1/2007 11:0 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered 03/21/2007) |
| 04/18/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Motion Hearing set for 5/2/2007 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid Kim) (Entered: 04/18/2007) |
| 04/19/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Motion Hearing set for 5/16/2007 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 04/19/2007) |
| 04/20/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 53 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Zita (Entered: 04/20/2007) |
| 05/07/2007 | | ELECTRONIC NOTICE OF RESCHEDULINGHearing set for 5/17/2007 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (5/16/2007 HEARING IS CANCELLED.)(Lovett, Zita) (Entered: 05/07/2007) |

| | | |
|---|---|---|
| 05/09/2007 | 57 | Letter re: Notice of Pending Motions from Daniel S. Field. (Abaid, Kimberly) (Entered: 05/09/2007) |
| 05/17/2007 | 58 | MOTION for Leave *to Join Defendant Harvard's Motion to Strike the Plaintiff's Supporting Affidavits* by Anthony J. Principi, Grace Mushrush.(Farquhar, Rayford) Modified on 5/21/2007 (Abaid, Kimberly). (Entered: 05/17/2007) |
| 05/17/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro: Motion Hearing held on 5/17/2007 re 39 MOTION for Summary Judgment filed by Grace Mushrush, Anthony J. Principi. Counsel oral arguments presented;motions taken under advisement. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 05/17/2007) |
| 05/21/2007 | 59 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND ORDER 39 Motion for Summary Judgment and 36 Motion for Summary Judgment to All Remaining Counts are ALLOWED. This case is closed.(Abaid, Kimberly) (Entered: 05/21/2007) |
| 05/21/2007 |  | Civil Case Terminated. (Abaid, Kimberly) (Entered: 05/22/2007) |
| 06/08/2007 | 60 | *Plaintiff's* NOTICE OF APPEAL as to 59 Memorandum & ORDER, 25 Memorandum & ORDER, Terminate Motions by Rajendra Badgaiyan, MI Filing fee $ 455, receipt number 1552032 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed an submitted to the Court of Appeals.Appeal Record due by 6/28/2007. (Barison, Gregory) (Entered: 06/08/2007) |