UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12031

Rajendra D. Badgaiyan, M. D.,

v.

Anthony J. Principi, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, d hereby certify that the annexed documents numbered: 1-19, 21-60

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the recor on appeal in the above entitled case for the Notice of Appeal filed on 6/8/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2007.

Sarah A. Thornton, Clerk of Court

By: 

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7-10-07.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2001

- 3/06