# MANDATE

USDC - MABO
J. Tauro

## United States Court of Appeals
### For the First Circuit

No. 07-2000

RAJENDRA BADGAIYAN, M.D.

Plaintiff - Appellant

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans' Affairs;
THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE;
GRACE MUSHRUSH, M.D.

Defendants - Appellees

### JUDGMENT

Entered: July 3, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Mandate to issue forthwith.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 7-3-08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Rayford A. Farguhar
Robert P. Joy
Shaun B. Spencer
Daniel S. Field
Jody L. Newman